UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEToPLE FOR THE ETHICAL TREATMENT OF ANIMALS**,<br>5100 Wisconsin Ave., N.W., Suite 404,<br>Washington, D.C. 20016,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE**,<br>1400 Independence Avenues, S.W.,<br>Washington, DC 20250,<br><br>Defendant. | Civ. No. 1:06-CV-00930 (RMC) |

## AFFIDAVIT OF SERVICE

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was personally served on May 17, 2006;

2. The U.S. Attorney General was served by certified mail on or about May 23, 2006;

3. The United States Department of Agriculture was served by certified mail on or about May 22, 2006; and

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                    Respectfully submitted,

                    ___/s/___Erin M. Tobin_____

Date:   June 9, 2006         Erin M. Tobin
                                      (D.C. Bar No. 494948)
                                      Katherine A. Meyer
                                      (D.C. Bar No. 244301)

                                      Meyer Glitzenstein & Crystal
                                      1601 Connecticut Avenue NW, Suite 700
                                      Washington, D.C. 20009
                                      (202) 588-5206
                                      (202) 588-5049 fax

                                      Attorneys for Plaintiffs