**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alberto R. Gonzales
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X _[signature]_
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 2 3 2006

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0010 2863 2241

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Nancy Bryson
    U.S. Department of Agriculture
    1400 Independence Ave., SW, Rm. 107W
    Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): J.M. KELLY
B. Date of Delivery: 5/22/06
C. Signature
X _[signature]_ Kelly
☑ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0010 2863 2258

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952