Case 1:06-cv-00930-RMC     Document 3-3     Filed 06/09/2006     Page 1 of 1

REGINALD D. ROWAN

*[signature]*

LEGAL ASST.    5/17/06