REGINALD D. ROWAN

*[signature]*

LEGAL ASST.   5/17/06