UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS**, <br> 5100 Wisconsin Ave., N.W., Suite 404, <br> Washington, D.C. 20016, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br> 1400 Independence Avenues, S.W., <br> Washington, DC 20250, <br><br> Defendant. | Civ. No. 1:06-CV-00930 (RMC) |

## AFFIDAVIT OF SERVICE

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was personally served on May 17, 2006;

2. The U.S. Attorney General was served by certified mail on or about May 23, 2006;

3. The United States Department of Agriculture was served by certified mail on or about May 22, 2006; and

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                          Respectfully submitted,

                                          ___/s/   Erin M. Tobin_____

Date:   June 9, 2006            Erin M. Tobin
                                          (D.C. Bar No. 494948)
                                          Katherine A. Meyer
                                          (D.C. Bar No. 244301)

                                          Meyer Glitzenstein & Crystal
                                          1601 Connecticut Avenue NW, Suite 700
                                          Washington, D.C. 20009
                                          (202) 588-5206
                                          (202) 588-5049 fax

                                          Attorneys for Plaintiffs