UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEFFE FOR THE ETHICAL TREATMENT OF ANIMALS**, 5100 Wisconsin Ave., N.W., Suite 404, Washington, D.C. 20016,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE**, 1400 Independence Avenues, S.W., Washington, DC 20250,<br><br>　　　　Defendant. | Civ. No. 1:06-CV-00930 (RMC) |

*(Party block as captioned: Plaintiff PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, 5100 Wisconsin Ave., N.W., Suite 404, Washington, D.C. 20016; Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, 1400 Independence Avenues, S.W., Washington, DC 20250.)*

## AFFIDAVIT OF SERVICE

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

　　1.　　The United States Attorney for the District of Columbia was personally served on May 17, 2006;

　　2.　　The U.S. Attorney General was served by certified mail on or about May 23, 2006;

　　3.　　The United States Department of Agriculture was served by certified mail on or about May 22, 2006; and

　　Receipts verifying this information are attached.

　　Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                Respectfully submitted,

                  /s/   Erin M. Tobin

Date:   June 9, 2006        Erin M. Tobin
(D.C. Bar No. 494948)
Katherine A. Meyer
(D.C. Bar No. 244301)

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Attorneys for Plaintiffs