UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOTLE FOR THE ETHICAL TREATMENT OF ANIMALS, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. 06-0930(RMC) ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) ) |
| Defendant. | ) ) ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant United States Attorney, as counsel for Defendant, U.S. Department of Agriculture, in the above-captioned case.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Facsimile: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing <u>Praecipe</u> was sent by the Court's Electronic Case Filing System, this <u>16th</u> day of June, 2006 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney