UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS**, <br> 5100 Wisconsin Ave., N.W., Suite 404, <br> Washington, D.C. 20016, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br> 1400 Independence Avenues, S.W., <br> Washington, DC 20250, <br><br> Defendant. | Civ. Action No. 06-00930 (RMC) |

## CERTIFICATE OF SERVICE

I, Erin M. Tobin, hereby certify that on June 15, 2006 I submitted Plaintiff's First Amended Complaint to the Clerk of Court via electronic mail at dcd_cmecf@dcd.uscourts.gov.

On June 16, 2006, I caused a copy of Plaintiff's First Amended Complaint to be sent by certified mail to:

Beverly M. Russell
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20001

A certified mail receipt verifying this information is attached.

Respectfully submitted,

  /s/   Erin M. Tobin

Date:   June 20, 2006          Erin M. Tobin
                               (D.C. Bar No. 494948)

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Attorney for Plaintiffs