| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery 6/19/06<br>C. Signature<br>X Robinson    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>Ms. Beverly Russell<br>U.S. Attorney's Office<br>555 4th Street, N.W.<br>Washington, DC 20009 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 1670 0010 2863 222 | |

PS Form 3811, July 1999         Domestic Return Receipt

