UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | ) ) ) |
| **Plaintiff** | ) ) |
| v. | ) Civil Action No. 06-0930(RMC) ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) ) |
| **Defendant.** | ) ) ) |

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the U.S. Department of Agriculture, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including July 17, 2006 to answer, move or otherwise respond to the above-captioned complaint. The current deadline is Monday, July 3, 2006. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel to consult on this non-dispositive motion, and was informed that plaintiff does not oppose the relief requested herein. In support of the motion, defendant states the following.

Defendant requests the enlargement to provide the defendant-agency an additional period to provide input for defendant's response. Without such input, the undersigned counsel is unable to draft an appropriate response on behalf of defendant. Accordingly, for this reason, defendant respectfully moves for an extension up to and including July 17, 2006 to answer, move or otherwise respond to plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached.

Date: June 30, 2006   Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney



/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
  Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Unopposed, First Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was sent by the Court's Electronic Case Filing System, this 30th day of June, 2006 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney