UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE ETHICAL TREATMENT )
 OF ANIMALS, )
 )
       **Plaintiff** )
 )
   v. ) Civil Action No. 06-0930(RMC)
 )
U.S. DEPARTMENT OF AGRICULTURE, )
 )
       **Defendant.** )
_____)

ORDER

UPON CONSIDERATION of *Defendant's Unopposed, First Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that defendant's motion shall be and is hereby granted, and thus, defendant shall have up to and including July 17, 2006 to answer, move or otherwise respond to plaintiff's Complaint;

SO ORDERED.

_____    _____
DATE                      UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530