UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, <br><br> Plaintiff <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0930(RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S UNOPPOSED, SECOND MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the U.S. Department of Agriculture, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including July 31, 2006 to answer, move or otherwise respond to the above-captioned complaint. The current deadline is today, Monday, July 17, 2006. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel to consult on this non-dispositive motion, and was informed that plaintiff does not oppose the relief requested herein. In support of the motion, defendant states the following.

Today, July 17, 2006, the defendant-agency produced (or anticipates producing) documents responsive to plaintiff's Freedom of Information Act requests, the bases for this suit. The enlargement will provide an opportunity for plaintiff to review those documents and for the parties to clarify the posture of this case including potential narrowing of issues resulting from the defendant-agency's production. Accordingly,

given that the extension will be used to facilitate disposition of this suit, and thus, is fully consistent with Fed. R. Civ. P. 1, defendant respectfully requests that the Court grant its motion for an extension of time to answer, move or otherwise respond to plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached.

Date: July 17, 2006              Respectfully Submitted,


/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney



/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing *Defendant's Unopposed, Second Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was sent by the Court's Electronic Case Filing System, this <u>17th</u> day of July, 2006 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney