UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. 06-0930(RMC) ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) ) |
| Defendant. | ) ) ) |

### ERRATA

Defendant respectfully provides this Errata to the Parties' Joint 16.3 Report.

Defendant notes that the first sentence of the second full paragraph on page 2 should read -- "In response to the filing of the Complaint, defendant released the affidavits and statements at issue in plaintiff's complaint, but redacted from the released material the names of federal investigators and inspectors*, and non-federal witnesses and third parties*." The italicized text is an addition to the original.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Facsimile: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Errata was sent by the Court's Electronic Case Filing System, this 5th day of October, 2006 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney