UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **People for the Ethical Treatment of Animals,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Department of Agriculture,** ) <br> ) <br> Defendant. ) | Civil Action No. 06-930 (RMC) |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on October 5, 2006, it is hereby **ORDERED** that:

1. Defendant shall file its *Vaughn* index and motion for summary judgment no later than November 2, 2006. Plaintiff shall file its response no later than December 4, 2006. Defendant may file a reply no later than December 21, 2006. Plaintiff may file a surreply no later than January 10, 2007. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

2. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with

       the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

3. A further status conference is scheduled for <u>2:00 P.M. on November 7, 2006</u>.

4. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

5. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**


Date: October 5, 2006                                             /s/
                                                                       ROSEMARY M. COLLYER
                                                                       United States District Judge