UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOGRAPHIC FOR THE ETHICAL TREATMENT OF ANIMALS, <br><br> Plaintiff <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0930(RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME
TO FILE ITS MOTION FOR SUMMARY JUDGMENT AND VAUGHN MATERIALS
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the U.S. Department of Agriculture, by and through its undersigned attorneys, respectfully moves for a one day extension of time up to and including November 3, 2006 to file its Motion for Summary Judgment and supporting Vaughn materials. The current deadline is today, Thursday, November 2, 2006. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel to consult on this non-dispositive motion, and was informed that plaintiff does not oppose the relief requested herein. In support of the motion, defendant states the following.

Defendant's counsel anticipates completing a draft of the Motion for Summary Judgment in this case today, November 2, but not in time for supervisory review and filing with the Court. The delay in finalizing the draft is due in part to the USDA's efforts to ensure a comprehensive and thorough search for records in this case brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. As a result of these efforts, the USDA is expected to produce additional records to plaintiff this week in response to one of plaintiff's FOIA requests. The USDA has accordingly modified one of its Vaughn declarations and indices to reflect the search

as well as explain the reasons for its withholding of certain information from the records consistent with the FOIA. Defendant's counsel has not received this final Vaughn declaration and Index, but expects to do so later today. Understandably, defendant's counsel wishes to ensure that the final version of the Motion is consistent with these supporting materials. For this reason, defendant respectfully moves for a one-day extension of time to file its Motion for Summary Judgment and Vaughn materials.

      A proposed Order consistent with the relief requested herein is attached.

Date: November 2, 2006          Respectfully Submitted,

/s/ Jeffrey A. Taylor /dch
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dch
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Unopposed, First Motion for an Extension of Time to File Its Motion for Summary Judgment and Vaughn Materials*** was sent by the Court's Electronic Case Filing System, this 2nd day of November, 2006 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney