UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF AGRICULTURE, )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 06-0930(RMC) |

ORDER

UPON CONSIDERATION of *Defendant's Unopposed, First Motion for an Extension of Time to File its Motion for Summary Judgment and Vaughn Materials*, and for good cause shown, it is by the Court,

ORDERED that defendant's motion shall be and is hereby granted, and thus, defendant shall have up to and including November 3, 2006 to file its Motion for Summary Judgment and Vaughn Materials;

SO ORDERED.

_____        _____
DATE                                              UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530