![USDA]

| | |
|---|---|
| **United States Department of Agriculture** | JUL 14 2005 |
| Marketing and Regulatory Programs | |
| Animal and Plant Health Inspection Service | Ms. Lisa Wathne<br>People for the Ethical Treatment of Animals<br>501 Front Street<br>Norfolk, Virginia 23510 |
| Legislative and Public Affairs | |
| Freedom of Information | |
| 4700 River Road Unit 50 Riverdale, MD 20737-1232 | |

Dear Ms. Wathne:

This is in response to your June 28, 2005 Freedom of Information Act (FOIA) request for the final report concerning the October 3, 2003 mauling of Roy Horn by a tiger at the Mirage Hotel and Casino in Las Vegas, Nevada. Your request was received in this office on June 28, 2005 and assigned case number FOIA 05-634. We apologize for the delay of this response.

Access is granted to the responsive records which are copied to the enclosed CD-ROM totaling 233 pages. However, information has been withheld pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6). This exemption protects information from disclosure when its release would cause a clearly unwarranted invasion of personal privacy.

Additionally, information is being withheld under FOIA Exemption 7(C), 5 U.S.C. § 552(b)(7)(C). This exemption protects from disclosure records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

You may appeal our denial of this information. If you choose to appeal, your appeal must be in writing and must be sent within 45 days of the date of this letter to:

> Administrator
> Animal and Plant Health Inspection Service
> Ag Box 3401
> Washington, D.C. 20250-3401

Please refer to FOIA 05-634 in your appeal letter and add the words "FOIA Appeal" to the front of the envelope. To assist the Administrator in reviewing your appeal, provide specific reasons why you believe modification of the determination is warranted.



APHIS - Protecting American Agriculture
An Equal Opportunity Employer

ATTACH. 5

Lisa Wathne 2
FOIA 05-634

Also contained on the CD-ROM are copies of your FOIA request, this response letter, and Adobe Acrobat Reader, which is needed to view the responsive records. By opening rp505enu.exe and following the on-screen instructions, you will install Adobe Reader. After the installation, the Adobe Reader should render the PDF files correctly.

Because the cost to process your request is less than $25.00, the fees have been waived. If you have any questions, please contact Ms. Janice Shipman of this office at (301) 734-0490.

Sincerely,

Lesia M. Banks
Assistant Director
Freedom of Information
Legislative and Public Affairs

Enclosures