**United States
Department of
Agriculture**

Animal and
Plant Health
Inspection
Service

1400 Independence
Avenue, SW
Washington, DC
20250

Ms. Lori Kettler
Counsel
Research & Investigations Department
People for the Ethical Treatment of Animals
501 Front Street
Norfolk, Virginia 23510

Dear Ms. Kettler:

This is in response to your February 16, 2006 Freedom of Information Act (FOIA) appeal regarding FOIA 05-803, in which you requested a copy of the investigation report on Law Enforcement Military Ammunition Sales ("Le Mas Ltd.").

There are 14 pages of responsive records to your FOIA appeal. Upon careful review and consideration, I have determined that 1 page should be released in full, and the remaining 13 pages should be provided in redacted form. Information from these 13 pages is redacted under FOIA Exemptions 6 and 7(C).

FOIA Exemption 6 exempts from disclosure information contained in personnel or medical files, or similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. 5 U.S.C. 552(b)(6). The information redacted from the 13 pages of responsive records identifies individuals, including witnesses and USDA employees, who were associated with an investigation of violations of the Animal Welfare Act. The information redacted that would identify these individuals includes: names, telephone numbers, addresses, and social security numbers. I have determined that these individuals have privacy interests in their personal identifying information, and their association with the investigation. With regard to the use of FOIA Exemption 6, even absent any fear of reprisals, witnesses who provide information to investigative personnel, including administrative and civil bodies, are ordinarily accorded privacy protection. See Tenaska Wash. Partners v. United States Dep't of Energy, No. 8:96-128, slip op. at 6-8 (D.Neb. Feb. 19. 1007).

Further, I have determined that the public interest in disclosure under the FOIA would not be advanced by disclosing the personal identifying information of these individuals. Revealing the personal information of these individuals would not educate the public about the activities of USDA in general, or APHIS specifically. Balancing the privacy interests of the individuals mentioned in the investigative records against the public

**APHIS** *Safeguarding American Agriculture*
APHIS is an agency of USDA's Marketing and Regulatory Programs
An Equal Opportunity Provider and Employer

ATTACH. 12

Ms. Lori Kettler
Page 2

interest that would be advanced by the disclosure of their personal identifying information, I have determined that their personal information should be redacted because their privacy interests outweigh the public interest that would be gained by the disclosure of the redacted information.

Exemption 7(C) exempts from disclosure information contained in law enforcement records, the disclosure of which could reasonably be expected to constitute an unwarranted invasion of personal privacy. 5 U.S.C. 552(b)(7)(C). Compounded with the protection of FOIA Exemption 6, Exemption 7(C) of the FOIA protects the personal privacy of individuals mentioned in APHIS Animal Care investigative reports. The courts have recognized that the mere mention of an individual's name in a law enforcement file will usually "engender comment and speculation and carr[y] a stigmatizing connotation" sufficient to invoke Exemption 7(C) privacy interest protection. See Lesar v. United States Dep't of Justice, 636 F.2d 472, 488 (D.C. Cir. 1980). As with my determination under Exemption 6, I have decided that the personal identifying information of certain individuals mentioned in these 13 pages of responsive records should be withheld under Exemption 7(C) because the privacy interests of these affected individuals outweigh the public interest that would be advanced by the disclosure of the redacted information.

After careful review and consideration, I decided to grant your appeal in part, and deny your appeal in part. This is the final agency decision in this matter. You may, if you wish, seek judicial review of this decision in an appropriate United States District Court pursuant to 5 U.S.C. 552 (a)(4)(B).

Sincerely,

*Kevin Shea /for*

W. Ron DeHaven
Administrator