

United States
Department of
Agriculture

Marketing and
Regulatory
Programs

Animal and
Plant Health
Inspection
Service

Legislative and
Public Affairs

Freedom of
Information

4700 River Road
Unit 50
Riverdale, MD
20737-1232

NOV 0 2 2006

Hannah Schein, Manager
People for the Ethical Treatment of Animals
Captive Exotic Animals Department
501 Front Street
Norfolk, Virginia 23510

Dear Ms. Schein:

Further reference is made in response to your April 6, 2005 Freedom of Information Act (FOIA) request for any and all records pertaining to the deaths of two elephants at the Culpepper & Merriweather Circus (License #73-C-0144). Your request was received in this Office on April 6, 2005 and assigned case number FOIA 05-361.

In response to your concern regarding the adequacy of our search, we initiated another search and have located additional records consisting of 60 pages. Copies of the documents are enclosed. However, information has been withheld under FOIA Exemption 6, 5 U.S.C. § 552(b)(6). This exemption protects information from disclosure when its release would cause a clearly unwarranted invasion of personal privacy. In addition, we withheld information under FOIA Exemption 7(C), 5 U.S.C. § 552(b)(7)(C). This exemption protects from disclosure records or information collected for law enforcement purposes when its release could reasonably be expected to constitute an unwarranted invasion of personal privacy.

Further, we withheld information under FOIA Exemption 5, 5 U.S.C. § 552(b)(5). This exemption protects from disclosure interagency or intra-agency information that is deliberative and pre-decisional.

You may appeal our denial of this information. If you choose to appeal, your appeal must be in writing and must be sent within 45 days of the date of this letter to:

> Administrator
> Animal and Plant Health Inspection Service
> Ag Box 3401
> Washington, D.C. 20250-3401

APHIS *Safeguarding American Agriculture*
APHIS is an agency of USDA's Marketing and Regulatory Programs
An Equal Opportunity Provider and Employer

ATTACH. 13

Hannah Schein, Manager  2
FOIA 05-361

Please refer to FOIA 05-361 in your appeal letter and add the words "FOIA Appeal" to the front of the envelope. To assist the Administrator in reviewing your appeal, provide specific reasons why you believe modification of the determination is warranted.

If you have any questions, please contact Ms. Katy Vagnoni of my staff at (301) 734-3254.

Sincerely,

Lesia M. Banks, MBA
Director
Freedom of Information & Privacy Act Staff
Legislative and Public Affairs

Enclosures



United States
Department of
Agriculture

Marketing and
Regulatory
Programs

Animal and
Plant Health
Inspection
Service

Legislative and
Public Affairs

Freedom of
Information

4700 River Road
Unit 50
Riverdale, MD
20737-1232

NOV 0 2 2006

Lori E. Kettler, Esq.
People for the Ethical Treatment of Animals
Research & Investigations Department
501 Front Street
Norfolk, Virginia 23510

Dear Ms. Kettler:

This is a supplementary response to your August 15, 2005 Freedom of Information Act (FOIA) request for a copy of the investigation regarding a complaint submitted by PETA on September 20, 2004 concerning Le Mas, Ltd. in Little Rock, Arkansas. Your request was received in this Office on August 16, 2005 and assigned case number FOIA 05-803.

After consultation with our Office of General Counsel, two pages of records that were withheld in part in our initial release are now being provided to you. One page is being released in its entirety without redaction. However, with respect to the other one-page document, information has been withheld under FOIA Exemption 6, 5 U.S.C. § 552(b)(6). This exemption protects information from disclosure when its release would cause a clearly unwarranted invasion of personal privacy. In addition, we withheld the same information under FOIA Exemption 7(C), 5 U.S.C. § 552(b)(7)(C). This exemption protects from disclosure records or information collected for law enforcement purposes when its release could reasonably be expected to constitute an unwarranted invasion of personal privacy. The withheld information consists of the name of an individual.

You may appeal our denial of this information. If you choose to appeal, your appeal must be in writing and must be sent within 45 days of the date of this letter to:

> Administrator
> Animal and Plant Health Inspection Service
> Ag Box 3401
> Washington, D.C. 20250-3401

**APHIS** *Safeguarding American Agriculture*
APHIS is an agency of USDA's Marketing and Regulatory Programs

An Equal Opportunity Provider and Employer

Lori E. Kettler, Esq.   2
FOIA 05-803

Please refer to FOIA 05-803 in your appeal letter and add the words "FOIA Appeal" to the front of the envelope. To assist the Administrator in reviewing your appeal, provide specific reasons why you believe modification of the determination is warranted.

If you have any questions, please contact Ms. Katy Vagnoni of my staff at (301) 734-3254.

Sincerely,

Lesia M. Banks, MBA
Director
Freedom of Information & Privacy Act Staff

Enclosures