**People for the Ethical Treatment of Animals v. United States Department of Agriculture, Civ. Action. No. 06-CV-930 (RMC)**

**INDEX**

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| **FOIA CASE NUMBER 05-361** | | | | |
| 1 | C1 | Animal Welfare Complaint | 6 | APHIS redacted the following from the complaint:  the name of the complainant.<br><br>The complainant has a privacy interest in his or name as it reveals his or her identity. This person is entitled to privacy as is anyone who submits an Animal Welfare complaint.  Further, revealing the name or identity of the complainant would not educate the public about the activities of APHIS or USDA.  APHIS determined the privacy interest outweighed the public interest in the disclosure of the complainant's name. |
| 2 | C2-C3 | Cover Sheet for a Report of Investigation and Synopsis | 6, 7(C) | APHIS redacted the following from the report of investigation cover sheet and synopsis:  the name and social security number of the individual being investigated.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with animal cruelty allegations or a federal investigation under the Animal Welfare Act (AWA).  Further, the individual has a strong privacy interest in his or her social security number because releasing this information may subject the individual to identity theft.<br><br>APHIS determined that there would be no public interest in disclosing the individual's name or social security number because such information would not educate the public about the activities of APHIS or USDA.  Therefore, APHIS concluded the privacy interest outweighed the public interest in the disclosure of the individual's name or social security number. |
| 3 | C4-C224 | Explanation of the Evidence | 6, 7(C) | APHIS redacted the following from the explanation of evidence:  the name of the individual being investigated; names of witnesses (private individuals and APHIS investigators) referenced in affidavits; and a brief synopsis with identifying locations of the aforementioned witnesses.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment for being |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | associated with a federal investigation under the AWA. Further, private individuals named on affidavits have strong privacy interests in their identities. These individuals may not wish to be associated with a federal investigation into animal cruelty allegations. APHIS investigators have privacy interests in their identities because if their names are revealed, they may be subject to annoyance due in their official duties, particularly with respect to their participation in this investigation.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 4 | C225 | Witness List | 6, 7(C) | APHIS redacted the following from the USDA witness list: names of the APHIS investigators and inspectors, specific locations of employment of the APHIS investigators and inspectors and direct telephone numbers of the APHIS investigators and inspectors<br><br>APHIS investigators and inspectors have privacy interests in their names and in their contact information because disclosing such information may subject them to uninvited inquiries or harassment concerning their official duties. Further, revealing their names and contact information would not educate the public about the activities of APHIS or USDA. Therefore, APHIS determined that the privacy interests of the investigators and inspectors outweighed the public interest in disclosing their personal information. |
| 5 | C226 | Witness List | 6, 7(C) | APHIS redacted the following from the private individual witness list: the witnesses' names, addresses, and telephone numbers.<br><br>The witness list consists of names, addresses and telephone numbers of individuals who cooperated in an IES investigation. These individuals have privacy interests in not being associated with an IES investigation. Further, revealing their names and contact information would not educate the public about the activities of APHIS or USDA. Therefore, APHIS determined that the privacy interests of these individuals outweighed the public interest in disclosing |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | their names and contact information. |
| 6 | C227-C229 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit:  witness name, facility location, telephone number, position title, social security number; private individual names, name of an APHIS inspector, and signatures of the affiant and the investigator of record.<br><br>The witness who provided the affidavit has significant privacy interests because this person may experience stigma for being associated with animal cruelty allegations or a federal investigation under the Animal Welfare Act.  The name of the witness, facility location and telephone number are personal identifiers, the disclosure of which may subject the affiant to uninvited inquiries or harassment.  Further, the witness has a strong privacy interest in his or her social security number and position title because releasing this information may subject this person to identity theft.  Also, private individuals who are mentioned in the affidavit by the witness may be unaware that their names are being used and may not wish to be associated with a federal investigation into animal cruelty allegations.<br><br>The APHIS inspector mentioned in the affidavit has a privacy interest in his or her identity.  The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties.<br><br>As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public about APHIS. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 7 | C230-C234 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit:  witness name, facility location, telephone number, position title, social security number, |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | personal holiday information; AWA license information of another individual, private individual names and name of an APHIS inspector, and signatures of the affiant and the investigator of record.<br><br>The witness has significant privacy interests because this person may experience embarrassment for being associated with animal cruelty allegations.  The name of the witness, facility address, personal holiday information and telephone number are personal identifiers, the disclosure of which may subject the individual to uninvited inquiries or harassment.  Further, the witness has a strong privacy interest in his or her social security number and position title because releasing this information may subject this person to identity theft.  Also, the private individuals who are mentioned in the affidavit by the witness may be unaware that they are identified as a part of this investigation and may not wish to be associated with animal cruelty allegations.<br><br>The APHIS inspector mentioned in the affidavit has a privacy interest in his or her identity.  The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties, or with respect to his or her knowledge about the investigation.<br><br>As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public about APHIS, but rather reveal personal information about the affected individuals. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 8 | C235-C239 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit:  witness name, facility location, telephone number, position title, social security number, AWA license information, previous employment, length of employment, personal |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | holiday information; private individual names, name of an APHIS inspector, and signatures of the affiant the and investigator of record.<br><br>The affiant mentioned in the affidavit has a privacy interest in the redacted information because such information identifies him or her.  The name of the witness, facility address, and telephone number are personal identifiers, the disclosure of which may subject the individual to uninvited inquiries or harassment.  Further, the witness has a strong privacy interest in his or her social security number, previous employment, length of employment, personal holiday information, AWA license information and position title because releasing this information may subject this person to identity theft.  The private individuals who are mentioned in this affidavit have privacy interests implicated by this document because they may not wish to be affiliated with a federal investigation into animal cruelty allegations.<br><br>The APHIS inspector mentioned in the affidavit has a privacy interest in his or her identity.  The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties, or with respect to his or her knowledge about the investigation.<br><br>As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquires or harassment concerning his or her official duties.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 9 | C240-C242 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit:  witness name, business name, business address, business telephone number, private individual names, facility location of another business, name of an APHIS investigator and signatures of the affiant and the investigator of record. |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | The affiant mentioned in the affidavit has a privacy interest in the redacted information because such information identifies him or her.  The name of the witness, business name, business address, telephone number and the facility location where this individual conducts business are personal identifiers, the disclosure of which may cause the witness to be subject to uninvited inquiries concerning his or her participation with this IES investigation.  Also, the private individuals who are mentioned in the affidavit by the witness may be unaware that their names are being used and may not wish to be associated with a federal investigation into animal cruelty allegations.<br><br>The APHIS investigator mentioned in the affidavit has a privacy interest in his or her identity.  The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties, or with respect to his or her knowledge of the investigation.  Hence, APHIS redacted the identities of the inspector and investigator.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 10 | C 243 | Fax cover sheet | 6, 7(C) | APHIS redacted the following from the fax cover sheet:  the name of individual being investigated, and a private e-mail address.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA.<br><br>Further APHIS withheld a private e-mail address because such information implicates the privacy interest of the affected individual.  This individual has a privacy interest in his or her e-mail address because such information identifies him or her.  This individual may not wish to be associated with a federal investigation into alleged AWA violations.  In light of the affected privacy |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | interests, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public about APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 11 | C244 | Letter | 6, 7(C) | APHIS redacted the following from the letter: the name of individual being investigated, name of another licensee, name of private individuals and private telephone numbers.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA. Releasing his or her telephone numbers may subject this individual to uninvited inquiries or harassment. Also, the names of private individuals who are mentioned in the letter may be unaware that their names are being used and may not wish to be associated with a federal investigation into alleged violations of the AWA. In light of the affected privacy interests, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 12 | C245 | Letter | 6, 7(C) | APHIS redacted the following from the letter: the name of individual being investigated.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA. Further, revealing the identity of the individual would not educate the public about the activities of APHIS or USDA. APHIS determined the privacy interest outweighed the public interest in the disclosure of the individual's name. |
| 13 | C246 | Fax cover sheet | 6, 7(C) | APHIS redacted the following from the fax cover sheet: the name of individual being investigated. |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA. Further, revealing the identity of the individual would not educate the public about the activities of APHIS or USDA. APHIS determined the privacy interest outweighed the public interest in the disclosure of the individual's name. |
| 14 | C247-C250 | Affidavit | 6, 7(C) | APHIS redacted the following from an affidavit from an APHIS inspector: witness name, identifying location of employment, private telephone number; names of private individuals, location of an inspected facility, and signatures of the affiant and investigator of record. |
| | | | | The APHIS inspector, as a participant in an investigation, has privacy interests with respect to his or her name, the location of an inspected facility, his or her work site and telephone number, because this information collectively may be used to identify the inspector, and cause the inspector to be subject to uninvited inquiries concerning the inspector's official duties or role in the investigation. Also, the private individuals who are mentioned have privacy interests implicated by this affidavit because they may not wish to be associated with a federal investigation under the AWA. As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity. The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties. |
| | | | | In light of the privacy interest, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. |
| 15 | C251 | Inspection report | 6, 7(C) | APHIS redacted the following from the inspection report: the name of the designated person, who is a private individual at the facility. |
| | | | | The individual mentioned in the inspection report has a privacy interest in the redacted information because such information identifies him or her. This individual may not wish to be associated with a federal investigation under the |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | AWA. In light of the affected privacy interest, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public about APHIS or USDA. |
| 16 | C252 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit: witness name, name of business, business address, business telephone number, private license number; private individual names and signatures of the affiant and the investigator of record.

The affiant mentioned in the affidavit has a privacy interest in the redacted information because the information collectively identifies him or her. The name of the witness, business name, business address, business telephone number and a private license number are personal identifiers, the disclosure of which may subject the affiant to uninvited inquiries or harassment. Also, the private individuals who are mentioned in the affidavit by the witness may be unaware that their names are being used and may not wish to be associated with a federal investigation under the AWA.

As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity. The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries concerning his or her official duties regarding the investigation.

APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 17 | C253 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit: witness name, name of business, business address, business telephone number; private individual names and signatures of the affiant and the investigator of record.

The individual mentioned in the affidavit has a privacy interest in the redacted information because this information collectively identifies him or her. The |

PETA v. USDA, Civil Action No. 06-0930(RMC)

Ex. 2

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
|  |  |  |  | witness' name, business address, business location, and business telephone number are personal identifiers, the disclosure of which may subject the witness to uninvited inquiries or harassment.  Also, the private individuals who are mentioned in the affidavit may be unaware that their names are being used and may not wish to be associated with a federal investigation under the AWA.<br><br>As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public about APHIS. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 18 | C254 | Affidavit | 6, 7(C) | APHIS redacted the following from an affidavit from an APHIS inspector: witness name, length of employment, private telephone number; names of private individuals, name of another APHIS inspector, and signatures of the affiant and investigator of record.<br><br>An APHIS inspector, as participant in an investigation, has privacy interests regarding his or her name and private telephone number because the disclosure of this personal information may subject the inspector to uninvited inquiries concerning his or her knowledge of the investigation.  Also, private individuals who are mentioned in the affidavit have privacy interests implicated by this record because they may not wish to be affiliated with a federal investigation under the AWA.<br><br>As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties. |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | In light of the privacy interests, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public APHIS or USDA activities.  Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 19 | C255-C257 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit:  witness name, position title, private address, private telephone number, length of employment, date of birth, social security number; name of a private individual; and name of an APHIS investigator and signatures of the affiant and the investigator of record.<br><br>The affiant mentioned in the affidavit has a privacy interest in the redacted information because this information collectively identifies him or her.  The affiant's name, private address, and private telephone number are personal identifiers, the disclosure of which may subject the affiant to uninvited inquiries.  Further, the affiant has a strong privacy interest in his or her social security number, date of birth, length of employment and position title because releasing this information may subject this person to identity theft.<br><br>Also, the name of a private individual who is mentioned in the affidavit by the witness may be unaware that his or her name is being used and may not wish to be associated with a federal investigation into animal cruelty allegations.<br><br>As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquires or harassment concerning his or her official duties.  Hence, APHIS redacted the investigator's name as well.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | outweighed the public interest in the disclosure of the responsive information. |
| 20 | C258-C261 | Checks and deposit slips | 4, 6, 7(C) | APHIS redacted the following from the checks and deposit slips:  signature of check and deposit slips, bank account information and routing number.<br><br>The banking account information and routing information reflected confidential financial information of the entities that was turned over to the APHIS investigator.  Therefore, APHIS determined that releasing this banking information would cause substantial competitive harm to the businesses whose banking account information that was reflected on checks and deposit slips. Releasing banking information could subject businesses to fraud by their competitors. APHIS notes that the businesses whose information that is reflected on the checks and deposits slips are closely held corporations.  As such, closely held businesses have privacy interests under Exemption 6; therefore, releasing the banking account information of these businesses may subject the businesses to fraud.  These businesses have privacy interests in protecting their banking account information.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected closely-held corporate entities outweighed the public interest in the disclosure of the responsive information. |
| 21 | C262 | Affidavit | 6, 7(C) | APHIS redacted the following from a private individual affidavit:  witness name, business name, business location, length of employment; name of a private individual, name of an APHIS investigator and signatures of the affiant and the investigator of record.<br><br>The affiant mentioned in the affidavit has a privacy interest in the redacted information because this information collectively identifies him or her.  The affiant's name, business address, and business location are personal identifiers, the disclosure of which may subject the affiant to uninvited inquiries concerning the affiant's participation in the IES investigation.  Also, the private individual who is mentioned in the affidavit by the witness may be unaware that his or her |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | name is being used and may not wish to be associated with a federal investigation under the AWA. <br><br> The APHIS inspector mentioned in the affidavit has a privacy interest in his or her identity.  The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties, particular with respect to the inspector's participation in or knowledge of the IES investigation. <br><br> As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties. <br><br> APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 22 | C263 | Inspection report | 6, 7(C) | APHIS redacted the following from the inspection report:  the name of the designated person, a private individual of the facility, a cellular telephone number and signature of owner of the facility. <br><br> The individual mentioned in the inspection report have privacy interests in the redacted information because this information identifies him or her.  This individual may not wish to be associated with an AWA investigation in animal cruelty allegations. Further, the private telephone number is a personal identifier which may subject the individual to uninvited inquiries concerning his or her association with the investigation. <br><br> In light of the privacy interest, APHIS determined that the aforementioned personal identifying information would not promote the public interest under the FOIA because such information would not educate the public about APHIS. Therefore, APHIS redacted the information at issue because the privacy interests |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | of the affected individual outweighed the public interest in the disclosure of the responsive information. |
| 23 | C264 | Application for license | 6, 7(C) | APHIS redacted the following from the application:  the name of the individual being investigation and social security number; and name of a private individual.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with the AWA.  Also, this individual has a strong privacy interest in his or her social security number because releasing this information may subject this individual to identity theft.  The individual mentioned in the application has a privacy interest in the redacted information because such information identifies him or her.  This individual may not wish to be associated with a federal investigation into alleged AWA violations.<br><br>In light of the privacy interests at stake, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities.  Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 24 | C265 | Settlement Agreement | 6, 7(C) | APHIS redacted the following from the settlement agreement:  the name of the individual who was the subject of the IES investigation.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience stigma for being identified as having settled AWA claims or charges.<br><br>In light of the privacy interests at stake, APHIS determined that releasing the subject's name would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities.  Therefore, APHIS redacted the subject's name because the privacy interests of the subject of the investigation outweighed the public interest in the disclosure of the name. |
| 25 | C266 | Personal | 6, 7(C) | APHIS redacted the following from the application:  the signature of a private |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | Money order | | individual.<br><br>By implication, the signature identifies a person who was involved directly with the IES investigation against the circus. This person has privacy interests implicated by the money order because he or she may suffer stigma for being associated with this IES investigation. APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individual outweighed the public interest in the disclosure of the responsive information. |
| 26 | C267 | Letter | 6, 7(C) | APHIS redacted the following from the letter: the name of the individual who was subject to the IES investigation.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA. In light of the privacy interest, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interest of the affected individual outweighed the public interest in the disclosure of the responsive information. |
| 27 | C268 | Memorandum | 6, 7(C) | APHIS redacted the following from the memorandum: the name of the APHIS investigator.<br><br>As a law enforcement official, the APHIS investigator has a privacy interest in his or her identity. The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties, particularly with respect to the investigation at issue. APHIS determined that the releasing the name of the investigator would not advance the public interest under the FOIA because disclosing the name would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the name because the privacy interest of the investigator outweighed the public interest in the |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | disclosure of the investigator's name. |
| 28 | C269-C270 | APHIS Form 7153 | | APHIS redacted the following from APHIS Form 7153: the name of the individual being investigated, the names of private individuals, and names of APHIS investigators.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA. The private individuals may not wish to be associated with an AWA investigation.<br><br>As a law enforcement official, the APHIS investigators have privacy interests in their identities. The disclosure of their identities may subject them to uninvited inquiries or harassment concerning their official duties, particularly with respect to this IES investigation.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 29 | C271 | Memorandum | 6, 7(C) | APHIS redacted the following from a memorandum: the name of a private individual and the name of an APHIS investigator.<br><br>The private individual who is mentioned in the memorandum may be unaware that his or her name is being used and may not wish to be associated with a federal investigation under the AWA.<br><br>As a law enforcement official, the APHIS investigator has a privacy interest in his or her identity. The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries concerning his or her official duties, especially in the context of this investigation.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 30 | C272-C281 | Medical records of Animals | 6, 7(C) | APHIS redacted the following from the medical records:  the name of the owner/custodian of the elephants and the names of private individuals.<br><br>The names of the owner/custodian of the elephants have privacy interests because this investigation concerns the deaths of the elephants at issue in these medical records.  As the owner or custodian of these elephants, this individual may experience embarrassment because he or she is identified in records compiled in an AWA investigation.  This person may not wish to be associated with the allegations raised in this IES investigation.<br><br>As for the private individuals mentioned in these medical records, they may no wish to be associated with an AWA investigation.  Hence, they have privacy interests in their identities with respect to these medical records.<br><br>APHIS determined that releasing the above-referenced names would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 31 | C282-C283 | Memorandum | 6, 7(C) | APHIS redacted the following from a memorandum: the name of the individual being investigated; a private individual's name, AWA license number, and personal information; name of an APHIS inspector and names of APHIS investigators.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA.<br><br>The private individual who is mentioned in the memorandum may be unaware that his or her name is being used and may not wish to be associated with a federal investigation into violations of the AWA. |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | The APHIS inspector has a privacy interest in his or her identity. The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties, or with respect to his participation in or knowledge of the IES investigation.<br><br>As a law enforcement official, the APHIS investigator has a privacy interest in his or her identity. The disclosure of his or her identity may subject the APHIS investigator to uninvited inquires or harassment concerning his or her official duties.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 32 | C284-C285 | E-mails | 5, 6, 7(C) | APHIS redacted the following from the e-mails: a private individual's name and location and an inter-agency recommendation and opinion.<br><br>The individual has a privacy interest because such information identifies this person by name. This individual may not wish to be associated with a federal investigation into alleged violations of the AWA. Further, the location of the individual is a personal identifier which may subject the individual to uninvited inquiries concerning his or her knowledge about the investigation.<br><br>In light of the privacy interests, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information<br><br>APHIS also redacted a recommendation from a subordinate APHIS employee who expressed an opinion concerning the course of action that APHIS should |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | pursue concerning the deaths of the elephants.  This comment was pre-decisional, as it was made before APHIS decided to take any investigative or enforcement action.  APHIS encourages inter-agency discussions that include opinions and recommendations before a final decision is made.  The release of such information would discourage frank and open discussions and may cause harm to the outcome of the deliberation before the final decision is ultimately decided. |
| 33 | C286 | Request for Investigation of Alleged Violations | 6, 7(C) | APHIS redacted the following from the request for investigation:  the name of an APHIS inspector.<br><br>The APHIS inspector has a privacy interest in his or her identity.  The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties, particular with respect to his participation in or knowledge of the IES investigation.  APHIS determined that releasing the inspector's name would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the inspector's name because the privacy interest of the inspector outweighed the public interest in the disclosure of the responsive information. |
| 34 | C287 | Memorandum | 7(C) | APHIS redacted the following from the memorandum:  the name of an APHIS investigator.<br><br>As a law enforcement official, the APHIS investigator has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties, particularly with respect to this investigation.  APHIS determined that releasing the investigator's name would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the investigator's name because the privacy interest of the investigator outweighed the public interest in the disclosure of the responsive information. |
| 35 | C288- | Itinerary & | 6, 7(C) | APHIS redacted the following from the itineraries:  the name of a private |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | C293 | Performance Locations | | individual.<br><br>The private individual has a privacy interest in his or her name as it is a personal identifier.  This individual may not wish to be associated with a federal investigation under the AWA because he or she may experience stigma or embarrassment.   In light of the individual's privacy interests, APHIS determined that releasing the individual's name would not advance the public interest under the FOIA because the person's name would not educate the public about APHIS or USDA.  Therefore, APHIS redacted the individual's name because the privacy interests of the affected individual outweighed the public interest in the disclosure of the individual's name. |
| 36 | C294 | IES Letter | 6, 7(C) | APHIS redacted the following from the letter:  the name of the individual being investigated, the name of private individuals and the names of APHIS investigators.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA.<br><br>The private individuals mentioned in the IES letter have privacy interests in being identified in this letter.  These individuals may not wish to be associated with an AWA investigation probing the deaths of two elephants.<br><br>As a law enforcement official, the APHIS investigators have privacy interests in their identities.  The disclosure of their identities may subject the APHIS investigators to uninvited inquiries or harassment concerning their official duties, particularly with respect to their roles in this investigation.<br><br>In light of the privacy interests at stake, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public about APHIS.  Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| 37 | C295-C296 | Itinerary & Performance Locations | 6, 7(C) | APHIS redacted the following from the itineraries: the name of a private individual.<br><br>The private individual has a privacy interest because such information identifies this person by name. This individual may not wish to be associated with an AWA investigation that was initiated due to the deaths of two elephants.<br><br>In light of the privacy interests at stake, APHIS concluded that releasing the individual's name would not advance the public interest under the FOIA because the "name" would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the individual's name because the privacy interest of the affected individual outweighed the public interest in the individual's name. |
| 38 | C297 | E-mail | 5 | APHIS redacted the following from the e-mail: an intra-agency recommendation and opinion.<br><br>The redacted passage reflected an opinion of a subordinate Animal Care employee in a regional office on the penalty that should be assessed against the circus in the aftermath of the IES investigation. The employee expressed the opinion before APHIS made its decision regarding the enforcement action it would take against the circus. APHIS encourages inter-agency discussions that include opinions and recommendations before a final decision is made. The release of such information would discourage frank and open discussions and may cause harm to the outcome of the deliberation before the final decision is ultimately decided. |
| 39 | C298-C303 | APHIS Form 7153 | 6,7(C) | APHIS redacted the following from APHIS Form 7153: the name of the individual being investigated, the names of private individuals, the name of an APHIS investigator and the names of APHIS investigators and their telephone numbers.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA, which was initiated due to the deaths of two elephants. |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | The private individuals who are mentioned on the form may not wish to be associated with a federal investigation into violations of the AWA. Hence, these individuals have privacy interests associated with there names being mentioned on this form.<br><br>The APHIS inspector has a privacy interest in his or her identity. The disclosure of his or her name may subject the APHIS inspector to uninvited inquiries or harassment concerning his or her official duties, particularly with respect to his participation in or knowledge of the IES investigation.<br><br>As law enforcement officials, the APHIS investigators have privacy interests in their identities. The disclosure of their identities and telephone numbers may subject the APHIS investigators to uninvited inquiries or harassment concerning their official duties, particular with respect to their participation in this investigation.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not educate the public about APHIS. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| **APHIS FOIA CASE NUMBER 05-634** | | | | |
| 39 | R1-R2 | Affidavits | 6, 7(C) | APHIS redacted the social security numbers (SSNs) from two affidavits.<br><br>These two government officials have strong privacy interests in their SSNs because releasing this information may subject them to identity theft. APHIS considered the aforementioned privacy interests, and recognized that the public would not learn more about the internal operations of USDA if APHIS disclosed the SSNs. APHIS withheld the redacted information as the privacy interests outweighed the public interests in disclosure. |
| 40 | R3-R5 | Affidavit of Witness | 6, 7(C) | APHIS redacted the following from the affidavit: the name and signature of the witness, his or her title, employer, telephone number, length of employment, date of birth, driver's license number and state; the APHIS investigator's name and signature, and the distance away from the stage. |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | Collectively, the redacted information will identify the individual who witnessed the incident at issue in the investigation. This individual or witness has a privacy interest in information that will reveal his or her identity, especially in light of the high profile incident that gave rise to the investigation. The witness has significant privacy interests in the redacted information because disclosing his or her identity, place of employment or telephone number may subject this person to substantial inquiries or harassment by the media and other interested parties. Disclosing his or her length of employment, date of birth, driver's license number and state may subject him or her to identity theft.<br><br>As a law enforcement official, the APHIS investigator has a privacy interest in his or her identity. The disclosure of his or her identity may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties, particular with respect to this high profile investigation.<br><br>Disclosing the personal information that was redacted would not promote the public interest of the FOIA. Revealing this information would not educate the public about the inner workings of APHIS. Therefore, APHIS determined that the privacy interests at stake outweighed the public interests in disclosing the redacted information. |
| 41 | | CD | 6, 7(C) | APHIS withheld the CD recording of the telephone from an informant in its entirety.<br><br>The informant has a privacy interest in not being associated with the investigation. The caller's privacy interests are also implicated because the caller may be identified by his or her voice. Disclosing this CD recording may subject this person to substantial inquiries or harassment by the media and other interested parties. Furthermore, the information on the CD recording reveals nothing about APHIS activities. APHIS withheld this recording in full because the contents of this recording would not educate the public about the inner workings of APHIS. The privacy interests of the informant outweighed the public interests in disclosing the CD recording under FOIA. |

**APHIS FOIA CASE NUMBER 05-803**

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| 42 | L1 | Letter | 6, 7(C) | APHIS redacted the following from the letter:  the name of the individual being investigated, name of an APHIS employee participating in the investigation, and the name of an APHIS investigator.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment for being associated an AWA investigation, which involved allegations of inhumane treatment towards animals.<br><br>The APHIS investigator and the APHIS employee have privacy interests in their identities.  The disclosure of their identities may subject them to uninvited inquiries or harassment concerning their official duties, particularly with respect to their knowledge about this investigation.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities.  Therefore, APHIS redacted the information at issue because the privacy interest of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 43 | L2 | Settlement Agreement | 6, 7(C) | APHIS redacted the following from the settlement agreement:  the name of the individual who was subject to the IES investigation.<br><br>The individual identified as the subject of the investigation has significant privacy interests because this person is identified as settling AWA claims.  This person may be associated with engaging in the inhumane treatment of animal, if his or her name is revealed publicly.<br><br>APHIS determined that releasing the name of the subject of the investigation would not advance the public interest under the FOIA because revealing the name would not shed light on APHIS or USDA activities.  Therefore, APHIS redacted the "name" because the privacy interests of the affected individual outweighed the public interest in the disclosure of the responsive information. |
| 44 | L3 | Memorandum | 6, 7(C) | APHIS redacted the following from the memorandum:  the name of an APHIS investigator. |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | As a law enforcement official, the APHIS investigator has a privacy interest in his or her identity. The disclosure of his or her identity may subject this individual to uninvited inquiries or harassment concerning his or her official duties, particularly with respect to this investigation.<br><br>APHIS determined that releasing the name of the investigator would not advance the public interest under the FOIA because it would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the investigator's name because the privacy interest of the investigator outweighed the public interest in the disclosure of the responsive information. |
| 45 | L4 | Cover Sheet for a Report of Investigation | 6, 7(C) | APHIS redacted the following from the report of investigation cover sheet: the name of individual being investigated, the individual's telephone number and social security number; and the name of the APHIS investigator who conducted the investigation.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with animal cruelty allegations or a federal investigation under the AWA. Further, this individual has a strong privacy interest in his or her social security number because releasing this information may subject the individual to identity theft. Also, the telephone number is a personal identifier, the disclosure of which may subject the individual to uninvited inquiries or harassment due to his or her involvement with the AWA investigation.<br><br>As a law enforcement official, the APHIS investigator who conducted the investigation has a privacy interest in his or her identity. The disclosure of his or her identity may subject this individual to uninvited inquiries or harassment concerning his or her official duties relating to the investigation.<br><br>APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | outweighed the public interest in the disclosure of the responsive information. |
| 46 | L5-L8 | Explanation of the Evidence | 6, 7(C) | APHIS redacted the following from the explanation of evidence:  the name of the individual being investigated, names of APHIS investigators in the affidavits and a brief synopsis from affidavits containing personal information.

The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with animal cruelty allegations or a federal investigation under the AWA. Further, the brief synopses are detailed, factual descriptions of alleged conduct by the subject of the investigation, which prompted IES to initiate this matter.  The detailed nature of these factual descriptions will identify the subject of the investigation.

APHIS investigators have privacy interests in their identities because the disclosure of their name may cause them to be subject to uninvited inquiries concerning their official duties or the investigation in question.

APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities.  Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 47 | L9 | Exhibit List | 6, 7(C) | APHIS redacted the following from the exhibit list:  the name of the individual being investigated and the names of APHIS investigators.

The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA.

APHIS investigators have privacy interests in their identities because the disclosure of their name may cause them to be subject to uninvited inquiries concerning their official duties or the investigation in question.

APHIS determined that the aforementioned personal identifying information |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities.  Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 48 | L10 | Witness List | 6, 7(C) | APHIS redacted the following from the witness list:  name of an APHIS investigator.<br><br>APHIS has privacy interest in his or her name because it may subject this individual to uninvited inquiries or harassment concerning the individual's official duties, particularly with respect to the investigation in question.  Further, revealing the name of the APHIS investigator would not educate the public about the activities of APHIS or USDA.  Therefore, APHIS redacted the information at issue because the privacy interest of the investigator outweighed the public interest in the disclosure of the investigator's name. |
| 49 | L11 | Affidavit | 6, 7(C) | APHIS redacted the following from an affidavit from an APHIS investigator:  witness name and private telephone number; the name of the individual being investigated and the individual's home address, telephone number, social security number, employment information; the name of another APHIS investigator and signatures of the affiant and investigator of record.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA.  Further, releasing his or her home address and telephone number may subject this individual to uninvited inquiries concerning his or her involvement with the AWA investigation.  In addition, this individual has a strong privacy interest in his or her social security number and employment information because releasing this information may subject this individual to identity theft.<br><br>The APHIS investigator has privacy interests in his or her name and telephone number. The disclosure of his or her name and telephone number may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties, particularly with respect to the investigation in question. |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity may subject the APHIS investigator to uninvited inquires or harassment concerning his or her official duties.<br><br>In light of the privacy interests at stake, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities.  Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |
| 50 | L12 | Affidavit | 6, 7(C) | APHIS redacted the following from an affidavit from a APHIS investigator: witness name and private telephone number; the name of the individual being investigated and the individual's home address, telephone number, social security number, employment information; the name of another APHIS investigator and signatures of the affiant and investigator of record.<br><br>The individual identified as the subject of the investigation has a significant privacy interest because this person may experience embarrassment or stigma for being associated with a federal investigation under the AWA.  Further, releasing his or her home address and telephone number may subject this individual to uninvited inquiries concerning his or her involvement with the investigation.  In addition, this individual has a strong privacy interest in his or her social security number and employment information because releasing this information may subject this individual to identity theft.<br><br>The APHIS investigator has a privacy interest in his or her name and contact information, such as telephone number.  The disclosure of the investigator's name and telephone number may subject the APHIS investigator to uninvited inquiries or harassment concerning his or her official duties, particular with respect to the investigation in question.<br><br>As a law enforcement official, the APHIS investigator who signed the affidavit has a privacy interest in his or her identity.  The disclosure of his or her identity |

| Document No. | Page Nos. | Document Description | FOIA Exemptions | Justifications for Withholding Responsive Information |
|---|---|---|---|---|
| | | | | may subject the APHIS investigator to uninvited inquires or harassment concerning his or her official duties, particularly with respect to the investigation at issue.<br><br>In light of the privacy interests at stake, APHIS determined that the aforementioned personal identifying information would not advance the public interest under the FOIA because such information would not shed light on APHIS or USDA activities. Therefore, APHIS redacted the information at issue because the privacy interests of the affected individuals outweighed the public interest in the disclosure of the responsive information. |

Ex. 2
PETA v. USDA, Civil Action No. 06-0930(RMC)