IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06-CV-00930 (RMC) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF DEIRDRE MACNEIL

I, DEIRDRE MACNEIL, pursuant to 28 U.S.C. § 1746, state:

1.  I am an Assistant Counsel to the Inspector General with the Office of Inspector General ("OIG"), U.S. Department of Agriculture ("USDA"), Washington, DC. In my capacity as an Assistant Counsel, I serve as OIG's Freedom of Information Act and Privacy Act Attorney/Officer ("FOIA Officer"). In my capacity as OIG's FOIA Officer, I am responsible for coordinating the review of all requests for OIG records submitted pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act of 1974 ("PA"), 5 U.S.C. § 552a. I have held this position since April 2004.

2.  The statements made in this Declaration are made on the basis of: (1) my review of the official files and records of OIG, (2) my personal knowledge, and (3) information acquired by me in the course of the performance of my official duties.

3. On July 6, 2005, Ms. Lori Kettler, Counsel for People for the Ethical Treatment of Animals (PETA), called me and left a voice mail message asking about how to make a FOIA request to OIG.

4. On July 6, 2005, I e-mailed Ms. Kettler stating we needed a written FOIA request and I sent her an electronic link to our FOIA page which explains how to make FOIA requests. I noted that OIG accepts FOIA requests by fax and e-mail, in addition to mail.

5. On July 7, 2005, Ms. Kettler sent an e-mail to me requesting, through FOIA, a copy of OIG's Report of Investigation of AgriProcessors, Inc. This request asked that it be processed as expeditiously as possible.

6. Searches for responsive records to FOIA requests are conducted in the OIG's ARGOS system, which is a data input and downloading computer system. Searches for responsive documents are made on this system based upon the information provided by requesters.

7. In this case, the request was for the investigative file concerning AgriProcessors, Inc.

8. The search was conducted by opening the ARGOS system on a computer and entering the "Investigations" portal. Then an "Indices" query was made by inputting the name "AgriProcessors, Inc." into the system field captioned "Entity Name." By executing the query, the ARGOS system pulled up the File Number of KC-2417-15. The case was not closed in this system.[1]

9. I am familiar with the procedures followed by OIG in responding to the July 7, 2005, FOIA request by PETA that is the subject of the present litigation. I am also familiar with USDA regulations governing the Department's FOIA program, 7 Code of Federal Regulations Part 1, Subpart A (7 C.F.R. Pt. 1, Subpart A).

---

[1] OIG Investigations does not consider an investigation closed until all administrative and legal remedies are completed.

10. On July 18, 2005, Margaret Mathewson-Harris, of the FOIA Staff, e-mailed Ms. Kettler to request her address and phone number so OIG could send the documents to her, since an address to mail the documents had not previously been provided.

11. On July 21, 2005, Paul Feeney[2], Deputy Counsel, OIG, USDA, on my behalf, signed a letter to Ms. Kettler which stated that the information PETA was requesting regarding our FOIA Log No. 05-00150 concerned an ongoing investigation and that all such records are exempt from disclosure pursuant to the FOIA, specifically, 5 U.S.C. § 552(b)(7)(A).

12. This July 21, 2005, letter stated in pertinent part: "To release any information at this time could interfere with enforcement proceeding[s] and otherwise may jeopardize the investigation. Once the investigation is closed, you may make another request and we will process the records as appropriate under FOIA law."

13. On October 26, 2005, Ms. Kettler sent another e-mail to me requesting the status as to whether records requested in the previous FOIA request (Log No. 05-00150) were available. I called Ms. Kettler to tell her I thought the investigation would close soon. Thereafter, Ms. Kettler e-mailed me thanking me for "responding to my inquiry so quickly. Please consider this correspondence a request pursuant to FOIA" for the report of investigation, KC-2417-15.

14. On October 26, 2005, I sent a letter of acknowledgment to Ms. Kettler indicating that her FOIA request had been assigned Log No. 06-00021.

15. This acknowledgment letter also stated in pertinent part, that OIG has a backlog of requests and that the FOIA Staff processes requests on a first-in, first-out basis using "multitracks." The letter went on to state that there are three tracks: "an expedited track if the request involves a matter of imminent threat to life; a simple track for relatively simple requests; and

---

[2] Mr. Feeney is my first-line supervisor.

3

a complex tract for more complex and lengthy requests. Your request will be categorized and processed in turn."

16. On November 30, 2005, Ms. Kettler sent an e-mail to me requesting status of their FOIA request.

17. On November 30, 2005, I sent an e-mail to Ms. Kettler stating that I had checked with field personnel regarding this matter, but had no status at this time.

18. On December 9, 2005, Ms. Kettler sent an e-mail to me requesting an update or the release of the requested report.

19. On December 13, 2005, I sent an e-mail to Ms. Kettler indicating that the investigation was open as of December 12, 2005.

20. On December 21, 2005, Ms. Kettler sent an e-mail to me requesting the status of the investigation.

21. On December 21, 2005, I sent an e-mail to Ms. Kettler indicating that the investigation was still open as of December 20, 2005.

22. Additional e-mails were received from Ms. Kettler on January 18 and January 25, 2006, requesting an update on the release of the report, and asking for "an explanation of the delay."

23. On February 16, 2006, Ms. Kettler sent another e-mail to me asking: "Is the AgriProcessors report available yet?"

24. On February 16, 2006, the investigation was closed.

25. On February 16, 2006, I called Ms. Kettler to inform her that the case was now closed and that OIG would be starting the FOIA review and release process. I told her we would send our response in the next couple of weeks.

26. OIG coordinated with Food Safety Inspection Service (FSIS) FOIA personnel, as to the positions and grades and general releaseability of FSIS personnel listed in our report of investigation.

27. On February 28, 2006, I issued a letter to Ms. Kettler regarding Log No. 06-00021 and granted release of sixty-nine (69) pages of documents with redactions pursuant to FOIA, 5 U.S.C. § 552 (b)(6) and (7)(C), which exempts from release the names, signatures, titles, and identifying information of individuals because release of this information could reasonably be expected to constitute and unwarranted invasion of personal privacy, and I withheld 13 witness statements pursuant to the Privacy Act (PA), 5 U.S.C. § 552a(j)(2) and (k)(2). Subsection (j)(2) permits law enforcement agencies to withhold information compiled for the purpose of a criminal investigation, including reports of information and informants. Subsection (k)(2) permits agencies to withhold investigatory material compiled for law enforcement purposes, other than material within the scope of Subsection (j)(2).

28. On March 24, 2006, Ms. Kettler appealed the withholding of the 13 witness statements in Log No. 06-00021. The appeal did not dispute the redactions of any of the documents furnished.

29. On March 28, 2006, Mr. Noam Mohr, Research Associate for PETA, filed by facsimile, another FOIA request asking for, "all agency records related in any way to the investigation of AgriProcessors, Inc., for violations of the Humane Methods of Slaughter Act." The request stated that: "[y]ou may exclude the Report of Investigation."

30. On March 28, 2006, FOIA Staff sent a letter of acknowledgment to Mr. Mohr.

31. Mr. Mohr's request is under review currently and an agency decision has not been issued. These documents are extensive, had to be provided by our field offices, and are currently in processing.

32. On May 17, 2006, PETA filed a Complaint for Declaratory and Injunctive Relief in United States District Court for the District of Columbia, Civ. No. 1:06-CV-00930 (RMC), challenging, among other things, OIG's withholding of the 13 witness statements from the AgriProcessors Report of Investigation.

33. I have reviewed the 13 witness statements that were withheld previously, and have decided to release all 47 pages, with redactions being made pursuant to FOIA, 5 U.S.C. § 552 (b)(6) and (7)(C). As stated above, these sections of the FOIA exempt from release the names, signatures, titles, and identifying information of individuals in a law enforcement file because release of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy. These pages are attached.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge, information, and belief.

Executed on this 14th day of July, 2006, in Washington, D.C.

DEIRDRE MACNEIL
Assistant Counsel to the Inspector General
Office of Inspector General
U.S. Department of Agriculture

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

## Memorandum of Interview (MOI)

On December 13, 2004, at about 1100 hrs, ⌐ ˥
⌐˥ Office of Field Operations,
(OFO) of the Food Safety and Inspection Service, (FSIS) United States Department of
Agriculture was interviewed by Senior Special Agent ⌐ ˥ OIG and Inv.
⌐ ˥, OPEER, CID. Also in attendance was ⌐ ˥, a District
Veterinary Medical Officer, (DVMO) who is on ⌐˥ first day at that job.

⌐ ˥ stated ⌐˥ job responsibilities as a DDM are to oversee district management,
including supervising some of the Front Line Supervisors, (FS) and Enforcement and
Investigation and Analysis Officers, (EIAO). FS is a new term for Circuit Supervisors
like ⌐ ˥ DVMO job duties include humane slaughter issues, but do not
include supervisory responsibilities.

⌐ ˥ were aware that there were no humane slaughter
Noncompliance Records, (NR) written by the inspectors in Agriprocessors, (Agri) in
Postville, IA with the exception of one written in June of 2003, which was appealed by
Agri.

DVMS were trained in January 2002 by the staff of the FSIS Technical Services Center,
Omaha, NE, The job is fairly new, but the regulation, Regulation 313, has been on the
books since 1978. The DVMS job was created in response to a 2002 congressional
inquiry. The program was created in late 2001, and started in 2002. Employee training is
done at basic training of the Veterinary Medical Officers. VMO's after they are hired,
and there are a couple of CD's out there too. ⌐ ˥ had this training.

Questions about FSIS Directive 6900.2 were answered by ⌐ ˥ who said that the
directive was new; it came out in the past summer, 2004. It replaced an older Dir. 6900.2
and there was a revision of the new directive one month after it came out. ⌐ ˥
said the revision dealt with ritual slaughter procedures.

A training CD by ⌐ ˥ of Colorado State University, that was sent out by
FSIS to train employees in humane slaughter was brought up. ⌐ ˥ noted that ⌐ ˥
⌐ ˥ is not part of the FSIS; ⌐ ˥ was only a consultant.

⌐ ˥ was asked if ⌐˥ was aware that Agri exported meat to Israel or if ⌐˥ was
involved in exports, and ⌐ ˥ replied ⌐˥ was not aware and would not be unless some
particular issue came up, as many plants export. When asked if the wall that was put up
in the kill area might be to block the inspectors view or were an export requirement, ⌐
⌐ ˥ replied that FSIS cannot tell the plant where to put up walls or where not to.
Food inspectors should be doing their job and not looking at the slaughter process.

⌐ ˥ has seen the PETA video and stated ⌐˥ believed inhumane slaughter had
occurred. One example was the dissection of the trachea of the beef while the animal

EXHIBIT ___3___
PAGE ___1___ OF _3_

was conscious. Another example was that conscious animals that fell out of the chute were left to suffer. An animal that is walking is conscious, while head rising might be a reflex and not a sign of consciousness.[ ] believed that in the video there may have been three animals that walked (agent's note: there was only one animal that got up to its feet after being released from the kill box).

Consciousness is more than just movement and that thrashing g around is not a definitive sign of consciousness. Tongue movement is also not an indication of consciousness nor is leg movement when the animal is shackled. The ritual slaughter occurs, which is the cutting of the animals throat by a Rabbi, and after that a plant employee must dissect the trachea, and cut the skin. If an animal is still conscious this would be inhumane so there needs to be an assessment of consciousness before that cutting begins. It did not appear that this was happening, or if it was it was neither apparent nor done well.

If an animal is unconscious it means it cannot feel pain. If an animal is up and walking, it is conscious and Agency policy is that no further processing is allowed.

There had been no complaints about inhumane slaughter or the trachea pull from previous veterinarians at Agri, and     did not know if the former supervisor, [ ] had seen the practice of pulling the trachea.

Ritual slaughter is the act of throat cutting, what happens before and after is not part of the ritual slaughter. This has been made clear to [           ] Agri, Prior to this clarification [        ] thought they were not to observe ritual slaughter at all. All FSIS field vets get instructions from Dir. 6900.2, and religious exemptions are allowed, but before and after the ritual slaughter the animal must be treated humanely.

[        ] had a copy of the directive on his desk and had the highlighted the relevant sections of Dir. 6900.2.

[        ] said that the GS-7's at Agri had brought it up at a private meeting with [   ] on the day [    ] was in Agri to observe the slaughter process. They said [         ] had been receiving free samples of foor from Agri employees. [  ] had heard nothing of this before that day, and the inspector who complained said [  ] would document it. [       ] was told of the inspectors concern by [        ] discussed it with [        ] and advised [   ] such activity was against agency policy.

[        ] only went back to observe the slaughter a couple of times a month because, [ ] said, it was dirty and bloody back there. [      ] had asked this of [         ] before the PETA complaints were made.

On the personnel issues, [        ] said [ ] had talked to [       ] on this before the OIG interviews with the line inspectors occurred. Agency policy is not to accept anything from the plant as it could be a conflict of interest.

EXHIBIT ___3___
PAGE __2__ OF _3_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

[    ⊃ were concerned that [    ⊃ could fire them, but [    ⊃ told them that[    ⊃
[    ⊃ could not fire them, and explained the whistleblower policy, and policy to not
allow retribution. [    ⊃ explained the need to document things to help [ ⊃ out, and
we need documents to take actions. This occurred on December second or third.

NR's are closed in days or months and can be written with a retain tag or without.
Establishments can give a verbal response for the corrective actions and the preventive
actions, they don' have to respond in writing. FSIS cannot end a control action without a
response from the establishment. These are handled on a case by case basis, if a piece of
equipment or room is tagged, its not released until there is a response to prevent the
problem from occurring again.

The NR on inhumane slaughter was appealed and the appeal sustained, as the NR was so
poorly written that it was not good enough to support the action taken. It is possible
[    ⊃ was unaware of the NR's resolution since [    ⊃ granted the appeal while
[    ⊃ was working at a poultry plant, but the NR should have been closed. [
              ⊃ should be monitoring and correlating the open NR's.

[    ⊃ said there were often complaints of inhumane treatment from other plants.
Every district has had such comaplaints. Violations of §313 can include facilities, such
as barns where protruding nails or broken boards could cut the animals or shackling
conscious animals. These are not prosecuted but FSIS usually suspends operations for
inhumane handling.

Temple Grandin's standards, such as allowing a 5 % allowance for animals not stunned
the first time, is only her standard, and not agency policy. The Agency policy says they
must stun the animal effectively on the first try by well trained employees. If the animal
isn't stunned on the first attempt, we expect immediate re-stunning. If the animal is
suffering from a bullet hole in the head, that's inhumane. Examples of consciousness
might be vocalizing, or the righting reflex, which the animal trying to get up.
Consciousness assessment is part of the FSIS training.

It does not seem possible that an animal could vocalize after its larynx is cut because the
larynx is higher than the cut in the trachea and the air would not go through it.

[ ⊃ summarized by saying he believed there are two issues here. First, there is no
consciousness assessment of the animals after stunning before the trachea is cut out.
Second, if an animal can get up after stunning, it is conscious.

They addressed these issues with Agri on their visits there after the PETA complaint.

EXHIBIT __3__
PAGE __3__ OF __3__

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

## Memorandum of Interview

⊏                                              ⊐ Food Safety
and Inspection Service (FSIS), USDA, was interviewed by USDA-OIG Special Agents
⊏                              ⊐ in a conference room at the Postville City Hall,
Postville, Iowa. ⊏ ⊐said, in essence:

⊏ ⊐has been employed by FSIS as a SVMO since 1987. In addition to being ⊏
⊐ is a Doctor of Veterinary Medicine,⊏ ⊐ was the SVMO at Iowa Turkey Products,
Postville, Iowa before becoming the SVMO at Agriprocessors, Postville, Iowa in July
2004.

⊏                ⊐ duties include directly supervising all of the USDA FSIS employees at
Agriprocessors, scheduling all of the USDA FSIS employees, conducting ante mortem
inspections, post mortem inspections, and giving breaks to the USDA FSIS employee.
also ensures that Agriprocessors and all of its employees are following USDA FSIS'
regulations.

The USDA-FSIS GS-9 Consumer Safety Inspectors, ⊏
⊐ handle most of the small issues with Agriprocessors and he handles
the major issues. On perhaps two occasions⊏ ⊐ conducted ante mortem inspections
for him when ⊏ ⊐ is dealing with other issues within the plant.

In 1987⊏ ⊐received training on humane slaughter; this was the only humane slaughter
training⊏ ⊐has received. ⊏ ⊐has reviewed FSIS Directive 6900.2 concerning the humane
slaughter of livestock. Based on ⊏ ⊐ review and understanding of the directive, ⊏ ⊐
believed ⊏ ⊐ could have no involvement in the ritual slaughter of livestock. ⊏ ⊐ believed
⊏ ⊐ duties ended at the kill box and did not observe the activities in the kill box until
December 2, 2004. However, three to five times a day ⊏ ⊐ would visually ensure that the
cattle coming out of the kill box on the bleed rail were dead. At no time did ⊏ ⊐ see any
conscience cattle on the bleed rail. ⊏ ⊐ did not see the legs on the cattle on the bleed rail
move. ⊏ ⊐ neither saw nor was aware of the cattle's esophagi being pulled until ⊏ ⊐saw
the PETA tape. ⊏ ⊐spoke to CSIs ⊏ ⊐ and they told ⊏ ⊐ the pulling of
the esophagi was an approved practice. ⊏ ⊐ has received no reports of "walkers". ⊏ ⊐ has
received no reports from the CSIs or the USDA FSIS Food Inspectors working at the
plant about animals being inhumanely slaughtered. Furthermore, the FSIS employees
cannot see the slaughter of the animals from their normal work areas.

⊏ ⊐reviewed the PETA tape and based on what ⊏ ⊐saw believes the activities took place
in Agriprocessors.

Concerning Non-compliance Records (NR), only the CSIs or ⊏ ⊐can issue NRs. The
issuance of the NRs can only be based on what they see, not what is merely reported to
them. NRs are written when they see deficiencies or violations of FSIS' regulations. ⊏ ⊐
does not believe NRs need to be issued for small items if they are immediately and

EXHIBIT 4
PAGE 1 OF 3

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

satisfactorily corrected by Agriprocessor employees once they have notified them. The CSIs write most of the NRs because they are continually patrolling throughout the plant. When the CSIs or ⌐    ⌐ tag deficiencies or violations, NRs are issued the day of the tagging. If a deficiency or violation is found that somehow effects either the poultry or beef lines, the line is stopped, the deficiency or violation is tagged, a NR is issued and the line does not start until the deficiency or violation has been resolved to ⌐⌐ or the CSIs' satisfaction. If a NR has been issued, plant employees can orally notify us that the issue has been resolved. The USDA staff then reviews the resolution, and if the problem has been resolved to their satisfaction, the NR is closed. Once the corrective action has been taken to their satisfaction and the NR has been closed, they notate on the NR what type of corrective action has been taken. In some instances, there is some lag time between the issuance and closing of NRs because either the plant is appealing the NR or ⌐⌐ has not been as tough on it as ⌐⌐ should have been.

Concerning sampling, ⌐⌐ takes the residue and pathology samples and sends them out via Federal Express. ⌐    ⌐ handles the samples taken during the night shift. CSI ⌐    ⌐ takes the requested samples of hamburger, cooked product, processed products and any other items and    sends them out via Federal Express. CSI ⌐    ⌐ takes ⌐⌐ samples from the chickens and he sends his samples to the labs.

No one from Agriprocessors has tried to influence how ⌐⌐ does ⌐⌐ job.

Management meetings are usually held every Thursday. The meetings are typically held in Agriprocessor's offices, however, two or three of the meetings have taken place in the government office. CSIs ⌐    ⌐ attend the meetings as well as Agriprocessor's plant department heads. Various issues concerning the operation of the plant are discussed during the meetings.

Sometimes Agriprocessors provides samples of new products during the meetings. ⌐    ⌐ has tried the samples and have found them to have too much garlic or the chicken wings still have feathers on them. When Agriprocessors provides samples during the meetings in the government office, they typically take the samples with them when they leave. After one meeting, chicken wings were left in the government office on the table. The wings later disappeared and ⌐⌐ does not know what happened to them.

Agriprocessor's Head Cook will also bring samples of new product to the government office. ⌐    ⌐ has tried the samples ⌐⌐ has brought by but does not know if other USDA FSIS employees have tried the samples. ⌐⌐ has not taken any products from Agriprocessors home, they have not provided any products for ⌐⌐ personal use and they have not brought products into the office for ⌐⌐ lunch.

⌐    ⌐ has played "Hearts" on the government computer in the government office, but only on ⌐⌐ breaks and ⌐⌐ does not do it all of the time.

Concerning complaints, the Food Inspectors typically come to ⌐⌐ with complaints. A recurring complaint has occurred on the chicken line. Nearly every day, the Food

EXHIBIT   4
PAGE   2   OF   3

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

Inspectors have reported a strong smell coming from that side. The CSIs, FSIS employee
⨪    ] and ⌐    ⌐ have all tried to smell the reported smell, but could not. Food
Inspectors also come to him concerning NRs. [ ] has had a complaint about a Food
Inspector sleeping on the line but [ ] has not observed the Food Inspector sleeping.

[ ] has seen a Food Inspector on the chicken line with [ ] hands in [ ] pockets making
[ ] unable to inspect the chickens. Another Food Inspector did not wear a hair net until
[ ] came to the plant instructed them to wear hair nets, which they did. In another
instance, a Food Inspector shut the line down a couple of minutes before the plant was
required to at the end of the day and [ ] left. The line was restarted and [ ] and two other
Food Inspectors completed the shift. [ ] spoke with the Food Inspector the next day and
[ ] said [ ] watch was set to the time in the government office which was a couple of
minutes faster than the plant's clock. After understanding the incident, [    ] told [  ]
not to leave the line early and [ ] agreed.

Several of the Food Inspectors are abusing their leave. They have continual negative
balances; or whenever they finally do accrue any leave, they use.

EXHIBIT  4
PAGE  3  OF  3

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

## Memorandum of Interview (MOI)

On December 15, 2004, at about 1545 hrs, ⌐
⌐ ⌐ Des Moines District of the Office of Field Operations, (OFO) of
the Food Safety and Inspection Service, (FSIS) United States Department of Agriculture
was interviewed by Senior Special Agent ⌐                        ⌐
OPEER, CID.

⌐        ⌐ said, in essence:

⌐ ⌐ is the Senior Veterinary Medical Officer on the second shift at EXCEL Corp. in
Ottumwa, IA, Est.# 85 O.

For nine months ⌐ ⌐ was the Inspector in Charge, (IIC) at Agriprocessors, (Agri) in
Postville, IA. Prior to that    was the night veterinarian on the poultry kill at Agri from
1999 until November of 2003. In November 2003 ⌐        ⌐ retired, and ⌐⌐ was the
day shift IIC until July 23, 2003. In addition to the poultry, he worked the beef side, too.
Every sixth week, ⌐⌐ and ⌐     ⌐ traded shifts. ⌐ ⌐ supervised ⌐
        ⌐ and all the GS-7's.

⌐ ⌐ never saw inhumane slaughter at Agri, nor did ⌐⌐ see the PETA video, and at any rate,
the video is edited and so not good evidence. The only inhumane treatment ⌐⌐ saw at
Agri was that sometimes there would be no water for the animals in the pens and ⌐⌐
would tell them to take care of it and they did.

Religious Slaughter is exempt from the law, its "Humane Slaughter Exempt". ⌐⌐
observed the slaughter daily, but did not go to the kill box  area because it's dirty and
slippery back there. ⌐    ⌐ sometimes observed the kill, too.

⌐⌐ never saw any "walkers", only animals struggling on the floor in the landing area
while as they bled out.

⌐ ⌐ also did ante mortem and watched 5 to 10% in motion, there were 200 to 300 in the
yard in the morning, and twice later in the day. ⌐⌐ really spent no significant amount of
time viewing the slaughter. There purpose is food safety, not humane slaughter.

⌐ ⌐ never saw them rip out the tracheas after the initial cut nor did ⌐⌐ discuss that with
⌐        ⌐

The FSIS and Agri staff had weekly meetings. These meetings were with ⌐
                        ⌐ and the IIC. Sometimes maintenance
people were there too, and the chicken supervisor ⌐    ⌐ was there sometimes. Agri
never provided food but the FSIS sometimes provided the coffee and tea. Sometimes a
sample of food was brought in by Agri staff to taste or smell but not to eat as if a meal.
⌐ ⌐ has bought samples from the store of their product to see what it was like, but they
have never offered ⌐ ⌐ food, they are very careful.

EXHIBIT _5_
PAGE _1_ OF _2_

Agri has accused FSIS of being Nazi's. A Rabbi was once seen dragging lungs against a wall, ⌐        ⌐ and ⌐ complained about contamination, even though lungs are inedible, and ⌐                                ⌐ compared us to Nazi's, so ⌐        ⌐ wrote it up, sent it to ⌐        ⌐. Agri apologized verbally, and the matter was closed.

⌐                ⌐ of Agri once said that the Nazis had outlawed kosher slaughter in 1933 in Germany, which is true.

The stainless steel wall in the kill area went up for the leggers. It was after they cancelled the second shift kill about one and a half years ago, in the spring of 2003. At that time ⌐ was a relief and was traveling a lot and was not there. It is more sanitary in that area now, with the wall there. The GS-7's were cut off from ante-mortem and Hazard Analysis and Critical Control Point, (HACCP) at the same time, and now cannot see the humane handling since the spring of 2003. Agri cannot and does not hang live animals, it's dangerous and it is not kosher. The wall is a good separation of the clean and unclean. That is the main issue, it was not to obscure vision.

All the trouble started with Directive 6900.2. Revision 1. The revision occurred within one month of ⌐        ⌐ NR, the change in the Directive was based on the NR in Postville.

The NR's are closed slowly because Agri is slow to respond, and they like to appeal the NR's to ⌐        ⌐

EXHIBIT    5
PAGE    2 OF 2

## Memorandum of Interview (MOI)

On December 16, 2004, at 11:00 a.m., [        
                        ] Des Moines District of the Office of Field Operations, (OFO) of the
Food Safety and Inspection Service, (FSIS) United States Department of Agriculture was
interviewed by Special Agent [              ] OIG, and Inv. [              ], OPEER, CID.

[              ] was the Senior Veterinary Medical Officer on the first shift at
AgriProcessors, (Agri) Inc. in Postville, IA, Est. # 4653A.

I was with the USDA for 30 years and two days. For several years I was in International
Programs, traveling to foreign countries to monitor their requirements in hundreds of
plants. As a relief Veterinarian I covered 30 to 40 plants, and did weekly pre-operational
sanitation inspection, (pre-op). I was in and out of Postville for about 10 years, and my
last three years I was the full time IIC at Agri. My duties as Inspector-in-Charge, (IIC)
were to supervise the inspectors, enforce regulations and policy.

I watched parts of the PETA video on my computer.

While the ICC at Agriprocessors I did not see any animals walking around after being
bled . The only inhumane handling I saw was that, on occasion, there had been frozen
water buckets in the pens. Argi would resolve that problem when I brought it to their
attention.

I would go to the kill area about once every three weeks and observe for a while. I never
saw any animals walking around after their throats were cut.

The inspectors once told me that animals had gotten out from the kill floor and ran
through the building. It is my recollection that this instance involved an animal which
had not had its throat cut, but had escaped before slaughter. Originally there was no
functional gate between the kill area and the rest of the building. While I was away on
business for the National Association of Federal Veterinarians, (NAFV) a gate was put
up.

If an animal can get up and walk after having its throat cut then I could consider that
animal to still be conscious. If an animal is merely "kicking," that is its legs are still
moving, that is a "sensory response" and not necessarily a sign of consciousness.

There had been a partial wall separating the kill floor from the rest of the plant.
Sometime before November 20, 2003, a larger wall went up. This was shortly after a
visit by an Israeli export person and I believe was a result of his visit. They required the
kill area to be a separate area.

Some of the GS-7's did complain that after the wall was built they could not see the kill
floor. The GS-7's job requires them to watch the line and attend to their task, not observe

EXHIBIT  6
PAGE  1  OF  5

the kill floor. ⌐          ⌐ job is off line tasks, including the kill floor, and ⌐⌐ did ⌐⌐ job well.

The Israeli's also said Agri could not bone heads in the kill area, so Agri moved that task to the paunch area.

The first Israeli review was three to four years ago, and then another was several years ago. The Israelis gave Agri a list of corrections to be made which was posted on the wall in the Government office.

Sometimes the GS-7's would complain that Agri was skinning the heads too early, but when I watched for that I did not observe it at anytime.

In June 2003 I wrote the humane handling NR based on the Rabbi's method of cutting as he appeared to be cutting using a "sawing" motion. This was not what I had observed before or after by other Rabbis.

At that time I also saw the trachea's being cut out just after the throat were cut. I asked ⌐          ⌐ of Agri how long that had been going on, and ⌐⌐ told me they had been doing it, "forever," but I knew that that was inaccurate because I had not seen it before.

⌐ (6)(6) ⌐ said Agri would fix the problem with the one Rabbi making the sawing type cut. I appraised ⌐              ⌐GS-9 Inspector, of the situation and called ⌐
⌐ ⌐, about the need for one cut. ⌐              ⌐
faxed me three letters, one signed, and I went back and stopped the kill. After about 25 minutes Agri changed the Rabbi and the I allowed the kill to start again. It was my observation that the older Rabbis did a better job than the younger Rabbis. It is not so much a matte of strength, but the need for good technique and a sharp knife. If the Rabbi only cuts one carotid artery and leaves the other one, it is simply not effective. To the best of my recollection they have done a second cut of the carotids using a hooked knife for a long time. This was done to enhance the bleeding process.

At one time it was brought to Agri's attention that, at the gut buggy, the hearts were so full of blood that it made them hard to inspect. It was after this that I noticed they were doing the trachea pulls and it is likely they believed that would cause the animals to bleed out better.

After I wrote up the Noncompliance Report, (NR) they replaced the Rabbi with another one. ⌐          ⌐ and I had a talk with the first Rabbi, and ⌐⌐ threatened to take us to court. The NR and copy of the regulations ⌐          ⌐ sent all went to Agri. Several weeks later, ⌐                    ⌐ called and told me the NR was refused and ⌐⌐ had granted Agri's appeal. At the time I wrote the NR and talked to ⌐          ⌐ said he knew the regulation and we did not need to call the Technical Services Center in Omaha about it. I called ⌐          ⌐ told me that since the regulation was not typed out in my NR, but only referred to as and attachment, that that was why the appeal was of the NR was upheld.

EXHIBIT ____6____
PAGE ___2___ OF __5__

When ⌐        ⌐ did ⌐⌐ initial review of Agri as DVMS, ⌐⌐ did not know if the ritual slaughter at Agri was correct. This was about a year before the humane handling NR, so I wanted to know the answer. I told ⌐        ⌐, not to let this NR disappear, to put a copy in the back of the file if ⌐⌐was told to remove it. Agri stayed nasty for a long time after the humane handling NR, we lost all trust in them after that. I got sued once at Packerland, they're kosher too, and I told the inspectors to be careful how they talk to the Rabbis, to be friendly, firm and fair. Back then, in the early Eighties, Packerland would hang live animals. I've also been to the Kosher Kill a Whitehall, Wisconsin.

About a month later, FSIS Directive 6900.2 came out, and said that we should make sure you enforce humane handling each day, do a different task and enter it in the system each time. We were never told not to interfere with the religious slaughter.

I did not know if the trachea removal was separate from the religious slaughter, so I asked ⌐                    ⌐ while he was watching it, if the trachea removal was happening too soon. ⌐        ⌐ only said that it was great that the Rabbi prayed before they killed the animal for food. ⌐        ⌐ had no opinion on the trachea cutting, and ⌐⌐ saw it happen several times. This was about one month after I wrote the NR. ⌐        ⌐ never visited Agri again that I know of.

Agri was mad about it, me and ⌐        ⌐ of preoperational sanitation retaliation, ⌐        ⌐ gave ⌐        ⌐ a week off without pay over it. I was not happy with that decision. ⌐        ⌐ came to Agri on the Agri complaint, not the humane handling issues. ⌐        ⌐ over reacted to the Agri accusation on ⌐        ⌐ and the week off. ⌐        ⌐ never said a lot about it. The District Office won't back us on the NR, no reason given, ⌐        ⌐ was in the sticking area, and I don't remember ⌐        ⌐ going back there with me.

I did not give any approval for the trachea cutting; I had to watch for a long time to even figure out what they were doing. The Trachea cutting started about the time of our complaint about blood filled hearts in the gut buggy, it's only my guess that it was for faster bleeding.

I haven't seen any other inhumane slaughter issues there.

My training in humane slaughter consisted of reading Directives, no specific training inn religious exemptions, no told me this is right and this is wrong. We know what is inhumane except in religious slaughter, Kosher is done in different ways at different plants that I'd been in, we watch for nail sticking out, sharp edges that sort of thing.

The weekly meetings were held in our office, and no food was brought in. They offered us samples of new sausage products, but that was out in the sausage area.

Occasionally Agri would bring in a new sausage formula and I would cut it up for the inspectors to try. Agri did not try to influence me with food or cash.

EXHIBIT ___6___
PAGE ___3___ OF ___5___

The Rabbis were always mean, they wanted me out claiming I was too mean, Agri called the Hotline with complaints against us. They did not threaten me or offer any bribes to me.

Humane Handling was the veterinarian's responsibility only, and we saw that the animals were not beaten.

Critical Control Points are only monitored once a day and not more often.

I watched the slaughter process every day, but was no tin the processing department every day. I watched the neck cutting about once every three weeks, and most of the time they did a good job, I did not see any conscious animals after the cut or any animals getting up after the throat cut. Once and a while, an animal would fall over and kick and blink, but that did not mean it was conscious. Each time I watched I saw four to five animals in the five minutes I watched.

Animals can vocalize even with the trachea cut, but it's not a bellow sound, more of a hissing sound.

[          ] took over the day shift after I retired. Agri had renovated the plant and could now kill all the chickens on the day shift and had quit killing on nights, so [          ] was not needed on the night shift anymore. I talked to [          ] about observing the religious slaughter; we also had a rotation in which we rotated shifts. I told [          ] to do humane slaughter every day, from unloading to the time of the throat cut. [          ] was not there very much, [          ] was my relief and [          ] was there more often.

[          ] would have done a good job, better than [          ] Knew there would be problems due to [          ] inactivity, but [          ] not corrupt, [          ] never called me with any questions.

I didn't have any conversations with [          ] on religious slaughter. [          ] was on the Poultry Kill at a different plant in Postville. [          ] was the IIC at Agri for five years before I was assigned, prior to the chicken kill.

On NR's, at first they would stay open for long times, then at the weekly meetings, when I started, we went over the open NR's There is a green book of weekly meeting minutes in the government office. There is no steadfast rule on closing NR's. If it's not closed in two weeks, we write a new one on it. If it got too far behind, I'd get on [          ] and [          ] would answer the NR. We can write a retain tag, and then put the verbal reply on the NR before removing the tag, and put time frames on the NR too. Sometimes we needed to wait as they called various contractors. Agri has come a long way since [          ] got hired. [          ] knows the plant better than anyone else. It took years to get the NR system working. [          ] would try to solve problems, but [          ] was Agri management,

EXHIBIT ___6___
PAGE __4__ OF _5_

the inspectors didn't trust [ ] [     ] got more "company" after the humane handling NR.

At the ethics and conduct meeting, Professionalism, meeting, we were told that and we were told that it was no longer acceptable to take coffee and doughnuts from the company. At about this time the Agri Manager, [     ] died, and Agri had the first PETA contact, and [        ] had cancer.

The GS-9's did an excellent job at Agri. There were several good inspectors at Agri. [        ] on nights, [ ] had less NR's as everything is shutting down by then, the sausage kitchen and boning are done.    complained that [ ] was getting the same pay as inspectors who did nothing once. [        ] did pre-op, and so [ ] had the most NR's. [       ] w did not write petty stuff, only important stuff. I told [ ] to document more. The GS-7's did the kill floor pre-op. [        ] did pre-op twice a week, in the beef and chicken cut up areas, where there were the least areas to inspect. [     ] is good too. [                 ] are not afraid of Agri. Agri made progress from the time I started there. There were lots of NR's from the three inspectors, more NR's when they look in the right areas. I never saw any GS-7's sleeping on the line.

With product samples, the plant never brought our samples, [        ] got them mostly, and [      ] did the chicken and turkey samples. I did the *Listeria monocytogenes* sampling myself, having the plant bring in any samples would be insane. On the second shift, [     ] would put turkey in the freezer since there was no Fed Ex pickup on the night shift. The day shift would swab the turkey the next day.

Senator Grassley had a congressional complaint that I remember, and there were some foot and mouth disease problems at Agri too.

Done at 1240.

Page 5 of 5

EXHIBIT   6
PAGE   5   OF   5

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

## Memorandum of Interview (MOI)

On December 17 2004, at about 1000 hrs, ⌐                    ⌐ DVM, Deputy District Manager, (DDM) of the Moines District of the Office of Field Operations, (OFO) of the Food Safety and Inspection Service, (FSIS) United States Department of Agriculture was interviewed by Senior Special Agent ⌐        ⌐ OIG, and Inv. ⌐           ⌐, OPEER, CID.

⌐ ⌐ has been a DDM since September of 1997 and came to the Des Moines District in 1999. He supervised ⌐        ⌐ when the District Veterinary Medical Specialist, (DVMS) was created.

In June, 2003, there was a NR that stopped the slaughter. About two weeks later, ⌐                    ⌐, and     went to Agri and watched the slaughter process. The animals were not always killed with one cut, but ⌐ ⌐did not consider what ⌐ ⌐ saw as inhumane. The Rabbi did a second cut if it was needed. We watched them kill three or four animals. ⌐ ⌐also consulted with the FSIS Technical Services Center, (TSC) on this. Halal slaughter does not allow trachea dissection and although ⌐ ⌐ did not remember any conversation with ⌐        ⌐ about this, it is possible that they did discuss the trachea removal. ⌐ ⌐ was concentrating on the NR concerns, such as number of cuts, unconsciousness with the bleeding, and what ⌐ ⌐ saw looked fine. ⌐ ⌐ likely did have a conversation with ⌐    ⌐ about the trachea cut, could not specifically recall it. He would not contradict⌐        ⌐ said this conversation took place.

There was no follow up report issued, but a Rabbi did send a letter to the District Office. After a discussion with District Manager Dennis Greening.

Halal is different from kosher, at the time of slaughter there is a prayer meaning that the slaughter is for food purposes, not fun. Kosher is left to the Rabbis, animals must be treated humanely, no one told us that we were to keep our hands off the ritual slaughter, this was not discussed, we discussed the NR and the Appeal.

EXHIBIT ___7___
PAGE ___/___ OF __/__

Location:  Postville Poli    Department, Postville, IA
PETA v. USDA, Civil Action No. 06-0930(RMC)

SWORN STATEMENT

I, ⊏            ⊐ being first duly sworn on oath, make the following statement
freely and voluntarily to⊏            ⊐ who has identified himself to me as a Special
Agent of the Office of Inspector General, U.S. Department of Agriciulture, knowing that
this statement may be used in evidence.

I am a USDA Food Safety and Inspection Service (FSIS) Consumer Safety Inspector,

GS-9. I have been an Inspector since about 1990. I was an intermittent Food Inspector

for approximately three years. I became a full-time employee in 1993. I am stationed at

Postville, Iowa, and I work at the Agriprocessor Inc. plant. As a Consumer Safety

Inspector, my duties include working on both the poultry and beef sides of the kill floor.

I review poultry and beef for contamination, adulteration, pathology, making certain

Agriprocessors follow USDA FSIS regulations as well as giving the FSIS employees

breaks from the line operation. I also work in the offal rooms, the hoof rooms, chicken

cut up and in chicken shipping. Prior to working for USDA, I worked at the local

Cooperative as well as operating my own farm.


My direct supervisor is ⊏

        ⊐ duties include supervising all of the USDA FSIS employees, supervising

the entire Agriprocessor plant's operations (including slaughter) and addressing problems

brought to ⊏⅔ by USDA employees and Agriprocessor ~~employees.~~
                                        management    ⊏   ⊐ 12-9-04


Concerning the humane slaughter of animals, several years ago I was in charge of the

humane slaughter area, our regulations changed and now the SVMOs are in charge of the
                 under supervision of the SVMO
                                                    ⊏   ⊐
                                                    12-9-04

Page 1 of 5

        ⊏   ⊐ 12-9-04
            00015

EXHIBIT ___8___
PAGE ___1___ OF _5_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

area. I have received little instruction on humane slaughter and there has been little

mention of humane slaughter. While in charge of the area, I had concerns about animals

getting caught in the box or breaking their legs in the boxes. Sometime in approximately

2003, Agriprocessors erected a floor to ceiling stainless steel wall. It was my

understanding the wall was erected because Agriprocessors wanted to export product to

Israel and the Israelis had told them to erect the wall. After the wall was installed, it

became difficult to see into the area.

I have seen "walkers", but they are very rare, perhaps a couple a year. I do not know who

has instructed Agriprocessors on humane slaughter practices.

No one in the plant has brought humane slaughter issues to my attention.

After an animal is cut, its legs may still move. The blade used by the Rabbis is very

sharp and cuts easily through the neck. Based on my experience and observations I

believe it is impossible that a cow would moo or make noise, and have never heard any

animal moo after it was cut.

No one at the plant has tried to influence me in any way in the performance of my duties.

Non-compliance reports (NR) are issued by me if I witness a deficiency or violation in

sanitation, adulteration, presentation within Agriprocessors. When I see a serious

problem, I tag the problem and I then issue the NR. Once Agriprocessors corrects the

00016

EXHIBIT _8_
PAGE _2_ OF _5_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

problems, they can verbally tell me the problem has been fixed, I check the problem, and

if it is fixed, I remove the tag. On occasion if the violation is small, I will not issue an

NR but tell the plant to fix the problem and I will stay on site until the problem is fixed.

The USDA FSIS GS-7 employees rarely bring complaints or issues to me.

Concerning samples, I collect my own samples from turkeys and chickens and I

personally mail the samples into the laboratory. The [          ] is

responsible for product samples and [          ] is responsible for collecting residue

samples. I believe they collect their own samples and I believe they send the samples in.

Concerning meetings, meetings are held between myself, [          ] and

Agriprocessor employees [          ]

(I don't remember their last names). The meetings are held to address issues in the plant.

The meetings used to be held in the government office, but they are now held in one of

the company's offices. Sometimes during the meetings, the company provides a little

food during the meeting. Typically the food is samples of items they are going to try to

sell.

The plant does not sell their products to people at the plant. Other than trying product at

the meetings, I have neither been offered product nor taken product from the plant or

plant officials. I have not solicited products from the plant. I have not seen [



Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

[    ] receive, take or consume products from the plant other than the small amount of product served at the meetings.

A couple of months ago, I remember seeing barbeque chicken wings in the government office's refrigerator. I believe the wings were provided to us by the plant to try. I did not try any of the wings. Until recently, someone from the plant would occasionally bring food into the government office for the employees to taste. This was usually some new product line that was not yet available for retail sale. This happened two or three times a year.

Concerning [        ] a very intelligent and capable [   ]. but I have noticed [   ] frequently in the government office playing card games on the government computer. From my observations, [ ] does not spend a lot time doing [ ] job and I believe [ ] could put more effort in.

[        ]

12-9-0 4

EXHIBIT ___8___
PAGE __4__ OF __5__

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

12-9-04

[C]

lly handwritten and partially typewritten statement of 5 pages, and
o the best of my knowledge and belief. I have made all necessary
ons and have signed or initialed every page.

Signature:

C                                    ]    Date: _12-9-04_____

Witness:

_____          Date:_____

Subscribed and sworn before me
this __9th__ day of __December__, 2004

[                              ]

Senior Special Agent, USDA-OIG Investigations

00019

Page 5 of 5

EXHIBIT __8__
PAGE __5__ OF __5__

⌐            ⌐MOI

⌐            ⌐ was interviewed in ⌐ ⌐office at⌐      (b)(6)(7)(C)⌐
Waterloo, Iowa, on December 16, 2004. Present for the interview were ⌐            ⌐
USDA-OIG and ⌐        ⌐ , USDA-FSIS.

⌐ ⌐ has been with the USDA for twenty-two years, three years as Front Line Supervisor,
(FLS) in the Waterloo Circuit.        responsibility includes monitoring inspection
activities, observing plant operations, discussing problems with the Labor Management
Relations (LMR) people, overseeing slaughter inspections, responding to complaints, and
supervising all Senior Veterinary Medical officers, (SVMO) and inspectors. The
Waterloo circuit goes from Thompson, Iowa to Dubuque, Iowa.

⌐            ⌐ was the IIC at AgriProcessors (AGRI) when⌐ ⌐started ⌐ ⌐current duties.
⌐        ⌐ succeeded ⌐        ⌐ and now ⌐            ⌐ it the Veterinarian in charge
there.        arrived in July of 2004. ⌐ ⌐I visits AGRI once a month, and usually
meet with ⌐                        ⌐. and ⌐            ⌐ once and a while
too.

There were facility problems that took years to fix, mostly because the facility is old and
needed updating. The GS-7 and 9's talk to ⌐ ⌐, but ⌐⌐ does hear much from the 7's. The
9's are called Consumer Safety inspectors, (CSI).

⌐ ⌐ usually meets with the staff informally, usually when they are on break. They also
have two special meetings a year called Work Unit Meetings (WUM) at AGRI to talk
about employees concerns and also set or clarify policy.

USDA has weekly meetings with AGRI management and if ⌐        ⌐ is on site ⌐⌐ attends.
When ⌐        ⌐was there most of these meetings were held in the government office.
This is a Performance Based Inspection System, (PBIS) requirement, and they (USDA)
discuss deficiencies and non-compliance with AGRI officials. AGRI, in turn, provide
USDA with Planned Improvement Program, (PIP) information.

At the meetings ⌐ ⌐attended AGRI never brought in food. ⌐ ⌐also never saw them bring
samples to ⌐        ⌐ later learned that they had brought food to meetings and given
⌐        ⌐ some small samples, which⌐ ⌐told them, AGRI and ⌐        ⌐to stop doing.
The taking of food is very serious, absolutely unacceptable. ⌐ ⌐ was not aware of anyone
taking food home, but told ⌐        ⌐ that none of the USDA staff should accept any
food from AGRI under any circumstance. ⌐ ⌐ did not discuss this with the GS-9's but left
it for ⌐    ⌐ to do so.

There have been few humane treatment of animals issues at AGRI. One time ⌐        ⌐
wrote an NR that AGRI appealed. ⌐    ⌐ granted the appeal due to improper
documentation in the original NR. The issue was taken to the lead Rabbi at the plant and
to ⌐    ⌐ The issue was the number of cuts made, not sawing, simultaneous cut, start in
the middle of the neck, and cut both sides in one cut but the regulation doesn't say, "in

EXHIBIT__9__
PAGE __1__ OF __3__

one." On this past Tuesday ⸂ ⸃ met with AGRI and they gave an adequate response. The USDA made suggestions, and AGRI is looking at how to correct the problem.

If the cut, which is of the carotid arteries, the trachea and esophagus, is done properly an animal is insensitive in seconds and dies quickly from loss of blood.

In early December ⸂ ⸃ was at the plant and met with some of the USDA employees and asked them if there were any concerns. There were no real complaints except some questions about leave problems. There were also some concerns about employees getting their breaks. Inspectors get three breaks if the line goes over eight hours and some breaks were missed by ⸂       ⸃ The employees talked to the union president, ⸂          ⸃ about this and ⸂   ⸃ told ⸂    ⸃ that ⸂    ⸃ had made a mistake.

If the slaughter is proper, the animal is dead. It is ⸂ ⸃ perception from watching the PETA video that at times the Rabbi did not do the job properly and the animals did not become instantly insensitive as they should.

This problem, as seen in the video, was never brought to ⸂ ⸃ attention by any inspectors. ⸂      ⸃ comparing chicken with its head cut off to beef is comparing apples to oranges, beef is heavier, harder to get up.

The Trachea Dissection is OK but only if the animal is dead. It is not part of the slaughter but something else, a dissection that should not happen if the animal is not insensitive. ⸂       ⸃ permitted this but ⸂    ⸃ never discussed it with anyone or saw it before.

⸂       ⸃ had not been watching the slaughter process. ⸂    ⸃ did not ask why but only directed ⸂     ⸃ that ⸂ ⸃ must be watching it.

⸂    ⸃ never told ⸂    ⸃ to not interfere with the religious slaughter. ⸂ ⸃ did tell ⸂      ⸃ that he should check if the animal was alive after slaughter. They now have a checklist to verify if the animal is dead.

Training on humane slaughter is given to SVMO's when they are hired by FSIS. It is part of the Basic Course.

⸂ ⸃ reviews NR's when ⸂ ⸃ visits the plants. They should be resolved and closed as soon as possible, but often are not. Some take a long time to close as plants are slow to do what we expect them to do. This an issue in many places, not just AGRI.

⸂       ⸃ had said that during a review of AGRI by Israeli officials they indicated a wall would have to be put up between the kill floor and the rest of the plant. The wall was actually put up before ⸂     ⸃ came to the circuit. It is a stainless steel wall and separates clean from dirty areas.

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

◌ ◌ has heard no complaints about any of the USDA employees not doing their job or falling asleep on the line.

EXHIBIT _9_
PAGE _3_ OF _3_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

## Memorandum of Interview (MOI)

⌐    (b)(b)/(7)(C)⌐ , AGRIPROCESSORS (AGRI), Postville, Iowa, was
interviewed at AGRI on December 9, 2004. ⌐ ⌐said, in essence:

⌐ ⌐has been at AGRI as Operations Manager for twelve years. Prior to AGRI ⌐⌐ worked
for GARDNER & HARP in Erie Pennsylvania, which was a meat processing plant.⌐ ⌐
dad also owned his own custom slaughter operation, so⌐⌐ has been around the business
⌐ ⌐whole life.

At AGRI ⌐⌐ works on the beef side.

The animals are actually killed by Rabbis who are trained and sent to AGRI from various
groups and are not plant employees. This is also true of the Rabbis who work examining
product to declare it Kosher.

The kill is made using a very sharp knife to cut the animal's throat. The cut is through
the neck are and severs the carotid arteries, the trachea and the larynx. The cut goes
through nearly to the spine. The animal is rendered insensible immediately and is, in
essence, dead.

They process approximately 500 head of cattle each day. About seventy percent of the
product they sell is not Kosher. Two and sometimes three Rabbis work at the kill box on
each shift, taking turns performing the cut. The plant works at the pace of the Rabbis.

There are occasions when an animal is not completely stunned and even times when an
animal has gotten up and walked, but they are very infrequent. An animal getting up and
walking does not mean that it is conscious. It is, in fact, dead but muscle reflexes keep it
moving, much like a chicken might run about when you cut it head off. Animals getting
up and walking has happened perhaps three or four times in the past several years. In the
past they walked as far as 30-40 feet. A gate was put up a few years ago that prevents
that from happening.

⌐ ⌐ does not watch the kill area all day, but only checks on it now and then or walks past,
but ⌐ ⌐has never seen animals treated inhumanely at AGRI. Nor has ⌐⌐ever seen a
conscious animals hoisted or skinned. It just does not happen and it would be very
dangerous to try and hoist an animal that was conscious.

It has been the practice at AGRI for about two years to have a plant employee make a
second cut of the carotid arteries to enhance the bleeding. They learned of the procedure
from a Kosher plant in Canada. They also started doing the so-called "trachea pull"
although it was not a standard practice and did not happen all the time, although ⌐⌐ could
not say how often it was employed. This was also done, ⌐ ⌐believes, to enhance
bleeding.

EXHIBIT __10__
PAGE __1__ OF __2__

A stainless steel wall was put up after visits from Israelis. It was required to separate the kill area from the butchering area and was seen as a cleanliness issue. The purpose was never to block the view of anyone, and, in fact, USDA Inspectors could view the kill floor whenever they wished.

Since the PETA video was released they have had meetings with USDA officials and agreed to discontinue the trachea pull and also to buy a "captive bolt" device to stun the animals whenever an animal appears that it may still be conscious after the ritual cut is made by the rabbi. Until they get the captive bolt device they will use a .22 rifle. Any animal that a .22 or a bolt is used on is no longer Kosher.

EXHIBIT _10_
PAGE _2_ OF _2_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)


Location: Postville Police Department, Postville, IA


SWORN STATEMENT


I, [⎓⎓⎓⎓⎓⎓⎓⎓⎓⎓⎓] being first duly sworn on oath, make the following statement
freely and voluntarily to [⎓⎓⎓⎓⎓⎓⎓⎓] who has identified himself to me as a Special
Agent of the Office of Inspector General, U.S. Department of Agriculture, knowing that
this statement may be used in evidence.

I am a USDA Food Safety and Inspection Service (FSIS) Food Inspector, GS-7. I have

been an Inspector since about 1992. I was an intermittent Food Inspector for

approximately 4.5 years. I have been a full-time Food Inspector for approximately six or

seven years. I am stationed at Postville, Iowa, and I work at the Agriprocessor Inc. plant.

I also worked at the Iowa Turkey Products in Postville, Iowa as a USDA FSIS Food

Inspector. As a Food Inspector, my duties include conducting post mortem inspections of

meat and poultry as well as making Agriprocessors follow USDA FSIS regulations.


My direct supervisor is Supervisory Veterinary Medical Officer, [⎓⎓⎓⎓⎓⎓⎓⎓⎓⎓⎓⎓]
[⎓⎓] duties include supervising all of the USDA FSIS employees, scheduling the FSIS

employee's work schedules, supervising the entire Agriprocessor plant's operations

(including slaughter) and addressing problems brought to him by USDA employees and

Agriprocessor employees [⎓⎓⎓⎓⎓] was also my supervisor at Iowa Turkey Products.

[⎓⎓⎓⎓⎓] has been my supervisor Agriprocessors for approximately six months.


USDA FSIS GS-9 Consumer Safety Inspectors (CSI), are also responsible for taking care

of problems presented to them by the FSIS or Agriprocessor employees. [⎓⎓⎓⎓⎓⎓]


00025

EXHISIT  12
PAGE  1  OF  6

and [        ] are the CSIs at Agriprocessor.  [        ] works in processing and
[        ] works in slaughter.

Agriprocessors, as part of using FSIS inspection services, provides an office for the FSIS
employees.  The office is used by the FSIS employees for their official needs.

Since coming to Agriprocessors, [        ] spends [ ] duty hours in the government office.
[  ] only comes out of the office and into the plant for the rare final disposition of
carcasses, ante-mortem inspections and to give FSIS employees their breaks.
Occasionally [  ] does not give us our breaks.

Nearly everyday, when I come into the government office on breaks and for other
reasons, I see [        ] playing games on the government computer.  I saw [  ] do the
same thing when [  ] worked at Iowa Turkey Products.  Every time I see [        ] omas
working on the government computer, [ ] is performing official duties and [ ] is doing the
scheduling of FSIS employees; [        ] does not do the scheduling.

Concerning issues with the plant's operations, either I take care of problems I see because
[        ] does not deal with the problems or I take them to CSI [        ]  I do not
take issues to CSI [    ] because Doctor [        ] predecessor, told the
inspectors not to take issues to [        ]

00026

Page 2 of 6

EXHIBIT _12_
PAGE _2_ OF _6_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

As an example of the above, I was working on the poultry side on December 5, 2004. I observed residue from the wheel that runs the shackles falling on chicken carcasses. Food Inspector [      ] and I observed this and we each stopped the line. I red ringed any of the chickens that I saw had contaminants on them from the line. We directed the company to clean the area before restarting the line. They also removed the contaminated chickens, cleaned them and put them back onto the line before starting the line. I asked [      ] if we had authority to stop the line and [    ] said we did [  ] then came out on to the floor to ensure that the company and cleaned the equipment.

On December 7, 2004, I saw that the same problem and I again stopped the line and red ringed the contaminated chickens. I again told [      ] about the problem, [    ] said the company was aware of it and they had ordered a new chain. When I asked [  ] what [        ] wanted me to do if the problem continued [    ] told me to take care of it myself. [      ] [    ] is responsible for monitoring these issues on both the beef side and the poultry side. [  ] is supposed to go back and forth between both sides each day. When I am working, I do not see [  ] on either side and [  ] is unable to be located whenever issues such as this arise.

Approximately two years ago, when Food Inspector could do offline or floor positions, meaning the monitoring of the activities on the slaughter floor, [      ] was training me in on the position. As [    ] was training me [  ] told me [  ] checks off tasks and does not do them because according to [      ] "it is all just a game anyway."

00027

EXHIBIT _12_
PAGE _3_ OF _6_

Concerning food, while I was on my break in the office a couple of years ago, [    ] came into the office with rolled turkey. [ ] said [ ] had gotten the turkey from Agriprocessors and [ ] offered me some of the turkey. I told [   ] I did not want any of the turkey. Also, when he was training me in on the offline position, on a couple of occasions, [ ] and I would go to the Agriprocessor office and a [      ] Agriprocessor [       ] would give [    ] whole packages of food. I witnessed [   ] take the food to the government office and eat the food. [ ] offered some of the food to me and I declined [ ] offer.

Since [    ] started at the plant, I have seen [ ] accept food from Agriprocessor employees on two occasions. I cannot recall who the employees were, but I know they work in the processing section. On the first occasion, I was in the government office taking my break and [   ] was in the office as well. After my break ended and as I was leaving the office, I saw an Agriprocessor employees bring a platter of chicken wings into the government office and put it in front of [    ] On the second occasion, I was on my break in the government office and [    ] was in the office as well. An Agriprocessor employee brought in meat that he referred to as "new product". [ ] gave the meat to [    ] and told [    ] that [ ] should try it. I have not taken any product from Agriprocessors because I believe the taking of the product from them would be unethical because I believe it is a conflict of interest and it also looks bad. Prior to [    ] becoming the supervisor, I did not observe [ ] predecessors receiving products from Agriprocessors.

EXHIBIT  12
PAGE  4  OF  6

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

When [          ] supervised me at Agriprocessors, I saw USDA FSIS Food

Inspector [          ] sleeping at [   ] station on the chicken line many times.  On

one occasion, numerous chickens that were septic and had infectious process (IP) came

through the position [    ] and I were working at.  I condemned the septic chickens and

tagged the infectious chickens.  When I looked at [          ] was asleep at [  ] position.

I know the chickens passing [      ] were septic and had IP because the lot of chickens

had it.  I notified [      ] about [    ] sleeping on duty.


[      ] still sleeps at [  ] position.  I asked [  ] why [  ] was so tired and [  ] said it is

because [  ] stays up late at night playing on [  ] computer.  A couple of days ago, I was

walking with [      ] and [  ] said something to the effect that [      ] was sleeping on

duty again.


In addition to sleeping on the line, [      ] also keeps [  ] hands in [  ] pockets instead of

using [  ] hands to perform post mortem inspections as required by agency policy.





EXHIBIT __12__
PAGE __5__ OF __6__

I have read this partially handwritten and partially typewritten statement of 6 pages, and it is true and correct to the best of my knowledge and belief. I have made all necessary corrections and additions and have signed or initialed every page.

Signature:

[                               ]    Date: 12-08-04

Witness:

[                               ]    Date: 12/08/04

Subscribed and sworn before me
this  8th  day of  December , 2004

[                               ]

Senior Special Agent, USDA-OIG Investigations

00030

Page 6 of 6

EXHIBIT 12
PAGE 6       6

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

Location:  Postville Police Department, Postville, IA

SWORN STATEMENT

I, ⌐          ⌐ being first duly sworn on oath, make the following statement freely
and voluntarily to ⌐          ⌐ who has identified himself to me as a Special Agent
of the Office of Inspector General, U.S. Department of Agriculture, knowing that this
statement may be used in evidence.

I am a USDA Food Safety and Inspection Service (FSIS) Food Inspector, GS-7, stationed

at Agriprocessors Inc., Postville, Iowa.  I have been an Inspector in Postville, Iowa since

1990.  I was stationed at Iowa Turkey Products in Postville, Iowa for two years.  I have

been stationed at Agriprocessors in Postville, Iowa since about 1993.  As an Inspector,

my duties include working on the line operation, reviewing sanitary operations and

conducting post mortem inspections on meat and poultry.


My direct supervisor is Supervisory Veterinary Medical Officer, Doctor ⌐          ⌐.

⌐ ⌐ duties include supervising all of the USDA FSIS employees, supervising the entire

Agriprocessors plant's operations (including slaughter) and addressing problems brought

to him by USDA employees and Agriprocessor employees.  ⌐          ⌐ was also my

supervisor at the Iowa Turkey Products.


USDA FSIS GS-9 Consumer Safety Inspectors (CSI), are also responsible for taking care

of problems presented to them by the FSIS or Agriprocessor employees.  The CSIs are

also responsible for taking samples of processed product and mailing the samples USDA

laboratories.  The samples typically weigh approximately one pound.

⌐    ⌐  12-7-04                    00031

EXHIBIT  13
PAGE  1  OF  6

Agriprocessors, as part of using FSIS inspection services, provides an office for the FSIS employees. The office is used by the FSIS employees for their official needs.

Since coming to Agriprocessors in July 2004 and up until present, [     ] spends [     ] duty hours in the government office. [     ] only comes out of the office and into the plant for the rare final disposition of carcasses and to give FSIS employees their breaks. Nearly everyday, when I come into the office, I see [     ] playing games on the government computer.

In September 2004, I was in the government office with intermittent Food Inspector [     ] when an Agriprocessor male employee from the poultry section brought a bag of barbequed chicken wings to the government office. The chicken wings were in an unmarked plastic bag. I estimate that the bag weighed approximately five pounds.

About one month ago, when I was in the government office on break, a male Agriprocessor employee brought a bag of chicken wings to the government office and placed them in front of [     ] The chicken wings were in an unmarked plastic bag. I estimate that the bag weighed approximately five pounds. After the chicken wings were delivered, [     ] began eating the wings. When I came back to the office, the chicken wings were in the refrigerator.

About two weeks ago, I was in the government office on my break. [     ] CSI [     ] CSI [     ] and Agriprocessor employees [     ]

[     ] 12-7-04

EXHIBIT __13__
PAGE __2__ OF __6__

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

⌐    ⌐ and the head of maintenance were also in the government office having a

meeting. A man named ⌐    ⌐ who I know works for Agriprocessor, brought sausage and

beef bacon to the government office and [ ] placed the food in front of ⌐

⌐ and the others decided to move the meeting to another office. As they left the

office, they took the meat with them. As ⌐⌐ was leaving, I asked ⌐    ⌐ what ⌐⌐ thought

⌐ ⌐ was doing by having meat delivered to the government office. ⌐    ⌐ told me the meat

was for everyone.

I did not observe Agriprocessor providing food to ⌐        ⌐ predecessors, ⌐

⌐

Last year, ⌐        ⌐ brought a package of meat with an Agriprocessor label on it

into the government office. [ ] cooked it, ate it and put the empty package into the

garbage can. Approximately five years ago, an Inspector named ⌐ ⌐ was eating beef

brisket ⌐⌐ received from ⌐          ⌐ offered me some and I declined and said I

can buy my own. CSI ⌐    ⌐ was in the office at the time and said [ ] could not afford

to buy it.

Concerning issues with the plant's operations, either I take care of problems I see because

⌐    ⌐ will not deal with the problems or I take them to CSI ⌐          ⌐. I do not

take issues to CSI ⌐    ⌐ because ⌐        ⌐ an told the inspectors not to take issues

to ⌐    ⌐. I do not go to ⌐    ⌐ with problems because ⌐⌐ did not want to deal with

problems while I worked for ⌐ ⌐ at Iowa Turkey Products.

⌐ ⌐ 12-7-04

EXHIBIT __13__
PAGE __3__ OF __6__

Prior to [     ] arrival, [     ] issued non-compliance records. I know this because I saw [  ] do it and [ ] included my name on the reports if I was the one reporting the issue to [  ]. Since [     ] arrival, I do not believe [  ] nas has issued any non-compliance records. *in my behalf* [  ] 12-7-04

Concerning the reporting of issues, on December 3, 2004, an Agriprocessor was cutting the tail off from a chicken. [  ] exclaimed "Oh"; I looked over and saw the knifepoint had broken off ~~in the chicken.~~ *12-7-04* *and took care of problem, then* [  ] 12-7-04 I stopped the line ~~and~~ notified [  ] *I was present when I notified the others 12-7-04* [  ] and [  ] We were unable to find the knifepoint. I indicated where the incident occurred and how far the chicken could have advanced and all of the chickens were ~~destroyed.~~ *reprocessed.* [  ] 12-7-0

Concerning samples, I have seen [   ] take samples and mail them out; I have not seen [   ] take samples. [   ] predecessors took samples and mailed them out. I have seen [   ] ring packaged meat into the government office and compare labels, but this has happened rarely.

Approximately five or more years ago, while filling in at Iowa Turkey Products, I found three out of five turkeys with fecal matter on them. I notified [   ] [ ] came out of [ ] office, [ ] looked at them, and [ ] came back and said they were all right. I pulled three more off that had fecal matter on them. I again notified [ ] and [ ] spoke to the plant and the plant fixed the problem.

EXHIBIT  13
PAGE  4  OF  6

[  ] 12-7-04

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

In February 2004, I saw the Rabbis at Agriprocessors inspecting turkeys that were red

tagged for fecal matter and green tagged for salvage. I also saw that the Rabbis were not

washing their hands after the inspections and they were intermingling the turkeys; not

washing their hands and intermingling the turkey could potentially cause cross

contamination. I stopped the line, and I notified [ *corrected the problem then [ ] 12-7-04* ] about the problem. [ ]

told me I could not interfere with the Rabbis. Even though being told by [ *religious practices [ ] 12-7-04* ] I could

not interfere, I told the Rabbis to wash their hands after each inspection and to separate

the green-tagged turkeys from the red-tagged turkeys. The Rabbis complied with my

direction. Agriprocessor management confronted me about stopping the line, I told them

why I did and they told me I was the only one concerned with the issues.


In the spring of 2004, I overheard [        ] say in the government office that the plant

had failed an E-coli test on the poultry side. This had not been reported to FSIS. I began

looking in the plant for the potential cause of the contamination. I went into the office

and told [ *[ ] 12-7-04 [ ]* ] that I had concerns about the fecal problem on the chicken side. [      ]

came out of the bathroom and both of them began making fun of me.

From 1993- 2000 I saw aproximatly 1 walker a week on the
Beef Kill. Also during this time period I obeserved them skinning
heads while the animal was still kicking; Once every two weeks
this occured. Even after the walls and the security gates have been
instaled, currently you can still see a animal standing after the
throat has been cut. [ ] 12-7-04

[ ]
7-04

12
M

EXHIBIT 13
PAGE 5 OF 6

[    ]
12-7-04

I have read this partially handwritten and partially typewritten statement of 6 pages, and it is true and correct to the best of my knowledge and belief. I have made all necessary corrections and additions and have signed or initialed every page.

Signature:

[                    ]    Date: 12-7-04

Witness:

[                    ]    Date: 12/07/04

Subscribed and sworn before me
this   7th   day of   December   , 2004

[                    ]

Senior Special Agent, USDA-OIG Investigations

EXHIBIT 13
PAGE 6 OF 6

Location: Postville Police Department, Postville, IA

SWORN STATEMENT

I, Ｌ                    Ｊ being first duly sworn on oath, make the following statement
freely and voluntarily to Ｌ                   Ｊ who has identified himself to me as a Special
Agent of the Office of Inspector General, U.S. Department of Agriculture, knowing that
this statement may be used in evidence.

I am a USDA Food Safety and Inspection Service (FSIS) Food Inspector, GS-7, stationed

at Agriprocessors Inc., Postville, Iowa. I have been an Inspector for 21 years. I have

been stationed at Agriprocessors since January 2004. My duties include conducting post

mortem inspections meat and poultry.


My direct supervisor is Ｌ                                                    Ｊ

Ｌ Ｊduties include supervising all of the USDA FSIS employees, supervising the entire

Agriprocessors plant's operations (including slaughter) and addressing problems brought

to Ｌ Ｊ by USDA employees and Agriprocessor employees.


USDA FSIS GS-9 Consumer Safety Inspectors (CSI), are also responsible for taking care

of problems presented to them by the FSIS or Agriprocessor employees. The CSIs are

also responsible for taking samples of processed product and mailing the samples USDA

laboratories. The samples typically weigh approximately one pound. Ｌ   Ｊ is not

responsible for the taking or mailing of the samples.


Agriprocessors, as part of using FSIS inspection services, provides an office for the FSIS

employees. The office is used by the FSIS employees for their official needs.

00037

EXHIBIT _14_

PAGE _1_ OF _4_

Page 1 of 4

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

Since coming to Agriprocessors in January 2004 and up until present, ⸢    ⸣ spends [L] duty hours in the government office. ⟨J⟩ only comes out of the office and into the plant for the rare final disposition of carcasses and to give FSIS employees their breaks. Nearly everyday, when I come into the office, I see ⸢    ⸣ playing "Hearts" on the government computer.

Approximately two months ago, I was in the government office on my break. ⸤    ⸣ was in the office with me. An Agriprocessor employee brought a two-pound package of hamburger and another package containing two steaks into the government office and ⸢    ⸣ put the meat into the refrigerator in the government office.

About a month ago, I was in the government office. I opened the refrigerator and saw a large bag of barbeque chicken wings in the refrigerator. I thought someone had brought the chicken wings into the office for their meal.

Approximately three weeks ago, I was in the government office taking my break. ⸤    ⸣ was in the office at the same time. While we were in the office, CSI ⸤    ⸣ came into the office with a one-pound package of hamburger. As [L] placed the hamburger in refrigerator, he said, "Here's you sample Doc."

Approximately two weeks ago, I was in the government office on my break. ⸢    ⸣ was in the office with me. ⸤    ⸣ an Agriprocessor employee, brought a large

00038

EXHIBIT __14__
PAGE __2__   4

Page 2 of 4

plastic bag of barbeque chicken wings into the office and put it in the government office's refrigerator. I overheard ⌐  ⌐ tell ⌐   ⌐ Here's some samples for you ⌐  ⌐."

On each of the above occasions, the food was not in the refrigerator the next day. I do not know why ⌐   ⌐ was receiving the food. I do not know if ⌐   ⌐ kept the food for ⌐ ⌐ personal use or if ⌐⌐ mailed the food out to the laboratories. I have not received anything from Agriprocessors.

In about August 2004, ⌐   ⌐ brought sausage and some other food into the government office and provided it to Agriprocessors employees only.       . did not provide food to the FSIS employees.

On many occasions, I would bring problems and issues to ⌐   ⌐ attention and ⌐ ⌐ would not take action. I quit bringing things to ⌐ ⌐ attention and instead brought the issues and problems to the CSIs' attention. On November 29, 2004, as I came into the plant, I saw hides laying outside the plant, blood coming out of the plant, garbage strewn about and the smell emanating from the area was terrible. Due to the severity of what I saw, I told ⌐   ⌐ about it. ⌐⌐ did not respond to me and ⌐⌐ took no action.

On December 2, 2004, I was getting ready for work in the locker room in the morning and I overheard ⌐   ⌐ telling Agriprocessor employee ⌐   ⌐ "if you have the time and resources, it would be in your best interest to get this cleaned up and taken care

EXHIBIT __14__
PAGE __3__ OF __4__

of before they get here." FSIS Compliance Investigators and officials arrived at

Agriprocessors later that day.



I have read this partially handwritten and partially typewritten statement of 4 pages, and it is true and correct to the best of my knowledge and belief. I have made all necessary corrections and additions and have signed or initialed every page.

Signature:

[         ]         Date: _12-07-04_

Witness:

[         ]         Date: _12- 07- 04_

Subscribed and sworn before me
this __7ᵗʰ__ day of __December__, 2004

Senior Special Agent, USDA-OIG Investigations

00040

_14_
_4     4_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

Location:  Decorah, IA

## SWORN STATEMENT

I, ⌐          ⌐, being first duly sworn on oath, make the following statement freely
and voluntarily to ⌐          ⌐, who has identified himself to me as a Special Agent
of the Office of Inspector General, U.S. Department of Agriculture, knowing that this
statement may be used in evidence.

I am an intermittent USDA Food Safety and Inspection Service (FSIS) Food Inspector,

stationed at Agriprocessors Inc., Postville, Iowa.  I have been an intermittent Inspector

since October 2003.  As an Inspector, my duties include working on the line operation

and conducting post mortem inspections on meat and poultry.

Although I work on both beef and poultry lines, I primarily work on the poultry line; I
have only worked on the beef side a total of three weeks.  I do not see the animals as they
are being slaughtered.

My direct supervisor is ⌐          ⌐ duties include supervising all of the USDA FSIS employees and Agriprocessors

plant's operations.  Prior to ⌐      ⌐, ⌐          ⌐ was my supervisor.

⌐          ⌐ are the USDA FSIS GS-9 Consumer Safety

Inspectors (CSI), at Agriprocessors.  I am not certain what they do.

Agriprocessors, as part of using FSIS inspection services, provides an office for the FSIS

employees.  The office is used by the FSIS employees for their official needs.

EXHIBIT 15
PAGE 1 OF 3



When I come into the government office on my breaks, I frequently see ⌐     ⌐
playing games on the government computer. ⌐ ⌐ comes out of the office to give the FSIS
employees breaks. I have not called ⌐ ⌐ out of the office for any issues. When I have
questions about inspections, I ask ⌐          ⌐ in the government office.

I have seen ⌐          ⌐ occasionally walk through my work area, but I do not know
what ⌐ ⌐ is doing.

Shortly after I started work, ⌐          ⌐ came into the government office and offered
me some of the meat ⌐ ⌐ had with ⌐ ⌐ I do not know where the meat came from.

Several months ago I was in the government office on my break and saw a big bag of
barbeque chicken wings on the government office table. I believe Agriprocessors
provided the wings because I know they were trying out a new item.

I have not had any of the products from Agriprocessors because ⌐          ⌐ and
⌐          ⌐ told me taking food from the plant was wrong.

⌐                                    ⌐ frequently attend meetings with plant
officials and I have seen the plant officials provide platters of meat for the meetings.

12 - 8 - 04

EXHIBIT 15
PAGE 2 OF 3

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

12-8-04

I have read this partially handwritten and partially typewritten statement of 3 pages, and
it is true and correct to the best of my knowledge and belief. I have made all necessary
corrections and additions and have signed or initialed every page.

Signature:

[           ] _    Date: 12-8-04

Witness:

[           ] _    Date: 12-8-04

Subscribed and sworn before me
this  8th  day of December , 2004

[                    ]

Senior Special Agent, USDA-OIG Investigations

00043

Page 3 of 3

EXHIBIT 15
PAGE 3 OF 3

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

Memorandum of Interview with [          ]

[          ] Food Safety and Inspection
Service (FSIS), USDA, was interviewed in a conference room at the Postville City Hall,
Postville, Iowa, by USDA-OIG Special Agents [          ] and [          ]
He said, in essence:

[  ] has been employed by FSIS for approximately 12 years, first as a Food Inspector and
then as a CSI. [  ] has been stationed in Postville, Iowa working at Agriprocessors for
approximately five years. [  ] has worked in the meat industry since 1963. Prior to being
hired by FSIS, [  ] was the Slaughter Superintendent at a meat processing plant in Tama,
Iowa.

[          ] duties at Agriprocessors include ensuring that Agriprocessors are following
FSIS' regulations during processing. Processing includes non-kosher and kosher boning,
de-veining, salt soaks, activities in the retail room, activities in the sausage kitchens, and
activities in the ready to eat rooms. [  ] also oversees the loading docks and the outside
premises of Agriprocessors. In other words, operational sanitation at Agriprocessors is
the main part of [  ] job. In addition to the above duties, [  ] also relieves FSIS employees
on both the poultry and beef kill lines twice a day.

[  ] direct supervisor is [          ]
[          ] duties include supervising all of the USDA FSIS employees,
scheduling the FSIS employee's work schedules, ensuring that Agriprocessors are
following FSIS' regulations throughout the entire plant and addressing problems brought
to him by FSIS employees and Agriprocessor employees.

[          ] is responsible for ensuring that Agriprocessors are following FSIS'
regulations on both kill lines, in cut up, in beef offal and in slaughter.

[          ] has had no training on inhumane slaughter issues. [  ] has only read FSIS'
regulations pertaining to humane treatment.

Only one time was inhumane slaughter was brought up as an issue. This was while
[          ] was the SVMO and the issue involved someone at Agriprocessors using
a "sawing" motion on the animal's throat. A non-compliance record (NR) was issued to
Agriprocessors.

[  ] has seen the PETA tape. [  ] typically does not go into the slaughter area because
does not want to inadvertently transport contaminants from the slaughter area into the
areas [  ] am responsible for. [  ] has never seen any "walkers" at Agriprocessors and has
never seen cattle stand after their throats have been cut. [  ] has never seen any of the
livestock lift their heads after they have been hung. While inspecting beef heads on the
line [  ] has observed muscles twitching on the heads.

EXHIBIT _16_
PAGE _1_ OF _4_

Concerning the trachea removal, ⌊          ⌋ old ⌊     ⌋ that ⌊        ⌋ had said AGRI removes the tracheas from cattle to facilitate blood loss. The issue was presented to Doctor ⌊   ⌋ USDA FSIS, and ⌊   ⌋ approved of it. In⌊      ⌋ experience, cattle cannot "moo" or otherwise vocalize once the trachea is removed.

No FSIS GS-7 Food Inspectors have mentioned anything to ⊂ ⊃ about "walkers" or inhumane slaughter.

Concerning NRs, only ⌊    ⌋ ⌊                          ⌋ can issue NRs. They can only issue NRs if they witness the violation or deficiency ourselves, GS-7 Food Inspectors cannot issue NRs.

If a Food Inspector believes they see a violation or deficiency they bring it to ⌊     ⌋ attention and      investigates it. If ⌊     ⌋ witnesses the violation or deficiency or if come across one independently, he determines if a NR needs to be issued. If the violation or deficiency warrants it,     will tag it and issue a NR that day. The NR is printed on the day of the tagging as well. If the deficiency or violation is associated with the line and ⌊ ⌋ believes it is warranted, ⌊⌋ will stop the line and tag the violation or deficiency. Food Inspectors can also stop the line if they believe they have seen a violation or deficiency. Once the line has been stopped, it cannot be started until violation or deficiency has been resolved to ⌊⌋ satisfaction. Plant officials can verbally notify FSIS if the violation or deficiency has been resolved. When notified that a problem has been resolved, ⌊ ⌋ inspects Agriprocessor's solution; if it is resolved to ⌊⌋ satisfaction, the NR is closed. If it is associated with the line, once the problem has been resolved to his satisfaction, the line will be restarted. Some of the NRs that do not affect the product can remain open for a long time.

⌊    ⌋ works predominantly in the line area and the Food Inspectors usually report violations or deficiencies on the line to ⌊⌋ ⌊              ⌋ tried to stay current with the NRs, ⌊ ⌋ does not know if ⌊            ⌋ reviews the NRs. Since Agriprocessors hired ⌊      ⌋ as their Quality Control official, ⌊⌋ has noticed that the number of NRs has decreased and believes the decrease is due to ⌊      ⌋ efforts to address problems.

Concerning meetings, they are held with Agriprocessor officials nearly every Thursday at approximately 10:30 am. ⌊                        ⌋ and Agriprocessor employees ⌊         ⌋ and someone from AGRI's maintenance department typically attend the meetings. The meetings are held in either the government office or in one of Agriprocessor's offices. Prior to ⌊     ⌋ arrival at the plant, most of the meetings were held in the government office. During the meetings, various issues, including NRs are discussed. ⌊     ⌋ believes it is the SVMO's job to lead the meetings, however, ⌊⌋ usually does so because ⌊          ⌋ will not.

In addition to the Thursday meetings, ⌊⌋ typically requests that Agriprocessors clean up the outside premises of their facility every Thursday. ⌊⌋ has not witnessed many hides lying on the ground outside of the plant. When the hides are removed from the animals, they are placed in a tub outside of the plant. In the event the hides fall out of the tub, a

EXHIBIT _16_
PAGE _2_ OF _4_

plant employee picks them up and puts them in the tub because a hide company in South
Saint Paul pays $100 a piece for the hides.

Concerning sampling, when[ ]receives a request for a sample, per FSIS regulations, [ ]
notifies Agriprocessors that [ ] is taking a sample. [ ] secures [ ] own samples;
Agriprocessors does not bring '[ ] amples. The samples [ ] takes are random packages
of packaged, market ready product. The samples can be of packaged ground beef, deli
meets, hot dogs, sausages or anything that is requested. The samples are usually one or
two pound packages. When [ ] secures the samples, in order to keep them cold, [ ]
temporarily place them in the government office refrigerator while gathering the shipping
supplies. After [ ] gathers the shipping supplies, [ ]package the sample, seal it according
to regulations and sends it to the laboratory via Federal Express. No one sends the
samples for [ ]

[            ] is responsible for salmonella sampling. [         ] is responsible
for residue sampling and pathology. [    ] has never provided [          ] with
samples nor has [ ] witnessed Agriprocessor employees bringing samples to [ ]

Concerning the stainless steel floor to ceiling wall in the kill area, [ ] learned from [
    ] that the Israelis had required Agriprocessor to build the wall in order to be able
to export to Israel. [                                              ] can
authorize the plant's product for export. [      ] however, has not authorized any of the
plant's products for export nor been asked to.

Concerning food, [         ] told [   ] the only time it is acceptable to receive food
from Agriprocessor officials or to give items to them is during the official meetings. The
only things provided to Agriprocessor officials by FSIS are whatever coffee and rolls are
in the government office at the time of the meeting. From time to time, Agriprocessor
officials will provide small amounts of product during meetings.

No one at Agriprocessors has tried to influence [ ] decisions [  ]has neither accepted
nor solicited any product from Agriprocessors. Although he is rarely in the government
office, he has not observed                        ✓ accept product from
Agriprocessors. [ ] has not seen any of the Food Inspectors accept product from
Agriprocessors. No one working in Agriprocessors has approached him concerning
[                               ] accepting product from Agriprocessor.

Sometime last month, [ ] saw a bag of barbeque chicken wings that had feathers on them
in the government office refrigerator. [ ] did not eat any of the wings and does not know
why they were in the refrigerator. The wings stayed in the refrigerator for many days and
[ ] eventually threw them away. No one raised a concern about the why the wings were
in the refrigerator or why [ ] had thrown them away.

[ ] has not seen anyone sleeping on the job and has not had to go to [ ] supervisor about
anyone sleeping on the job.

EXHIBIT _16_
PAGE _3_ OF _4_

Ex. 3
PETA v. USDA, Civil Action No. 06-0930(RMC)

⌐            ⌐ typically schedules the employees. ⌐       ⌐ has scheduled employees on only two occasions. ⌐                              ⌐ print out the schedules once they are created.

Concerning ⌐          ⌐. ⌐ rarely comes out of the government office. ⌐      ⌐ has seen ⌐ ⌐ come out of the office only to give breaks, to conduct ante mortem inspections and to give dispositions of carcasses if they are suspect. ⌐ ⌐ has also observed ⌐
⌐ spending a lot of time in the government office playing computer games on the government computer. Although the Food Inspectors bring questionable items they find on the line to ⌐            ⌐, they very rarely ask ⌐ ⌐ any questions. When the other SVMOs were at the plant, the employees would approach the SVMOs with their questions. ⌐       ⌐ observations and experience have led ⌐ ⌐ to conclude that ⌐
⌐ inattention to ⌐ ⌐ duties have affected the integrity and mission of FSIS at Agriprocessors.

EXHIBIT  16
PAGE  4  OF  4