## VAUGHN INDEX

Office of Inspector General

*PETA v. U.S. Department*
*of Agriculture*: 1:06-CV-00930 (RMC)

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| 00001 | FSIS (Food Safety Inspection Service) employee/witness name, title, location | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.  Release of this information would shed little light on government operations. |
| | OIG Special Agent (SA) name | (b)(7)(C). There is no relevant public interest in the SA name.  The identity of this person sheds no light on the Government's operations or activities.  Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation.  Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | Food Safety and Inspection Service's Office of Program Evaluation, Enforcement and Review, Compliance and Investigations Division (FSIS, OPEER, CID) Investigator name | (b)(6)/(b)(7)(C). There is no relevant public interest in the investigator's name with OPEER. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation.  Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the investigator provides no insight into how FSIS carried out their statutory duties. |
| | FSIS employee name, gender (9) | (b)(6)/(b)(7)(C).  This information identifies |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | these individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | Third-party name | (b)(6)/(b)(7)(C).    There are strong privacy interests inherent in law enforcement records, and the categorical withholding of information contained in law enforcement records that identifies the names of third parties is well-established precedent.    There is also the potential that being associated with an OIG investigation would be stigmatizing to the third parties. |
| | FSIS employee name | (b)(6)/(b)(7)(C). This information identifies an individual in the witness statement.   Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations.  In this case, FSIS employee mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |

Ex. 4

## VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
| --- | --- | --- |
| | Third-party name | (b)(6)/(b)(7)(C).     There are strong privacy interests inherent in law enforcement records, and the categorical withholding of information contained in law enforcement records that identifies the names of third parties is well-established precedent.     There is also the potential that being associated with an OIG investigation would be stigmatizing to the third parties. |
| | FSIS employee names, gender (10) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement.   Being identified   as   connected   with   an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.     Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness   statement   could   be   witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00002 | FSIS employee names, titles, gender (24) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement.   Being identified   as   connected   with   an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.     Release of this information would shed little light on government operations.   In this case, FSIS employees mentioned in one witness   statement   could   be   witnesses themselves in other statements.  Release of this information   could   reveal   the   individual's |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
| --- | --- | --- |
| | | identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00003 | FSIS employee grade, names, title, gender (13) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00004 | FSIS employee/witness name, title | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |
| | OIG Special Agents names | (b)(7)(C). There is no relevant public interest in the SA name. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of |

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | the SA provides no insight into how either OIG or FSIS carried out their statutory duties. |
| | FSIS employee gender, title, names (31) | b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00005 | FSIS employee names, titles, gender (23) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00006 | FSIS employee names, gender (17) | b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.    Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00007 | FSIS employee/witness name, title | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement.  Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests.  These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.    Release of this information would shed little light on government operations. |
| | OIG Special Agent name | (b)(7)(C). There is no relevant public interest in the SA name.  The identity of this person sheds no light on the Government's operations or activities.    Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation.    Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS, OPEER, CID Investigator name | (b)(6)/(b)(7)(C). There is no relevant public interest in the investigator's name with OPEER.  The identity of this person sheds no light on the Government's operations or activities.  Revealing this name could reasonably be expected to result in harassment due to his/her |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the investigator provides no insight into how FSIS carried out their statutory duties. |
| | FSIS employee names, titles, gender (22) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee names and AgriProcessors employee names (4) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| 00008 | FSIS employee names | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee names, titles, gender (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee names, title, gender (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee names, gender (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee names, titles (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | information and this could have a chilling effect on law enforcement efforts. |
| 00009 | FSIS employee/witness name, title | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |
| | OIG Special Agent (SA) name | (b)(7)(C). There is no relevant public interest in the SA name. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS, OPEER, CID Investigator name | (b)(6)/(b)(7)(C). There is no relevant public interest in the investigator's name with OPEER. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the investigator provides no insight into how FSIS carried out their statutory duties. |
| 00010 | FSIS employee name, gender (3) | (b)(6)/(b)(7)(C). This information identifies |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee names, gender (3) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee names, titles, gender (10) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00011 | FSIS employee names, title, gender (19) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00012 | FSIS employee names, titles, gender (15) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
|  | AgriProcessors employee names, gender (6) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00013 | AgriProcessors employee names, gender (4) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
|  | FSIS employee names, titles, gender (14) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00014 | FSIS employee/witness name, title | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |
| | OIG Special Agent name | (b)(7)(C). There is no relevant public interest in the SA name. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS, OPEER, CID Investigator name | (b)(6)/(b)(7)(C). There is no relevant public interest in the investigator's name with OPEER. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the investigator provides no insight into how FSIS carried out their statutory duties. |
| | FSIS employee names, titles, gender (14) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00015 | FSIS employee/witness name | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |
| | OIG Special Agent name | (b)(7)(C). There is no relevant public interest in the SA name. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
| --- | --- | --- |
| | | identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS employee names, titles, gender, initials (5) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00016 | Released in full | |
| 00017 | FSIS employee information: names, titles (3) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | AgriProcessors employee names (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee name, title and AgriProcessors employee name | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00018 | FSIS employee names, titles, gender, initials (8) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | disclosure.  Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00019 | FSIS employee initials, signatures (2) | (b)(6)/(b)(7)(C).  This information identifies individuals in the witness statement.  Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests.  These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.  Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | OIG Special Agent (SA) signature | (b)(6), (b)(7)(C).  There is no relevant public interest in the SA name/signature.  The identity of this person sheds no light on the Government's operations or activities.  Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation.  Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| 00020 | FSIS employee/witness name, | (b)(6)/(b)(7)(C). This information identifies this |

Ex. 4

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | location (3) | individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |
| | OIG Special Agent (SA) name | (b)(7)(C). There is no relevant public interest in the SA name. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS, OPEER, CID Investigator name | (b)(6)/(b)(7)(C). There is no relevant public interest in the investigator's name with OPEER. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the investigator provides no insight into how FSIS carried out their statutory duties. |
| | FSIS employee names, gender, initials (10) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee names, gender (5) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS names, titles, gender (16) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00021 | FSIS employee name, title, gender (3) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | Third-party name | (b)(6)/(b)(7)(C). There are strong privacy interests inherent in law enforcement records, and the categorical withholding of information contained in law enforcement records that identifies the names of third parties is well-established precedent. There is also the potential that being associated with an OIG investigation would be stigmatizing to the third parties. |
| | FSIS employee name, gender (5) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee name | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee name, title, gender (14) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00022 | FSIS employee gender | (b)(6)/(b)(7)(C). This information identifies |

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00023 | AgriProcessors employee/ witness name, title, gender (12) | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. If released, could have a chilling effect on future third parties participation in government investigations. |
| 00024 | Released in full | |
| 00025 | FSIS employee witness name | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|-----------|-------------------------------------------|---------------------------|
| | OIG SA name | (b)(7)(C). There is no relevant public interest in the SA name. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS employee name (5) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00026 | FSIS employee name, gender (19) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
| --- | --- | --- |
| | | themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00027 | FSIS employee names, gender (19) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00028 | FSIS employee name, gender, personal identifier, initials (24) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00029 | FSIS employee title, name, gender, initials (24) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being |

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00030 | FSIS employee initials, signatures (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS OPEER signature | (b)(6), (b)(7)(C). There is no relevant public interest in the OPEER name/signature. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the agent  provides no insight into how FSIS carried out their statutory duties. |
| | OIG SA signature | (b)(6), (b)(7)(C). There is no relevant public interest in the SA name/signature.  The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation.  Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| 00031 | FSIS employee/witness name | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations. |
| | OIG SA name | (b)(7)(C). There is no relevant public interest in the SA name.  The identity of this person sheds no light on the Government's operations or activities.   Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation.   Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |

Ex. 4

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | FSIS employee name, gender, initials (4) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00032 | FSIS employee name, gender (10) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee name | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations.  In this case, employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee initials | (b)(6)/(b)(7)(C).  This information identifies individuals in the witness statement.  Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00033 | AgriProcessors employee name, gender (3) | (b)(6)/(b)(7)(C).  This information identifies individuals in the witness statement.  Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations.  In this case, employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | this could have a chilling effect on law enforcement efforts. |
| | FSIS employee name, title, gender, initials (27) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00034 | FSIS employee names, gender, initials (12) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee names (3) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee initials, name, gender (13) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00035 | FSIS employee initials | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee names, gender (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee initials | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee names, gender (4) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee initials, name (5) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00036 | FSIS employee initials, signatures (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS OPEER signature | (b)(6), (b)(7)(C). There is no relevant public interest in the OPEER name/signature. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the agent provides no insight into how FSIS carried out their statutory duties. |
| | OIG SA signature | (b)(6), (b)(7)(C). There is no relevant public interest in the SA name/signature. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| 00037 | FSIS employee/witness name | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such |

Ex. 4

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |
| | OIG SA name | (b)(7)(C). There is no relevant public interest in the SA name. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS employee title, name, gender (4) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00038 | FSIS employee name, gender (10) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of |

Ex. 4

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | disclosure.    Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee name | (b)(6)/(b)(7)(C).  This information identifies individuals in the witness statement.    Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests.  These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.    Release of this information would shed little light on government operations.  In this case, employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00039 | AgriProcessors employee name | (b)(6)/(b)(7)(C).  This information identifies individuals in the witness statement.    Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests.  These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.    Release of this information would shed little light on government operations.  In this case, employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | enforcement efforts. |
| | FSIS employee name, gender (14) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee name | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00040 | FSIS employee initials, signatures (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS OPEER signature | (b)(6), (b)(7)(C). There is no relevant public interest in the OPEER name/signature. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the agent provides no insight into how FSIS carried out their statutory duties. |
| | OIG SA signature | (b)(6), (b)(7)(C). There is no relevant public interest in the SA name/signature. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| 00041 | FSIS employee/witness name | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. |

Ex. 4

## VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations. |
| | OIG SA name | (b)(7)(C). There is no relevant public interest in the SA name.  The identity of this person sheds no light on the Government's operations or activities.     Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation.   Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C).  In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS employee title, name, gender (5) | (b)(6)/(b)(7)(C).  This information identifies individuals in the witness statement.   Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure.   Release of this information would shed little light on government operations.  In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements.  Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00042 | FSIS employee title, name, gender (12) | (b)(6)/(b)(7)(C).  This information identifies individuals in the witness statement.   Being identified as connected with an |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00043 | FSIS initials, signatures (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS OPEER signature | (b)(6), (b)(7)(C). There is no relevant public interest in the OPEER name/signature. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the agent provides no |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | insight into how FSIS carried out their statutory duties. |
| | OIG SA signature | (b)(6), (b)(7)(C). There is no relevant public interest in the SA name/signature. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| 00044 | FSIS employee/witness name, title | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. |
| | OIG SA names (2) | (b)(7)(C). There is no relevant public interest in the SA names. The identity of this person sheds no light on the Government's operations or activities. Revealing this name could reasonably be expected to result in harassment due to his/her status as a witness in a law enforcement investigation. Absent proven misconduct on the part of an investigator, the identities of law enforcement personnel should be exempt from disclosure pursuant to Exemption (b)(7)(C). In this case, the name of the SA provides no insight into how OIG carried out their statutory duties. |
| | FSIS employee gender, title, | (b)(6)/(b)(7)(C). This information identifies |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | name (21) | individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00045 | FSIS employee/witness title, name (2) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee name | (b)(6)/(b)(7)(C). This information identifies this individual who made this witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | shed little light on government operations. If released, could have a chilling effect on future third parties participation in government investigations. |
| | FSIS employee name, gender, title (22) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee name | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee name | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | AgriProcessors employee name | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| | FSIS employee name, gender, title (6) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one |

Ex. 4

VAUGHN INDEX

| Bates No. | Information Deleted (Times Used Per Page) | Exemptions Cited Comments |
|---|---|---|
| | | witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00046 | FSIS employee gender, name title (35) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |
| 00047 | FSIS employee title, name, gender (15) | (b)(6)/(b)(7)(C). This information identifies individuals in the witness statement. Being identified as connected with an investigation/prosecution could reasonably be expected to violate his or her privacy interests. These FOIA exemptions protect the identities of individuals as the privacy interests of such individuals outweigh the public interest of disclosure. Release of this information would shed little light on government operations. In this case, FSIS employees mentioned in one witness statement could be witnesses themselves in other statements. Release of this information could reveal the individual's identity through a "mosaic" piecing together of information and this could have a chilling effect on law enforcement efforts. |

Ex. 4

VAUGHN INDEX

Ex. 4