IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT OF AGRICULTURE,  )<br>  )<br>Defendant.  ) | Civil Action No. 1:06-CV-00930 (RMC) |

### SUPPLEMENTAL DECLARATION OF DEIRDRE MACNEIL

I, DEIRDRE MACNEIL, pursuant to 28 U.S.C. § 1746, state:

1. I am an Assistant Counsel to the Inspector General with the Office of Inspector General ("OIG"), U.S. Department of Agriculture ("USDA"), Washington, DC. In my capacity as an Assistant Counsel, I serve as OIG's Freedom of Information Act and Privacy Act Attorney/Officer ("FOIA Officer"). In my capacity as OIG's FOIA Officer, I am responsible for coordinating the review of all requests for OIG records submitted pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act of 1974 ("PA"), 5 U.S.C. § 552a. I have held this position since April 2004.

2. The statements made in this Declaration are made on the basis of: (1) my review of the official files and records of OIG, (2) my personal knowledge, and (3) information acquired by me in the course of the performance of my official duties.

3. I furnished another Declaration in this case on July 14, 2006. This Supplemental Declaration incorporates, by reference, all statements found in the original Declaration of July 14, 2006,

Ex. 5

and addresses additional issues that arose since the date of that Declaration. This Declaration is to address policy issues of FOIA practice in OIG, with regard to witness statements.

4. USDA OIG has not adopted a regulation or a policy and practice of withholding in their entirety statements of witnesses and USDA employees with regard to FOIA requests. FOIA requests received by USDA OIG are evaluated individually and processed according to the requirements of the FOIA and the Privacy Act, 5 U.S.C. § 552, 5 U.S.C. § 552a.

5. The attached Vaughn Index explains the redactions from the 13 witness statements released on July 14, 2006.

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge, information, and belief.

Executed on this 26th day of October, 2006, in Washington, D.C.

*[signature]*
DEIRDRE MACNEIL
Assistant Counsel to the Inspector General
Office of Inspector General
U.S. Department of Agriculture