**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT  OF ANIMALS,  )  )  )  Plaintiff  )  )  v.  )  )  U.S. DEPARTMENT OF AGRICULTURE,  )  )  Defendant.  )  _____ )  | Civil Action No. 06-0930(RMC) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h), defendant U.S. Department of Agriculture ("USDA" or "Department") hereby submits the following statement of material facts as to which there is no genuine dispute.

**Culpepper and Merriweather Circus**

1. On April 6, 2005, plaintiff submitted a Freedom of Information Act ("FOIA") request to the Animal and Plant Health Inspection Service ("APHIS") for an update on a complaint concerning the deaths of two elephants with the Culpepper and Merriweather Circus. Ex. 1, Declaration of Leslie Banks, ¶ 6, Nov. 2, 2006. APHIS assigned this FOIA request case number 05-361. Id.

2. On or about April 20, 2005, the APHIS FOIA office contacted APHIS's Investigative and Enforcement Services ("IES") and Animal Care and requested that both divisions locate

records responsive to FOIA case number 05-361, and forward copies of such records to the FOIA office.  Id. ¶ 23.

3.   On July 10, 2005, the FOIA office received responsive records from the Animal Care-Western Regional Office.  Id.  On or about October 24, 2005, the FOIA office received responsive records from IES.  Id. ¶ 25.

4.   Upon receipt of the responsive records from both Animal Care and IES, the FOIA office began processing plaintiff's FOIA request for case number 05-361.   Id.

5.   On December 6, 2005, APHIS granted plaintiff's FOIA request in part and denied it in part.  Id. ¶ 7. Specifically, APHIS responded to plaintiff's FOIA request concerning the Culpepper and Merriweather Circus by providing 248 pages in redacted form, and withholding 29 pages in full.  Id.

6.   On January 18, 2006, plaintiff filed an appeal of APHIS's December 6, 2005 decision.  Id.  On July 17, 2006, APHIS granted plaintiff's appeal in part and denied it in part.  Id. ¶ 13.

7.   On October 2, 2006, the FOIA office conducted a second effort to locate responsive records for plaintiff's FOIA request related to the Culpepper and Merriweather Circus.  Id. ¶ 26.  To this end, the FOIA office contacted IES and the Animal Care-Western Regional Office, and asked the respective divisions to conduct searches for responsive records. Id.

8. On October 25, 2006, the Animal-Care Western Region forwarded documents to the FOIA office after conducting its second search. Id. ¶ 27. After comparing these documents with the documents that Animal Care produced in June 2005, the APHIS FOIA office discovered that, with the exception of one page, Animal Care produced duplicate records. Id. A copy of this record, which is an email message between Animal Care staff, was provided to plaintiff on November 2, 2006. Id.

9. On October 12, 2006, IES initiated a second search for responsive records. Id. ¶ 28. The second search revealed that the IES records on the Culpepper and Merriweather investigation that were stored at the IES headquarters were duplicates to the records that the IES headquarters provided to the APHIS FOIA office in October 2005. Id.

10. On October 30 and 31, 2006, IES headquarters contacted IES field investigators to determine whether they had any additional responsive documents relevant to plaintiff's FOIA request for records on the Culpepper and Merriweather Circus. Id. ¶ 29. The IES field investigators produced six pages of newly discovered responsive records. Id. The FOIA office processed these 6 pages and provided them to plaintiff on November 2, 2006. Id.

11. The APHIS FOIA Office also re-checked the files that the FOIA office maintained for plaintiff's request related to the

Merriweather and Culpepper Circus.  Id. ¶ 30.  The FOIA office discovered that fifty-three pages of responsive records were not processed for the FOIA request and appeal.  Id.  APHIS processed these responsive pages, and provided them to plaintiff on November 2, 2006.  Id.

**"Roy Horn" Incident at the Mirage Hotel and Casino**

    12.  On June 28, 2005, plaintiff submitted a FOIA request seeking a copy of the USDA final report concerning the attack on Roy Horn by a tiger at the Mirage Hotel and Casino in Las Vegas, Nevada.  Id. ¶ 8.  APHIS assigned this FOIA request case number 05-634.  Id.  APHIS granted this FOIA request in part, and denied it in part on July 14, 2005.  Id.  APHIS provided plaintiff with 80 pages in full, 147 pages in redacted form, and withheld 6 pages in full.

    13.  On September 7, 2005, plaintiff appealed the July 14, 2005, FOIA determination.  Id. ¶ 9.  Plaintiff limited its appeal to four responsive records, specifically, three affidavits totaling five pages and a compact disc ("CD") audio recording of a telephone message from an informant to APHIS.  Id. ¶¶ 9 and 14.

    14.  On July 17, 2006, APHIS granted the appeal in part, and denied the appeal in part.  Id. ¶ 14.  APHIS provided plaintiff with the 5 pages in redacted form, and withheld in full the copy of the CD audio recording.  Id. ¶ 14.

**Le Mas**

15.  On August 15, 2005, plaintiff filed a FOIA request with APHIS seeking a copy of the investigative report prepared by USDA concerning alleged violations of the AWA by Le Mas.  Id. ¶ 10.  APHIS assigned this FOIA request case number 05-803.  Id.

16.  On January 12, 2006, APHIS responded to this FOIA request by granting it in part, and denying it in part.  Id.  Specifically, APHIS provided plaintiff with 8 pages in full, 9 pages in redacted form, and withheld 5 pages in full.  Id.

17.  On February 16, 2006, plaintiff appealed the January 12, 2006, FOIA determination that APHIS issued regarding case number 05-803.  Id.  On July 17, 2006, APHIS granted this appeal in part, and denied the appeal in part.  Id. ¶ 15.  APHIS determined that there were 14 pages responsive to the appeal.  Id.  APHIS released one page in full, and provided the other 13 pages to plaintiff in redacted form.  Id.

**APHIS FOIA Response**

18.  In responding to plaintiff's FOIA requests, APHIS withheld information pursuant to FOIA Exemptions 4, 5, 6 and 7(C).  Id. ¶ 46.

**Agriprocessor's Inc.**

19.  On July 7, 2005, plaintiff, through counsel, requested a copy of the USDA's Office of Inspector General ("OIG") Report of Investigation on AgriProcessors, Inc.  Ex. 3, Declaration of

Deirdre MacNeil ("MacNeil Decl. I"), ¶¶ 5, 7 and 13, July 14, 2006.

20. By letter dated July 21, 2005, Paul Feeney, Deputy Counsel, OIG, USDA, informed plaintiff that the FOIA request concerned an ongoing investigation and that all such records were exempt from disclosure pursuant to the FOIA, specifically, 5 U.S.C. § 552(b)(7)(A). Id. ¶ 11. The July 21, 2005 letter stated in pertinent part: "To release any information at this time could interfere with enforcement proceeding[s] and otherwise [might] jeopardize the investigation. Once the investigation is closed, you may make another request and we will process the records as appropriate under FOIA law." Id. ¶ 12.

21. On October 26, 2005, plaintiff, through counsel, sent an electronic mail to Ms. Deirdre MacNeil, the OIG's FOIA officer, requesting a status as to whether records related to the AgriProcessor investigation were available and further stating that its electronic mail should be considered a request for the investigative report. Id. ¶ 13.

22. On October 26, 2005, Ms. MacNeil telephoned plaintiff's counsel informing her that the investigation would close shortly and sent plaintiff's counsel a letter acknowledging plaintiff's e-mailed FOIA request. Id. ¶¶ 13 and 14. In the October 26, 2005 letter, Ms. MacNeil informed plaintiff that the OIG had a backlog of requests and that the FOIA staff processes requests on

a first-in, first-out basis using "multitracks." Id. ¶ 15. Plaintiff's counsel was informed that plaintiff's request would be categorized and processed "in turn." Id.

23. On February 16, 2006, Ms. MacNeil informed plaintiff's counsel that the investigation into AgriProcessors was closed, and that the OIG would start the FOIA review and release process. Id. ¶ 25.

24. On February 28, 2006, the USDA's OIG released sixty-nine pages of documents with redactions pursuant to the FOIA, 5 U.S.C. §§ 552(b)(6) and (7)(C), and withheld thirteen witness statements pursuant to the Privacy Act, 5 U.S.C. § 552a(j)(2) and (k)(2). Id. ¶ 27.

25. On March 24, 2006, plaintiff appealed the withholding of the thirteen witness statements. Id. ¶ 28. The witness statements were subsequently released with redactions pursuant to 5 U.S.C. §§ 552(b)(6) and (7)(C). Id. ¶ 33.

Date: November 3, 2006        Respectfully Submitted,


/s/ Jeffrey A. Taylor /dch
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

```
                                /s/ Beverly M. Russell
                                _____
Of Counsel:                     BEVERLY M. RUSSELL, D.C. Bar #454257
Karen Carrington, Esq.          Assistant United States Attorney
R. Michael Ching, Esq.          U.S. Attorney's Office for the District
U.S. Dept. of Agriculture        of Columbia
                                555 4th Street, N.W., Rm. E-4915
                                Washington, D.C.  20530
                                Ph:  (202) 307-0492
```