UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,** ) ) ) **Plaintiff** ) ) v. ) **U.S. DEPARTMENT OF AGRICULTURE,** ) ) **Defendant.** ) _____ ) | Civil Action No. 06-0930(RMC) |

ORDER

This matter having come before the Court on the defendant United States Department of Agriculture's Motion for Summary Judgment, any opposition to such motion, and the entire record herein, it is hereby

ORDERED, that Defendant's motion for summary judgment is hereby GRANTED; and it is

FURTHER ORDERED, that this case is dismissed with prejudice.

SO ORDERED.

_____     _____
DATE                       UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530