UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 06-930 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT, AND SUPPORTING MEMORANDUM**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff, People for the Ethical Treatment of Animals, respectfully moves for a two day extension of time up to and including December 6, 2006 to file its Cross Motion for Summary Judgment, and Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, and supporting memorandum.  Pursuant to Local Rule 7(m), plaintiff's counsel contacted defendant's counsel, and defendant consents to this motion.

In further support of this motion, plaintiff states as follows:

Plaintiff's counsel are diligently working on plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment.  However, plaintiff's counsel will not be able to finalize plaintiff's motion and related papers by December 4, 2006.  This is in part due to the fact that defendant obtained an extension on defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, thus shortening the

time in which plaintiff has to respond to defendant's motion; in part due to the Thanksgiving holiday; and also due to the fact that one of plaintiff's counsel has been traveling this week in connection with a hearing in another case pending in the Northern District of California. Accordingly, plaintiff respectfully requests that the Court extend the deadline for the filing of plaintiff's Cross Motion for Summary Judgment, and Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, and supporting memorandum, up to and including December 6, 2006. A proposed order is attached.

Respectfully submitted,

  /s/ Erin M. Tobin
Erin M. Tobin
(D.C. Bar No. 494948)
Katherine A. Meyer
(D.C. Bar No. 244301)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave. N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Date:   December 1, 2006                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this Consent Motion for an Extension of Time to File Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, and Supporting Memorandum, was electronically filed in the Court's Electronic Case Filing System, this 1st day of December, 2006 and sent to:

Beverly M. Russell, Assistant U.S. Attorney
U.S. Attorneys Office for the District of Columbia,
    Civil Division
555 4th Street, N.W., Room E-4915
Washington, D.C. 20530
beverly.russell@usdoj.gov

                                                            /s/ Erin M. Tobin
                                                          _____
                                                          ERIN M. TOBIN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS**,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**UNITED STATES DEPARTMENT OF AGRICULTURE**,  )<br>)<br>Defendant.  )<br>) | Civ. Action No. 06-930 (RMC) |

**(PROPOSED) ORDER**

Upon consideration of the Consent Motion for an Extension of Time to File Plaintiff's Cross-Motion for Summary Judgment, and Opposition to Defendant's Motion to Dismiss, or, Alternatively, for Summary Judgment, and Supporting Memorandum, and for good cause shown, it is by the Court,

ORDERED that plaintiff's motion shall be and is hereby granted, and, thus, plaintiff shall have up to and including December 6, 2006 to file its Cross Motion for Summary Judgment, and Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, and supporting memorandum;

SO ORDERED.

Dated: _____       _____
                                United States District Court Judge