Civ. Action No. 06-930 (RMC)

EXHIBIT 3

5/23/04 South Florida Sun-Sentinel 1A
2004 WLNR 20054018

South Florida Sun-Sentinel
Copyright 2004 Sun-Sentinel

May 23, 2004

Section: NATIONAL

REGULATORY SYSTEM MISSES MANY PROBLEMS
STORIES BY SALLY KESTIN, SENIOR WRITER
DATABASE RESEARCH BY JOHN MAINES, STAFF RESEARCHER

By last November, it was too late. Four times in the previous 15 months, federal inspectors had cited Sea Life Park on the Hawaiian island of Oahu for not providing its aging and frail marine mammals with adequate veterinary care.

By the time of their fifth visit, Laukani, a pregnant 24-year-old dolphin, had died after three days of labor with no medical care, federal records say. Her calf was dead, too.

"The calf was never completely expelled. [Laukani] continued to weaken and died," U.S. Department of Agriculture inspector Elizabeth Lyons wrote in a Nov. 19 report. "At no time during her travail did she receive any on-site veterinary examination or treatment. The egregious lack of concern for this animal's extended distress, pain and suffering does not constitute adequate veterinary care."

A South Florida Sun-Sentinel investigation found that the federal government is slow to enforce laws meant to protect marine mammals and has allowed violators to continue operating for years even after documenting contaminated water, starvation or deaths such as Laukani's.

Sea Life Park, according to its lawyer, had made an arrangement with a local vet before the dolphins died. He said Laukani "was under constant observation by experienced staff, including one veterinary technician" during her labor, and veterinary specialists the park consulted advised against removing the calf. The park would not provide records of the incident to the newspaper. Records of the USDA, in charge of inspecting marine parks, show that the park for more than a year ignored the inspector's deadline to hire a vet located on the island. USDA spokesman Jim Rogers now says only that the agency is investigating. He could not say why it has taken so long.

The USDA's "lack of follow through is unacceptable" at Sea Life Park, said U.S. Rep. Adam Putnam, R-Bartow in central Florida.

"You lose calves. That happens," said Putnam, a cattleman and member of the House's Agriculture and Government Reform committees. "But [if] you have bad actors out there

who pretend to be in the marine sciences business and yet don't have marine scientists, don't have proper veterinary care, then they ought not be given the permission to have these animals."

More than three decades after Congress passed a landmark Marine Mammal Protection Act, finding that the sea mammals are "resources of great international significance," the marine park industry has been left largely on its own to comply with regulations.

Overworked inspectors visit some marine parks and aquariums once in three years, rarely finding serious problems, or if they do, even more rarely following up to ensure they're fixed, records show.

U.S. Sen. Bill Nelson, D-Fla., said the federal government has been too lax.

"Based on your research, I'm going to direct our staff to look into this in order to find out what we need to do to have more frequent inspections and better enforcement and then tougher penalties," Nelson said.

The USDA has authority to fine parks or revoke their licenses but has only done so twice since 2000, records show. The agency destroys records older than three years.

It took the death of an emaciated seal, sewage in the tank and public complaints before the government acted against the Westport Aquarium in Westport, Wash. For nearly two years, inspector Randall Ridenour reported on the slowly starving animals, the lack of veterinary care and the faulty water pumps.

Finally last year, the USDA shut the aquarium for a month, fined the owner $50,000 and banned the facility from acquiring new animals for five years.

The aquarium was listed for sale in February. In a press release, the facility said Baby and Tiny, their remaining "famous" harbor seals, were "planning to retire to the Rio Grande Zoo, in Albuquerque, New Mexico." The release urged the public to come for "ONE LAST CHANCE to visit Tiny and Baby. They will eat fish (if you throw it!) and perform for you."

The government could have fined the Aquarium of the Pacific in Long Beach, Calif., as much as $8,250 for allowing Brandie, a California sea lion, to jump to her death while workers cleaned her empty pool in 2000, but agreed to a penalty of $2,060. The nonprofit aquarium took in $17 million in revenue that year, financial records show.

"Anything we go after we have to be able to prove in court," Rogers said. "If we don't have solid evidence, the judge could throw it out and we'd get nothing."

USDA Secretary Ann M. Veneman "respectfully declined" the Sun-Sentinel's request for an interview, Rogers said.

Federal agencies responsible for overseeing marine parks have been unable or unwilling to enforce regulations.

"We strive to bring facilities that may not be 100 percent in compliance into compliance," said Barbara Kohn, USDA senior staff veterinarian for animal care. "We use education and cooperation. It's not, `We're going to shut you down.'"

The National Marine Fisheries Service has maintained an inventory of captive marine mammals since 1972 but it relies on the parks to report information. Steve Leathery, head of marine mammal permitting for the agency, said the data allows the government and the public to find out "what's going on with this public trust resource."

Leathery said the service doesn't have the staff to inspect facilities to ensure accuracy and he realizes that an incomplete inventory is "much less useful."

The Sun-Sentinel discovered dozens of unreported births and deaths.

In 1994, in turning what had been Fisheries Service policy into law, Congress used wording that the parks have interpreted as reducing their reporting responsibilities.

"It is our policy that stillborns be reported and some facilities feel that they are not required to do that," Leathery said.

In the decade before 1994, parks reported 168 stillborns and newborn deaths. In the decade after, 24 were reported.

"A stillbirth is not part of a living collection so we do not report those to the government," said Roger Germann, spokesman for Chicago's John G. Shedd Aquarium. "Shedd does tell our [birth] stories -- no matter the outcome -- to the media and the public."

At least six unsuccessful dolphin births in the past decade that the Indianapolis Zoo told reporters about never showed up on the inventory. The zoo is merely following "industry practice," said spokeswoman Judith Gagen. Congress intended the inventory to track only "living, viable specimens."

SeaWorld officials said they do not report stillborns.

Dolphins Plus in Key Largo reports all births because, said owner Rick Borguss, "It's only right." He said others do not because "it looks bad."

The Alliance of Marine Mammal Parks and Aquariums, a trade group, is lobbying now to spell out in law the elimination of government tracking of stillbirths.

While the requirement to reports deaths is not disputed, the newspaper found numerous deaths reported on Web sites and in other park documents -- but not to the inventory. A California sea lion that died in 1997 at the Rogers Williams Park Zoo in Providence, R.I., for example, is still listed in government records as living, as is a second sea lion the park says died in 1998.

The Fisheries Service has never exercised its authority to prosecute marine parks for failing to report information.

James Baker, who from 1993 to 2001 served as undersecretary of the Fisheries Service's umbrella agency, the National Oceanic and Atmospheric Administration, said Congress never gave the agency enough money to enforce regulations on marine mammals held for display.

"Although people are concerned about it, it fell to a lower priority," he said.

U.S. Rep. Frank Pallone Jr. of New Jersey, the ranking Democrat on the Fisheries, Wildlife and Oceans subcommittee, said, "We have to spend more time on oversight and we're going to have to be more specific about what has to be done in terms of reporting and protection of captive marine mammals."

Congress is considering a bill this year that modifies the Marine Mammal Protection Act but so far demands no changes for animals in marine parks.

"The bottom line is, we didn't spend any time on it," Pallone said. "This is something that has to be addressed and wasn't, and now hopefully will because of your findings."

Before 1972, parks were largely unregulated. Congress that year, concerned about the effects of fishing, captures and pollution on marine mammals, passed the Marine Mammal Protection Act. Congress split oversight of the burgeoning marine park industry between the Marine Fisheries Service and the USDA.

By the late 1980s, the industry had formed a trade group that became the Alliance. Industry lobbying succeeded in weakening regulations, most dramatically in 1994, stripping the Fisheries Service of its inspecting and enforcing powers.

The Fisheries Service's "involvement with the care and maintenance of mammals held for public display has been virtually eliminated," the agency wrote in a newsletter summarizing the changes.

Marine parks no longer needed permits to move their animals. The Fisheries Service no longer had authority to evaluate public education programs, a requirement for the parks to get a license to display marine mammals, and left the industry to develop its own standards. And legislators took away the public's access to details of marine mammal deaths, eliminating a requirement that parks submit necropsy reports to the Fisheries Service.

The Fisheries Service did keep control of the marine mammal inventory, but the industry is now lobbying Congress to cut out the agency altogether.

"Whenever an industry wants to move from one oversight agency to another, it is not because the oversight in the new location will be tougher," said U.S. Rep. Tom Lantos, D-San Mateo, Calif. He said he has planned to introduce legislation to regulate the movement of marine mammals between parks and facilities. "The USDA is not a friend of animals."

The USDA's 100 inspectors oversee 8,800 licensees, including breeders of farm animals, dealers and zoos as well as airlines and trucking companies that transport animals. Inspectors average one visit a year, Kohn said.

Inspectors "are generally overworked and there are not many of them," said David Cottingham, executive director of the U.S. Marine Mammal Commission, an umbrella group Congress created to oversee protection of marine mammals across agencies. "There are very few who are trained in marine mammal veterinary sciences."

Lantos and Pallone now believe that shifting oversight to the USDA was a mistake.

"I'm beginning to think that maybe that wasn't wise," Pallone said. "That's something that should be revisited."

Pallone said he has been "concerned for some time" about whether the government is doing enough to protect marine mammals in parks.

"I don't think Congress has done enough oversight to really know what the situation is with those various marine mammals," he said.

The USDA refused to allow the newspaper to interview any inspectors, saying they were too busy and not allowed to talk to the media.

The agency needs the industry for expertise.

When the USDA decided to update rules on the housing and care of marine mammals 10 years ago, it invited marine park representatives to help write the new requirements. When inspectors investigate questionable marine animal deaths, they turn to other parks and aquariums.

"We rely on people in the industry," Kohn said. "A lot of them are associated with a facility somewhere."

The inspectors are charged with enforcing Animal Welfare Act mandates on water quality levels, diet, medical care and space needed to house marine mammals.

Under the act, for example, a bottlenose dolphin known to swim up to 25 miles a day and dive to 1,000 feet or more, can be kept in a 6-foot-deep tank measuring 24 feet by 24 feet.

"It is designed to be a minimum standards act, not an ideal," Kohn said.

But inspectors are not enforcing even those minimums, the newspaper found.

USDA inspector Robert Brandes cited SeaWorld Orlando last June for allowing visitors at the dolphin petting pool to touch the animals' mouths and blowholes. Brandes also saw unattended small children straddling the tank's wall, records say.

During a visit in late February, the Sun-Sentinel videotaped unsupervised children leaning into the pool and guests touching dolphins' blowholes.

The USDA's Rogers said the newspaper could file a complaint. He would not review the video.

It took a complaint from an animal rights activist to bring official action against the Miami Seaquarium. Last fall, county building inspectors threatened to shut the park down after documenting 125 code violations, including some that may have endangered animals, the county's building chief said.The Seaquarium's last three USDA inspection reports say: "No non-compliances identified."

Inspectors who seem to focus on easily documented violations may miss signs of more troubling, widespread problems.

In May 2002, a former SeaWorld employee complained to the USDA about neglect of five sea lions at Omaha's Henry Doorly Zoo, writing that algae coated their nearly empty tank and that the animals appeared "lethargic and frankly pathetic."

Four days later, Sunny, a 13-year-old sea lion, died from "pregnancy complications," the federal inventory says. When an inspector visited the following week, her report did not mention the death or the complaint.

The zoo had stopped conducting federally required daily and weekly tests on the sea lions' water four months earlier. "Correct this item immediately," inspector Ruth Bakker wrote.

The USDA did not check to see if the zoo did, according to records. A year later, a second sea lion, age 16, had died from "restraint associated-pregnancy complications," the inventory says.

Rogers said inspectors do follow up but don't always document their work. He said the inspector might have reviewed the deaths and found no violations.

The USDA could have done its own testing of the sea lions' water, but according to the records, did not. Water quality is one of the most frequently cited problems at marine parks and zoos, but the USDA does not test, even when the parks' results show potentially deadly levels of chlorine or bacteria, the records show.

Government record-keeping and communication gaps also diminish oversight.

The USDA throws out inspection records after three years, making a complete history of any marine park impossible.

"Because they do so many inspections, the only way they can keep up with their paperwork is to" purge their records, said Michael Marquis, assistant director for the agency's Freedom of Information and legislative affairs office.

The federal marine mammal inventory, a rich source for regulators to identify questionable deaths and other problems, has not been available to inspectors.

"The system belongs to National Marine Fisheries Service," Kohn said. "They run the database."

Without the data, the agency cannot even say how many marine mammals are in its licensed facilities.

"About seven to eight years ago, we did an internal survey," Kohn said. "I believe we had around 500 to 700 marine mammals."

The inventory now shows about 1,200 animals in U.S. facilities.

When marine parks notify the Marine Fisheries Services of a birth, death or transfer, the agency sends a copy to the USDA. But those notices are not always distributed to the inspection field offices.

"Just like we learned in 9-11, the policemen can't always talk to the fireman," said Cottingham of the Marine Mammal Commission. "It would be great if they all [used] the same data sources, but they don't."

Efforts to improve oversight have failed.

The USDA began devising rules on the increasingly popular dolphin swim programs about a decade ago to specify how many people could be in the water at one time and how long the animals could be used. By the time the agency finished in 1998, many more marine attractions were enticing visitors into the water to not just swim but also wade and touch dolphins.

The regulations "weren't necessarily applicable," Kohn said. "We suspended enforcement. The regulations are still valid but not enforced."

The government started updating its rules for marine parks in 1993, setting up a committee of 15 "major stakeholders," including representatives from the industry, animal welfare activists and the Navy, Kohn said.

"It took a couple of years to establish the committee before we could even start the negotiations," she said. "It's a very long process."

The group "just couldn't agree" on the more controversial rules for water quality, minimum space, lighting, ventilation and noise, Kohn said. The USDA still has not updated those rules.

For the most part, the lone voice for the marine mammals comes from a small band of animal rights advocates.

Splintered and disorganized, the activists are dismissed as extremists and fanatics by many politicians and industry officials.

It's difficult to find objective authorities. Some of the leading marine scientists rely on the industry for research funding or consult for the marine parks.

Randall Wells, the premier researcher of wild dolphins, draws his salary from the Brookfield Zoo. Greg Bossart, a manatee expert and dolphin researcher, was the vet for the Miami Seaquarium and at least one swim-with-the-dolphins company in the Caribbean.

"The money influences everything, including the science," said Naomi Rose, a marine mammal scientist with the Humane Society of the United States. "If you want to be a mover and shaker in the marine mammal world, you keep your mouth shut. If you're a scientist and you take a stand against captivity, you are ostracized."

Congress must do more to protect marine mammals in parks and zoos, said Rep. Pallone.

"We have to be more specific in the legislation to address the concerns you've raised," he said. "There should be an inventory. There should be specific regulations about protecting different species. We don't really have that now."

CHANGES IN THE UNITED STATES AND AROUND THE WORLD
Fascination with dolphins and whales is worldwide. People want to see, touch, and in some countries, even eat them.

Laws and attitudes toward the sea animals vary widely:

Common efforts

Several governments -- including Chile, Mexico, Canada and Queensland, Australia -- no longer permit the capture of marine mammals for public display.

Captures are still legal in the United States. Sensitive to public opposition, American marine parks and aquariums have not applied for a permit in more than a decade -- though they do not rule out the possibility in the future.

Australia

In 1988, the state of Victoria, Australia, became the first government to outlaw public display of whales and dolphins. Since then, at least three countries -- Brazil, Nicaragua and Costa Rica -- have adopted similar bans.

Britain

After commissioning a study of marine mammals in parks and aquariums in 1990, the British government adopted stricter standards to improve conditions for the animals, said Cathy Williamson, captivity campaigner for the Whale and Dolphin Conservation Society in England.

"[Parks] couldn't afford to make the changes and they closed down," she said. "We used to have over 40 facilities and now we have none."

United States

At some locales within the United States, marine mammal exhibits are outlawed. South Carolina passed a law against displays in 1992, at a time when a developer had proposed a large marine park in Myrtle Beach.

The state law includes fines and jail time for violators.

In 2002, the county council in Maui, Hawaii, voted unanimously to ban the public display of marine mammals. "We have the ocean as our natural dolphinarium," said Council member Jo Anne Johnson.

The measure declared that dolphins and whales are "highly intelligent -- and highly sensitive ... The Council also finds that the exhibition of captive cetaceans leads to distress [sic] living conditions for these animals."

Canada

To ensure that "marine mammals in captivity are held in appropriate conditions," the Canadian government temporarily banned captures in 2001 and is developing the country's first standards on the care and maintenance of the animals following a study it commissioned.

"What do you learn from seeing a whale or seal in captivity, and what is the quality of life for the animal?" said Jon Lien, the study's author and a whale researcher at Memorial University in Newfoundland. "Is it just to make money? Oftentimes, that's it."

A committee Lien heads is working on the standards, including regulations on imports of marine mammals, a practice Canadian activists call "whale laundering."

"You could buy a whale on the Internet or in Russia and bring it in and there were no government controls on that importation," Lien said. "That was being done. The public wants the assurance that they are managed from capture to housing in the best possible way."

Georgia

Georgia, previously part of the Soviet Union and one of six countries on the Black Sea, wants a ban on trade in bottlenose dolphins, and has support from Bulgaria and Romania. Russia, which exports dolphins, opposes a ban, however, maintaining that the wild dolphin population is not endangered.

Russia has sold at least 155 dolphins in the past five years to 15 countries including Argentina, Vietnam, China and Saudi Arabia, according to international marine mammal export records. The Humane Society of the United States also has expressed concern about permits Russian authorities recently granted for the capture of killer whales in the Kamchatka district off the Pacific Coast.

Asia

In Asia, a surge in the number of marine parks has not slowed demand for dolphin and whale meat. For centuries, Japanese fishermen have killed hundreds of marine mammals each year, selling them to fish markets and restaurants. The fishermen use a method called drive fisheries, herding the marine mammals toward a beach, encircling them in a net and then spearing them with hooks and knives. The best specimens are spared and sent to marine parks and aquariums.


FEDERAL AGENCIES RESPONSIBLE FOR OVERSIGHT
Oversight of marine mammals in U.S. parks, zoos and

aquariums falls under two federal agencies that are part

of massive bureaucracies charged with other responsibilities, from the Census counts to ensuring the safety of the nation's food supply:

National Marine Fisheries Service

http:www.nmfs.noaa.gov
Maintains an inventory of marine mammals in parks, zoos and aquariums and issues permits for captures and imports of marine animals for display.

The agency focuses primarily on preserving marine life in the wild, monitoring fishing to ensure stocks are not depleted and overseeing protected marine mammals, from sea turtles to sea lions.

The service is part of the National Oceanic and Atmospheric Administration (www.noaa.gov), which also operates the National Weather Service.

NOAA is under the U.S. Department of Commerce (www.commerce.gov), which conducts the Census, monitors the nation's economy, promotes trade, manages patents and trademarks, and advises the president on telecommunications.

Oversight of the Fisheries Service falls to the U.S. House Resources Committee (http://resourcescommittee.house.gov) and the U.S. Senate Commerce, Science and Transportation Committee (http://commerce.senate.gov).

Animal and Plant Health Inspection Service

http:www.aphis.usda.gov

Charged with inspecting facilities that display marine mammals for compliance with Animal Welfare Act regulations on such matters as space, veterinary care and water quality. The agency's 100 inspectors are responsible for 8,800 licensees, including zoos, circuses and trucks and airlines that transport animals. The service also monitors livestock to protect the nation's food supply from agricultural pests and diseases, including foot-and-mouth and mad cow.

The service is under the U.S. Department of Agriculture (http://www.usda.gov), which also oversees farming, national forests, and domestic and foreign food aid. The House Agriculture Committee (http://agriculture.house.gov) and the Senate Agriculture, Nutrition and Forestry Committee (http://agriculture.senate.gov) oversee the USDA.

U.S. Marine Mammal Commission

http:www.mmc.gov

Responsible for "independent oversight" of marine mammal conservation and protection policies. Congress created the commission in 1972, recognizing that "those federal agencies with primary regulatory responsibility for marine mammal programs often had potentially conflicting missions and had, in some instances, failed to prevent the over harvesting and endangerment of stocks," its Web site says.

The commission reviews and makes recommendations on domestic and international marine mammal issues, focusing mostly on animals in the wild.

IN THE WILD, MANY MARINE MAMMALS ARE AT RISK FROM HUMAN INFLUENCES

The carcasses of at least 107 bottlenose dolphins washed up along the shores of the Florida Panhandle this spring, victims of what scientists suspect was a red tide outbreak and environmentalists blame on run-off from development.

From pollution to hunting and fishing, marine mammals in the wild die by the thousands from contact with humans.

Pollution and disease

Scientists suspect the recent dolphin die-off in the Panhandle resulted from high levels of a toxin associated with red tide, but they disagree about what causes the deadly algal blooms. Some say red tide is naturally occurring; others agree with environmental groups that pollution can trigger it.

Wastewater run-off, rich in phosphorus and nitrogen, feeds phytoplankton in the water and sets off explosive growth, they say. The Natural Resources Defense Council wants a halt to discharges into the Gulf of Mexico by industry, farms and residential neighborhoods.

In a sweeping and critical report last month, the U.S. Commission on Ocean Policy, which Congress set up in 2000, called for immediate action to end gross pollution of the oceans from shoreline development, the use of offshore oil and gas, coastal tourism and marine transportation.

Fishing

Fishermen netting tuna kill 1,500 to 2,100 dolphins a year. International agreements that include measures allowing observers to accompany fishing crews have reduced the mortality, which reached 400,000 a year in the early 1970s. However, dolphin populations are not rebounding as scientists expected.

Researchers in Britain say 800 whales and dolphins die daily around the world because of fishing. Europe recently limited the use of nets and began requiring pingers, which emit sonic signals, to warn dolphins away.

Two months ago, rescuers chased up the East Coast after a young North Atlantic right whale -- a rare, endangered species -- was found off St. Augustine badly entangled in a fishing net. Nicknamed Kingfisher, the 34-foot-long whale was seen with lines wrapped around his blowhole and mid-body, fishing buoys and gear slapping his sides.

The lines could embed in his flesh and set off an infection. Rescuers attached a tracking device and figured they could trail and eventually free him, but a ship along the New Jersey shore cut off the tracking device and Kingfisher's whereabouts and health are unknown.

Boating

Marine mammals caught in the paths of boats and ships die by the hundreds every year. Manatees are common victims of boating throughout Florida, but other animals affected include the endangered right whale. Ships struck and killed at least 12 of the estimated 300 left in the 1990s.

Hunting

Despite a global moratorium on whaling, Norway still hunts and kills about 700 minke whales a year. Japan kills a similar number for what it describes as research. The United States banned whaling in 1972. The year before, U.S. hunters killed 132 whales.

Canada has gradually increased a quota on harp seal hunts, allowing up to 350,000 a year to be killed. Their skins are turned into suede and other leather goods. Protests stopped what many considered the inhumane practice of clubbing newborns to death. Now, hunters in trawlers are allowed to shoot animals that are at least 12 days old.

Military

Some scientists have concluded that military use of sonar in the world's oceans may be responsible for dozens of whale and dolphin deaths in recent years. The U.S. Navy initially denied a connection to its sonar in the beaching and deaths of eight whales following a training exercise in 2000 in the Bahamas but later ruled out all other causes. Researchers found bleeding around the whales' brains and ears, likely from exposure to loud noise.

Marine mammals depend on sound to communicate.

Sonic waves can shake and tear the animals' organs, cause them to become disoriented and even kill them, some scientists believe. The noises also may cause marine mammals to panic and ascend too rapidly. Researchers found gas bubbles in whales that beached themselves and died after a 2002 international naval exercise in the Canary Islands, leading the researchers to conclude the animals may have suffered decompression sickness akin to the bends, which afflicts scuba divers.

Last fall, in a settlement of a lawsuit filed by environmentalists, the Navy agreed to limit use of a new sonar system to detect enemy submarines. However, the Navy's use of dolphins for detection continues, with dolphins on assignment in oceans near Iraq.

ON THE WEB
Read the series and view other material, including additional photograph and videos, at www.sun-sentinel.com

Copyright © 2004 Sun-Sentinel

Accessed on Westlaw on November 28, 2006