Civ. Action No. 06-930 (RMC)

EXHIBIT 6

**PeTA**
PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS
501 FRONT ST.
NORFOLK, VA 23510
757-622-PETA
757-622-0457 (FAX)

PETA.org
info@peta.org

June 28, 2005

Lesia Banks
USDA, APHIS, LPA, FOIA
4700 River Road, Unit 50
Riverdale, MD 20737-1234

1 page via facsimile: 301-734-5941

Dear Ms. Banks:

This is a request for public records made on behalf of People for the Ethical Treatment of Animals (PETA) pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, as amended. PETA requests the U.S. Department of Agriculture's final report concerning the October 3, 2003, mauling of Roy Horn by a tiger at the Mirage Hotel and Casino in Las Vegas, NV. The 233-page report is apparently dated September 28, and includes the Mirage Hotel and Casino's internal investigation, a Las Vegas police probe, witness statements, and veterinary reports.

PETA is a non-profit public interest organization and thus PETA requests that all fees be waived pursuant to 5 U.S.C. § 552 (a)(4)(A)(iii). PETA has no commercial interest in the requested information and its disclosure will contribute significantly to the public's understanding of USDA's regulations and policies as applied to animal exhibitors.

If you have any questions about this request, please contact me at 206-367-0228 or LisaW@peta.org.

Sincerely,

Lisa Wathne
Captive Exotic Animal Specialist

AN INTERNATIONAL
ORGANIZATION DEDICATED
TO PROTECTING
THE RIGHTS OF ALL ANIMALS