Civ. Action No. 06-930 (RMC)

EXHIBIT 15

**The New York Times**
nytimes.com

September 15, 2004

# National Briefing | West: Nevada: Officials To View Tiger Attack Tape

After threats of legislation by Nevada's senators, the Agriculture Department has abandoned its efforts to get a videotape of the tiger attack on the illusionist Roy Horn in Las Vegas last year. The department had sought the tape as part of its investigation into the incident, but reluctantly agreed instead just to view the footage, a department official said, speaking on the condition of anonymity. Mr. Horn was mauled by a tiger in a live performance on Oct. 3 and remains partly paralyzed. Senator Harry Reid, above, a Democrat, citing privacy concerns for Mr. Horn, had drafted an amendment that would have prohibited investigators from forcing the producer of the Siegfried & Roy show to turn over the video.

Copyright 2006 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Con