Civ. Action No. 06-930 (RMC)

EXHIBIT 16

 > BACK   > PRINT

# Horn Attack Video Quest Quashed
LAS VEGAS, Sept. 15, 2004

(AP) After threats of legislation by Nevada's senators, the Agriculture Department has abandoned attempts to get a videotape of the tiger attack on illusionist Roy Horn in Las Vegas last year.

The USDA had sought the tape as part of its investigation into the incident, but reluctantly agreed instead to just view the footage, a USDA official said Tuesday, speaking on the condition of anonymity.

"The USDA is no longer seeking possession of the tape," the official said.

Horn was mauled by a 380-pound tiger during a live performance Oct. 3 at The Mirage hotel-casino. He survived but remains partially paralyzed.

USDA spokesman Jim Rogers declined to talk about the case but did say the USDA will "pursue every piece of evidence we can."

A spokeswoman for Sen. Harry Reid, Tessa Hafen, confirmed Tuesday that the USDA had agreed to only view the footage.

Reid and Sen. John Ensign drafted an amendment that would have prohibited USDA investigators from forcing Feld Entertainment Inc., the producer of the Siegfried & Roy show, to turn over the video.

A copy of the proposed amendment obtained by The Associated Press would prohibit the use of federal money to obtain the videotape "through a subpoena ... or any other means."

Reid said the amendment was drafted after a friend of the illusionist contacted him. The senator said the USDA was being unreasonable, and he wanted to protect Horn's privacy.

The USDA subpoenaed Feld Entertainment in April, but the company refused to hand over the footage. It offered to show investigators the tape. The USDA refused, not wanting the Vienna, Va.-based company dictating how the agency should run its probe.

Feld Entertainment said it didn't want the footage to fall into the hands of the media. Horn and his partner, Siegfried Fischbacher, also said they didn't want the images of the attack being replayed repeatedly on television.

A spokesman for Feld Entertainment, Darin Johnson, said Tuesday that his company was scheduling a joint viewing with USDA investigators.

Campaign finance records show the two performers, along with their longtime manager, Bernie Yuman, and Kenneth Feld, president and chief executive officer of Feld Entertainment, have given more than $30,000 since 1982 to the campaigns and political action committees of Reid, a Democrat, and Ensign, a Republican.

Larry Noble, head of the watchdog group Center for Responsive Politics in Washington, said the proposed amendment crossed the line of appropriate conduct.

Noble called the move egregious, saying "it was an attempt to interfere with a law enforcement and regulatory effort by a federal agency. The USDA is the expert in the field."

Hafen disagreed.

"Sen. Reid has not interfered with the investigation," she said. "He has in fact helped it go forward while respecting laws that protect an individual's privacy."

By Adam Goldman
©MMIV The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

> Feedback  > Terms of Service  > Privacy Statement

## SEATTLE POST-INTELLIGENCER

http://seattlepi.nwsource.com/opinion/160263_wilded.html

## Wild animal ban right step for state

*Thursday, February 12, 2004*

**SEATTLE POST-INTELLIGENCER EDITORIAL BOARD**

Lions and tigers and bears mix poorly, even dangerously with people. The Legislature should recognize reality and ban ownership of many wild animals.

The risks to humans -- the public *and* owners -- are considerable. No matter what precautions are taken, these animals can be trusted to be themselves: wild.

Las Vegas star Roy Horn, with decades of experience with big cats, nearly died when a tiger attacked him. A pet tiger killed a child recently in North Carolina, where another tiger also injured a child. On Monday, a pet leopard clamped its jaws around its owner's head, letting go only after being shot twice. The Louisiana woman was hospitalized in fair condition.

Even when animals don't attack people, the infections they carry can. Monkeys occasionally spread herpes B, which can cause grave complications in humans.

Lawmakers have made considerable progress on House Bill 1151, which would ban ownership of many wild animals. They've pared the list, eliminating lynx, bobcats and servals. Their owners would have five years to find alternate living arrangements for them.

That's acceptable, with the understanding that further extensions may be needed to avoid euthanization or separation of animals from good homes. A better plan would be a registration system, allowing current pets to be kept indefinitely, as the bill's key supporter, the Progressive Animal Welfare Society, first envisioned.

Keeping exotic animals in unnatural conditions in homes and enclosures can be uncomfortable for these "pets" and life threatening for people.

*© 1998-2006 Seattle Post-Intelligencer*