Civ. Action No. 06-930 (RMC)


*EXCERPTS*


EXHIBIT 18

# UNITED STATES DEPARTMENT OF AGRICULTURE
## ANIMAL PLANT HEALTH INSPECTION SERVICE
## INVESTIGATIVE AND ENFORCEMENT SERVICES
## WESTERN REGION
## FORT COLLINS, CO

### REPORT OF INVESTIGATION

**Violator(s):**    **S & R Productions DBA Siegfried & Roy**
1639 N. Valley Drive
Las Vegas, Nevada 89108
702-647-2225

**Case Number:**    NV04001AC

**Violation(s):**    9 CFR 2

**Investigator:**    J. David Neal
c/o USDA, APHIS, IES
2150 Centre Avenue
Bldg. B-3W10
Fort Collins, CO 80526-8117
(480) 365-8547

**Date:**    **September 28, 2004**

### FOR OFFICIAL USE ONLY

This document and its contents are not to be distributed
outside your agency, nor duplicated, without prior consent
from Investigative and Enforcement Services, APHIS, USDA.

## SYNOPSIS

Violators Info: Siegfried and Roy doing business as S & R Productions is a Nevada Corporation. They hold an USDA Exhibitors License 88-C-0006. They have been licensed with the USDA for over 15 years.

Previous History:  None

Violation Events:   On or about October 3, 2003, while performing at the Mirage Hotel a white tiger known as "Montecore" attacked and severely injured Roy Uwe Horn, of Siegfried and Roy fame.

All redactions on this page are pursuant to (b)(6) & (b)(7)(c).

## EXPLANATION OF THE EVIDENCE

### October 3, 2003

9 CFR

2.131 (b) (1)  Handling animals at minimal risk of harm to the animal and the public.

2.131 (c) (3)  There is no barrier to protect the animals from the public or the public from the
animals. The tiger was not under direct control during the performance.

**Exhibit 1-A-** Interview with ██████████ dated October 10, 2003, showing
that he was the ██████████████████████████████ working for S & R
Productions. He shows that he handed the white tiger known as "Montecore" to
Roy who was going to introduce him to the audience. He describes the incident
and what happened afterwards.

**Exhibit 1-B-** Interview Log with █████████████████████████████████
dated October 7 & 8, 2003, employees of S & R Productions. They stated that the
white tiger known as "Montecore" is in the show for about 7 years and it was not
the first time on stage as reported earlier. They stated that Roy Horn would
always tell the audience that it was the first time on stage. They stated they had
no females "in heat" before or during the performance on October 3, 2003. They
also stated that Roy Uwe had been working with animals since the 1960's.

**Exhibit 1-C-** Interview Log with ██████████ DVM, dated October 7, 2003. He
stated that he was the veterinary of record for Siegfried and Roy. He stated had
examined "Montecore" about a month before it attacked Roy Horn.

**Exhibit 1-D-**Interview Log with ██████████ DVM and ██████████ DVM,
dated October 8, 2003. They stated they visually examined "Montecore" and he
appeared to be healthy. They also checked his feeding schedule and found out
that he was on schedule.

**Exhibit 1-E-** Photographs (digital) that were taken of "Montecore" in his cage
along with other white tigers.

**Exhibit 1-F-** Floppy disk containing photos represented in Exhibit 1-E.

**Exhibit 1-G-** Photocopy of Clark County Animal Control Animal Bite Report.

**Exhibit 2-A-** Photocopy of Las Vegas Metropolitan Police Department (LVMPD)
Investigative Report, showing an investigation that was done on the incident. It
was reported that a woman seating at table B1 seat #4, with "beehive hairdo",
possibly being 6 foot tall might be responsible for distracting the tiger. This could
not be substantiated. The person was located and was described as being 5 foot 2
inches tall. She did not have a "beehive hairdo". The report also goes into what
LVMPD found during their investigation. It was also mentioned as to a video that
was reviewed concerning the incident.

**Exhibit 2- C-** Email from IES Michael R. Ray dated February 17, 2004,
describing what he viewed on the video that is mentioned in the LVMPD Report.

**Exhibit 2-D-** Photocopy of the lay out of the stage and how the seating was at the
time of the incident. It should be noted that there are no barriers protecting the
audience from the animals and the animals from the audience.

All redactions on this page are pursuant to (b)(6) & (b)(7)(c).

**Exhibit 2-E-**Is a statement from Robert M. Gibbens, Animal Care Western
Regional Director, dated March 16, 2004. He stated that he attended the Siegfried
and Roy performance on April 29, 2003. He stated that he could not see any
barriers between the big cats and the viewing public at any time during the show.

**Exhibit 2-F-** APHIS Form 7162, Affidavit from Richard H. Watkins, Deputy
Administrator for Animal Care. He stated that he attended the Siegfried and Roy
Performance on April 29, 2003, with Dr. Robert Gibbens. He stated that there
were some questions as to the handling procedures of the animals. He also
describes the seating and the stage area.

**Exhibit 2-G-** APHIS Form 7162, Affidavit from Kay Carter-Coker, DVM,
USDA/APHIS/AC dated January 23, 2004. She stated that she was at the
Siegfried and Roy Performance on April 29, 2003. She stated that she attended
the show as a spectator and not part of her official duties. She stated that she did
not feel any danger from the big cats. But she was not sure how far the big cats
were from the audience, the cats were on the stage and walkways.

**Exhibit 2-H-** Interview Log with Dr. Elle Magid and IES Senior Investigator
Page Eppele on January 22, 2004. She stated that she attended the Siegfried and
Roy Performance on April 29, 2003. She attended for her own pleasure and not
part of an official status. She stated that Kay Carter-Coker accompanied her.
She stated that at times there were no physical barriers between the animals and
the public.

**Exhibit 2-J-** Nine (9) Photographs (digital camera) of the stage area, the leash
that we were told was on "Montecore" the night of the incident, and a photo of
"Montecore". It should be noted that the pictures did not come out very good on
count of the darkness of the stage area.

**Exhibit 2-K-** Floppy disk that contains the photographs represented in
Exhibit 2-J.

**Exhibit 3-B-** Photocopy of Mirage Security Department Guest/Employee
Statement dated October 4, 2003 from ▓▓▓▓▓▓ He stated that he was
working in the Mirage Security Monitor Room on October 3, 2003, when a call
came into him telling him that Roy (Horn) had been bitten. He contacted the Las
Vegas Paramedics and had them respond to the Mirage.

**Exhibit 3-E-** Photocopy of Employee Statement dated October 3, 2003 from
▓▓▓▓▓ stating that he set up the oxygen on Roy Horn, after Horn had been
bitten.

**Exhibit 3-H-** Photocopy of Mirage Security Department Guest/Employee
Statement dated October 3, 2003 from ▓▓▓▓▓ He states he is a stagehand
working when the incident occurred with Roy Horn. He describes what he
witnessed.

**Exhibit 3-I-** Photocopy of Mirage Security Department Guest/Employee
Statement dated October 3, 2003 from ▓▓▓▓▓▓ He describes what he
witnessed.

**Exhibit 3-J-** Photocopy of Mirage Security Department Guest/Employee
Statement dated October 3, 2003 from ▓▓▓▓ He describes what he
witnessed of the incident.

All redactions on this page are pursuant to (b)(6) & (b)(7)(c).

**Exhibit 3-K**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▇▇▇▇ He describes what he witnessed of the incident. He stated that Roy Horn did not have control of "Montecore". Roy Horn hit "Montecore" on the nose with the microphone and the cat jumped on him pushing him down. Then "Montecore" grabbed Roy Horn by the neck and drug him off stage.

**Exhibit 3-L**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▇▇▇▇ He describes what he witnessed of the incident. He stated that Roy Horn did not have control of "Montecore". Roy Horn hit "Montecore" on the nose with the microphone and the cat jumped on him pushing him down. Then "Montecore" grabbed Roy Horn by the neck and drug him off stage.

**Exhibit 3-M**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▇▇▇▇ She describes what she witnessed of the incident. She stated that Roy Horn did not have control of "Montecore". Roy Horn hit "Montecore" on the nose with the microphone and the cat jumped on him pushing him down. Then "Montecore" grabbed Roy Horn by the neck and drug him off stage.

**Exhibit 3-N**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▇▇▇▇ He describes what he witnessed of the incident. He stated that Roy Horn did not have control of "Montecore". Roy Horn hit "Montecore" on the nose with the microphone and the cat jumped on him pushing him down. Then "Montecore" grabbed Roy Horn by the neck and drug him off stage.

**Exhibit 3-O**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▇▇▇▇ She describes what she witnessed of the incident. She stated that Roy Horn did not have control of Tiger. She said that the tiger was heading towards the audience. Roy Horn signaled for the tiger to come back and the tiger grabbed Roy Horn's hand. He hit the tiger on the nose with the microphone and the cat jumped on him pushing him down. The tiger then grabbed Roy Horn by the neck and dragged him off stage.

**Exhibit 3-S**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▇▇▇▇ He stated that he was downstage right when "Montacore" came our on stage. He stated that he saw something different about the way he looked and told one of the animal trainers. Then he describes what he witnessed when "Montacore" attacked Roy Horn.

**Exhibit 3-U**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▇▇▇▇ She stated that she was working as the lead spot operator for the Siegfried and Roy Show on October 3, 2003. She states that she witnessed "Montecore" attacking Roy Horn. She goes into detail of the attack.

**Exhibit 3-X**- Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▇▇▇▇ He stated the everything looked normal when the tiger got to the "D. S. Bub". He saw the tiger grab Roy Horn and then he does not recall any of the details.

**Exhibit 3-AA-** Photocopy of Mirage Security Department Guest/Employee Statement ▮
▮▮ He stated that he saw the tiger trying to take Roy Horn into its cage. He
grabbed the tiger by the tail to stop him.

**Exhibit 3-EE-** Investigative Summary Report done by Mirage Security. The report shows what
the Mirage found during there investigation. The report shows that Roy Horn
lead the white tiger "Montecore" on stage with a leash. The tiger was released
from his leash and stopped on cue. The tiger then continued to walk past his cue
spot. Horn then circled around to redirect and control "Montecore". "Montecore"
grabbed Horn's hand and forearm. Horn then tapped "Montecore" on the nose
with his microphone to persuade "Montecore" to release him. "Montecore"
released quickly swiped Horn's left leg knocking him to the ground.
"Montecore" then mounted Horn and bit him on his left neck area. "Montecore"
then dragged Horn off stage.

**Exhibit 3-FF-** Email from ▮▮▮ Mirage Security, dated October 10, 2003 showing
the attack maybe a terrorist activities.

**Exhibit 4-A-** APHIS Form 7162, Affidavit from ▮▮▮ signed and dated October
13, 2003. He stated that he was in the audience when attack on Roy Horn
occurred. He thought at one point that it was part of the act.

## OTHER EVIDENCE

**Exhibit 2-B-** Envelope that contained the LVMPD Report.

**Exhibit 2-I-** Memorandum from Page A. Eppele regarding his part of the investigation.

**Exhibit 3-A-** Mirage Hotel Incident Report on the incident from ▮▮▮▮▮ for Roy Horn being attacked by a white tiger dated October 03, 2003.

**Exhibit 3-C-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▮▮▮▮▮. He stated that he was opened the security gate to let the Clark County Fire Department Para Medics into the area.

**Exhibit 3-D-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▮▮▮▮▮ He stated that he describes what he was doing when he heard that Roy Horn had been bitten.

**Exhibit 3-F-** Photocopy of Employee Statement dated October 3, 2003 from ▮▮▮▮▮ showing that he responded to the S & R Theater, there he met with ▮▮▮▮▮ stating that he set up the oxygen on Roy Horn, after Horn had been bitten.

**Exhibit 3-G-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▮▮▮▮▮ shows what she saw.

**Exhibit 3-P-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 3, 2003 from ▮▮▮▮▮ He describes what he did and saw during the incident.

**Exhibit 3-Q-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▮▮▮▮▮. He describes what he did and saw and heard during the incident.

**Exhibit 3-R-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 9, 2003 from ▮▮▮▮▮ She stated that she was working in the light booth. She describes what she saw during the incident

**Exhibit 3-T-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▮▮▮▮▮ He stated that he was working up center stage when he heard over his headset Roy Horn had been bitten and a cage was needed.

**Exhibit 3-V-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▮▮▮▮▮. He stated that he observed "Montacore" walk backstage carrying Roy Horn in his mouth.

**Exhibit 3-W-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▮▮▮▮▮ She states that she was in the dressing room when the incident occurred.

**Exhibit 3-Y-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▮▮▮▮▮ She stated that she was in the wardrobe room and did not see a thing.

**Exhibit 3-Z-** Photocopy of Mirage Security Department Guest/Employee Statement dated October 6, 2003 from ▮▮▮▮▮. He stated that he did not see anything only heard and saw commotion.

NV04001-AC                                                                 Page - 8

**Exhibit 3-BB-** Photocopy of Mirage Security Department Guest/Employee Statement dated
October 6, 2003 from (b)(6), (b)(7)c  He stated that he was working on October
4, 2003, when the incident happened.  (I am sure that he was thinking of October
3, 2003). He stated that he witnessed (b)(6), (b)(7)c grab the tiger's tail to keep it
from going into the cage with Roy Horn. He also said that he drag Roy Horn to
safety after the tiger turned him lose.

**Exhibit 3-CC-** Photocopy of Mirage Security Department Guest/Employee Statement dated
October 6, 2003 from (b)(6), (b)(7)c.  He stated that he assisted with performed first
aid on Roy Horn until the Clark County Fire Department Para Medics arrived and
took over.

**Exhibit 3-DD-** Photocopy of Mirage Security Department Guest/Employee Statement dated
October 8, 2003 from (b)(6), (b)(7)c  He describes what he saw back stage
after the attack.

**Exhibit 4-B-** Photocopy of (b)(6), (b)(7)c  Siegfried and Roy show ticket.

**Exhibit 4-C-** Interview Log with (b)(6), (b)(7)c  and Sandra M. Arthur stating that he was not
in Las Vegas, Nevada when the incident occurred.

**Exhibit 4-D-** Memorandum from Sandra Arthur concerning her part of this investigation. ʻ

**Exhibit 5-A-** April 2004 issue of Reader's Digest, with an article about the attack.

**Exhibit 5-B-** Photocopy of story on Siegfried and Roy concerning the attack.

**Exhibit 5-C-** CD of a telephone-recording message at the Mirage Hotel regarding the incident.

**Exhibit 5-D-** Video of Roy Horn being taken to the ambulance.

**Exhibit 6-A-** Letter dated October 20, 2004, from (b)(7)c  attorney for Siegfried and Roy,
with documentation that was supplied concerning "Montecore", feeding records,
medical records and other documents.

**Exhibit 6-B-** Letter dated December 1, 2003, from (b)(7)c regarding the investigation.

**Exhibit 6-C-** Letter dated December 9, 2003, from Michael Ray, Assistant Regional Director,
to Teresa Lorenzano, Deputy Director IES, showing that (b)(7)c was
requesting a copy of the IES Investigation.

**Exhibit 6-D-** Letter dated November 3, 2003, from Michael Ray, Assistant Regional Director,
to Teresa Lorenzano, Deputy Director IES, requesting an administrative subpoena
be issued to (b)(7)c

**Exhibit 6-E-** Photocopy of an Administrative Subpoena that was served on (b)(7)c
office regarding the video of the Roy Horn incident.

**Exhibit 6-F-** Photocopy of Certificate of Personal Service dated December 2, 2003.

**Exhibit 6-G-** Letter dated December 12, 2003, from (b)(7)c , reference a Subpoena Duces
Tecum that was serviced on him regards a video of the incident.

**Exhibit 7-A-** Letter dated January 16, 2004, from Michael Ray, Assistant Regional Director,
to Teresa Lorenzano, Deputy Director IES, requesting an administrative subpoena
be issued to (b)(7)c

**Exhibit 7-B-** Photocopy of an Administrative Subpoena that was served on (b)(7)c
office regarding the video of the Roy Horn incident.

**Exhibit 7-C-** Photocopy of corporation information on Mirage Casino Hotel.

**Exhibit 7-D-** Letter dated February 18, 2004, from (b)(7)c  Vice President and
General Counsel, Mirage, stating what information was supplied as a results of
the Administrative Subpoena.

**Exhibit 8-A-** Photocopy of an Administrative Subpoena that was served on ███████████
Office.

**Exhibit 8-B-** Photocopy of Certificate of Personal Service dated April 15, 2004.

**Exhibit 8-C-** Letter dated April 16, 2004, from ███████████ showing that he is the
attorney for ███████████ He states they do not have the video of Roy Horn's
incident.

**Exhibit 8-D-** Photocopy of Nevada Corporation information on ███████████

**Exhibit 9-A-** Photocopy of an Administrative Subpoena that was served on Custodian of
Records in Henderson, Nevada Office.

**Exhibit 9-B-** Photocopy of Certificate of Personal Service dated April 15, 2004.

**Exhibit 9-C-** Photocopy of an Administrative Subpoena that was served on ███████████

**Exhibit 9-D-** Photocopy of Certificate of Personal Service dated April 14, 2004.

**Exhibit 9-E-** Photocopy of U. S. Postal Certified Mail Receipt.

**Exhibit 9-F-** Memorandum dated April 15, 2004, from Frank Keyser regarding the service of
the Administrative Subpoena to Feld Entertainment.

**Exhibit 9-G-** Letter dated April 28, 2004, from ███████████ attorney for Feld
Entertainment.

**Exhibit 10-A-** Photocopy of APHIS Form 7007, Animal Welfare License number 88-C-0006,
for S & R Productions.

**Exhibit 10-B-** Photocopy of Application for License signed and dated on October 9, 2003, for S
& R Productions.

**Exhibit 10-C-** Letters dated October 29, 2003, from Robert M. Gibbens, Regional Director
regarding S & R Productions License renewal application and other information.

**Exhibit 10-D-** Photocopies of California Non Residence Exhibiting License and other '
documentation for Siegfried and Roy Enterprises.

**Exhibit 10-E-** Photocopy of Nevada Corporation information on Siegfried and Roy Enterprises,
Inc.

**Exhibit 10-F-** Information on Siegfried and Roy showing their history.

## Exhibit List

**Exhibit 1-A-** Photocopy of a Mirage Employee Statement by ▮▮▮▮▮▮ dated October 06, 2003. (4 pages)

**Exhibit 1-B-** Interview Log with ▮▮▮▮▮▮▮▮▮▮▮▮ dated October 7 & 8, 2003.

**Exhibit 1-C-** Interview Log with ▮▮▮▮ DVM dated October 7, 2003.

**Exhibit 1-D-** Interview Log with ▮▮▮▮ DVM and ▮▮▮▮ DVM dated October 8, 2003.

**Exhibit 1-E-** Photographs (digital) that were taken of "Montecore" in his cage along with other white tigers. (4 pages)

**Exhibit 1-F-** Floppy disk containing photos represented in Exhibit 1-E.

**Exhibit 1-G-** Photocopy of Clark County Animal Bite Report. (2 pages)

**Exhibit 2-A-** Photocopy of Las Vegas Metropolitan Police Department (LVMPD) Investigative Report. (8 pages)

**Exhibit 2-B-** Envelope the LVMPD report was sent.

**Exhibit 2-C-** Email from IES Michael R. Ray dated February 17, 2004.

**Exhibit 2-D-** Photocopy of the lay out of the stage where the incident occurred.

**Exhibit 2-E-** Is a statement from Robert M. Gibbens, Animal Care Western Regional Director, dated March 16, 2004.

**Exhibit 2-F-** APHIS Form 7162, Affidavit from Richard H. Watkins, Deputy Administrator for Animal Care.

**Exhibit 2-G-** APHIS Form 7162, Affidavit from Kay Carter-Coker, DVM, USDA/APHIS/AC dated January 23, 2004.

**Exhibit 2-H-** Interview Log with Ellen Magid dated January 22, 2004.

**Exhibit 2-I-** Memorandum from Page A. Eppele dated January 30, 2004.

**Exhibit 2-J-** Photographs (digital camera) of the stage area, the leash that Montecore was on, in addition, a photo of Montecore. (9 pages)

**Exhibit 2-K-** Floppy disk that contains the photographs represented in Exhibit 2-J.

**Exhibit 3-A-** Photocopy of Mirage Hotel Incident Report dated October 3, 2003, from ▮▮▮▮ (2 pages)

**Exhibit 3-B-** Photocopy of a Mirage Employee Statement by ▮▮▮▮▮▮ dated October 04, 2003. (2 pages)

**Exhibit 3-C-** Photocopy of a Mirage Employee Statement by ▮▮▮▮▮▮ dated October 03, 2003.

**Exhibit 3-D-** Photocopy of a Mirage Employee Statement by ▮▮▮▮ dated October 03, 2003. (2 pages)

**Exhibit 3-E-** Photocopy of a Mirage Employee Statement by ▮▮▮▮ dated October 03, 2003.

**Exhibit 3-F-** Photocopy of a Mirage Employee Statement by ▮▮▮▮▮ dated October 03, 2003.

**Exhibit 3-G-** Photocopy of a Mirage Employee Statement by ▮▮▮▮ dated October 03, 2003.

**Exhibit 3-H-** Photocopy of a Mirage Employee Statement by ▮▮▮▮ dated October 03, 2003.

Exhibit 3-I-   Photocopy of a Mirage Employee Statement by ████████ dated October 03, 2003.

Exhibit 3-J-   Photocopy of a Mirage Employee Statement by ██████ dated October 03, 2003.

Exhibit 3-K-   Photocopy of a Mirage Employee Statement by ████████ dated October 03, 2003.

Exhibit 3-L-   Photocopy of a Mirage Employee Statement by ██████ dated October 03, 2003. (4 pages)

Exhibit 3-M-   Photocopy of a Mirage Employee Statement by █████████ dated October 03, 2003.

Exhibit 3-N-   Photocopy of a Mirage Employee Statement by ███████ dated October 03, 2003.

Exhibit 3-O-   Photocopy of a Mirage Employee Statement by ███████ dated October 03, 2003.

Exhibit 3-P-   Photocopy of a Mirage Employee Statement by ██████ dated October 03, 2003.

Exhibit 3-Q-   Photocopy of a Mirage Employee Statement by █████ dated October 06, 2003.

Exhibit 3-R-   Photocopy of a Mirage Employee Statement by ████████ dated October 09, 2003. (2 pages)

Exhibit 3-S-   Photocopy of a Mirage Employee Statement by █████████ dated October 06, 2003. (2 pages)

Exhibit 3-T-   Photocopy of a Mirage Employee Statement by ████████ dated October 06, 2003.

Exhibit 3-U-   Photocopy of a Mirage Employee Statement by ██████ dated October 06, 2003.

Exhibit 3-V-   Photocopy of a Mirage Employee Statement by ████████ dated October 06, 2003. (2 pages)

Exhibit 3-W-   Photocopy of a Mirage Employee Statement by ██████████ dated October 06, 2003. (2 pages)

Exhibit 3-X-   Photocopy of a Mirage Employee Statement by ███████ dated October 06, 2003. (2 pages)

Exhibit 3-Y-   Photocopy of a Mirage Employee Statement by █████████ dated October 06, 2003.

Exhibit 3-Z-   Photocopy of a Mirage Employee Statement by ███████ dated October 06, 2003.

Exhibit 3-AA-  Photocopy of a Mirage Employee Statement by ████████

Exhibit 3-BB-  Photocopy of a Mirage Employee Statement by ████████ dated October 06, 2003. (2 pages)

Exhibit 3-CC-  Photocopy of a Mirage Employee Statement by ███████ dated October 06, 2003. (3 pages)

Exhibit 3-DD-  Photocopy of a Mirage Employee Statement by █████████ dated October 08, 2003. (4 pages)

Exhibit 3-EE-  Investigative Summary Report done by Mirage Security. (3 pages)

**Exhibit 3-FF-** Email from ▮▮▮▮▮ Mirage Security, dated October 10, 2003.

**Exhibit 4-A-** APHIS Form 7162, Affidavit from ▮▮▮▮▮ signed and dated October 13, 2003. (3 pages)

**Exhibit 4-B-** Photocopy of ▮▮▮▮▮ ticket to the Siegfried and Roy Performance.

**Exhibit 4-C-** Interview Log with ▮▮▮▮▮ dated October 13, 2003.

**Exhibit 4-D-** Memorandum from ▮▮▮▮▮ concerning her part of this investigation.

**Exhibit 5-A-** April 2004 issue of Reader's Digest.

**Exhibit 5-B-** Photocopy of story on Siegfried and Roy concerning the attack.

**Exhibit 5-C-** CD of a telephone recording message at the Mirage Hotel regarding the incident.

**Exhibit 5-D-** Video of Roy Horn being taken to the ambulance.

**Exhibit 6-A-** Letter from ▮▮▮▮▮ dated October 20, 2003, and other documents on "Montecore". (21 pages)

**Exhibit 6-B-** Letter dated December 1, 2003, from ▮▮▮▮▮ regarding the investigation.

**Exhibit 6-C-** Letter dated December 9, 2003, from Michael Ray, Assistant Regional Director, to Teresa Lorenzano, Deputy Director IES.

**Exhibit 6-D-** Letter dated November 3, 2003, from Michael Ray, Assistant Regional Director, to Teresa Lorenzano, Deputy Director IES, requesting an administrative subpoena be issued to ▮▮▮▮▮ (2 pages)

**Exhibit 6-E-** Photocopy of an Administrative Subpoena that was served on ▮▮▮▮▮ office regarding the video of the Roy Horn incident. (2 pages)

**Exhibit 6-F-** Photocopy of Certificate of Personal Service dated December 2, 2003.

**Exhibit 6-G-** Letter dated December 12, 2003, from ▮▮▮▮▮ reference a Subpoena Duces Tecum that was serviced on him regards a video of the incident. (2 pages)

**Exhibit 7-A-** Letter dated January 16, 2004, from Michael Ray, Assistant Regional Director, to Teresa Lorenzano, Deputy Director IES, requesting an administrative subpoena be issued to ▮▮▮▮▮ (2 pages)

**Exhibit 7-B-** Photocopy of an Administrative Subpoena that was served on ▮▮▮▮▮ office regarding the video of the Roy Horn incident.

**Exhibit 7-C-** Photocopy of corporation information on Mirage Casino Hotel. (49 pages)

**Exhibit 7-D-** Letter dated February 18, 2004, from ▮▮▮▮▮ Vice President and General Counsel, Mirage.

**Exhibit 8-A-** Photocopy of an Administrative Subpoena that was served on ▮▮▮▮▮ Bernie Management.

**Exhibit 8-B-** Photocopy of Certificate of Personal Service dated April 15, 2004.

**Exhibit 8-C-** Letter dated April 16, 2004, from ▮▮▮▮▮ attorney for ▮▮▮▮▮

**Exhibit 8-D-** Photocopy of Nevada Corporation information on ▮▮▮▮▮ (6 pages)

**Exhibit 9-A-** Photocopy of an Administrative Subpoena that was served on Custodian of Records in Henderson, Nevada Office.

**Exhibit 9-B-** Photocopy of Certificate of Personal Service dated April 15, 2004.

**Exhibit 9-C-** Photocopy of an Administrative Subpoena that was served on ▮▮▮▮▮ (2 pages)

**Exhibit 9-D-** Photocopy of Certificate of Personal Service dated April 14, 2004.

**Exhibit 9-E-** Photocopy of U. S. Postal Certified Mail Receipt.

**Exhibit 9-F-** Memorandum from Frank Keyser regarding the service of the Administrative Subpoena. (2 pages)

**Exhibit 9-G-** Letter dated April 28, 2004, from ████████████████, attorney for Feld
       Entertainment.

**Exhibit 10-A-** Photocopy of APHIS Form 7007, Animal Welfare License number 88-C-0006,
       for S & R Productions.

**Exhibit 10-B-** Photocopy of Application for License signed and dated on October 9, 2003, for S
       & R Productions. (2 pages)

**Exhibit 10-C-** Letters dated October 29, 2003, from Robert M. Gibbens, Regional Director
       regarding S & R Productions License renewal application and other information.
       (2 pages)

**Exhibit 10-D-** Photocopies of California Non Residence Exhibiting License and other '
       documentation for Siegfried and Roy Enterprises. (4 pages)

**Exhibit 10-E-** Photocopy of Nevada Corporation information on Siegfried and Roy Enterprises,
       Inc. (3 pages)

       **Exhibit 10-F-** Information on Siegfried and Roy history. (2 pages)