Civ. Action No. 06-930 (RMC)

EXHIBIT 21

*Privacy Act Notice on Reverse*

Page 1 of 1

# AFFIDAVIT

I, Richard H. Watkins, being duly sworn on oath make the following statement:

I, Richard H. Watkins, (b)(6), (b)(7)c have been employed by the United States Department of Agriculture since 1989 and have held the position of Assistant Deputy Administrator for Animal Care in Riverdale, MD since March 1999.

In the spring of 2003, Dr. Chester Gipson, Deputy Administrator for Animal Care, directed myself and Dr. Robert Gibbens, Regional Director, to attend and evaluate the Siegfried and Roy show in Las Vegas, NV to determine if their animals were handled in such a way that they where not a potential danger to the public.

On April 30, 2003, Animal Care conducted a Big Cat Workshop at Sam's resort in Henderson, NV. Dr. Gibbens and I opted to evaluate the evening show April 29, the night before the workshop.

We arrived prior to opening curtain and saw the entire show observing how their tigers and elephants were handled. In all cases, the tigers were collared and leashed, however, on several occasions, once the tiger had completed its performance it was directed towards off stage, the leashed dropped, and the animal allowed to exit the stage alone the last 10 to 30 feet.

The stage area is a standard stage with an estimated 8 foot wide half circle walkway that arcs through the viewing public. Seats for the viewing public are on both sides and within a few feet (3-4) of the walkway. Tigers were walked with a collar and leash on this walkway. In one case, a smaller tiger (less than one year) was walked on the walkway, was slightly unruly, not wanting to walk on the leash, and had to be manually restrained by pulling on the leash. This happening within a few feet (3-4) of the viewing public.

Siegfried and Roy also use an elephant in the show controlling it only with an ankus. At one time, the elephant was led onto the walkway, consuming most the width of the walkway. Again, the elephant was within 3-4 feet of the viewing public.

Dr. Gibbens and I both agreed that there were some questionable handling procedures including the lack of positive control at all times of their animals. This information was verbally given to Dr. Gipson for his response and whatever action he deemed necessary.

SIGNATURE OF AFFIANT

Subscribed and sworn to before me at Raleigh, NC
on this 22nd day of January, 2004

APHIS FORM 7162    *Replaces VS Form 3-12G which is obsolete*
(NOV 92)

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS.
AUTHORITY NO: 2227

GOVERNMENT EXHIBIT
2-F