Civ. Action No. 06-930 (RMC)

EXHIBIT 23

# Elephants vanish before main circus show

*By Bryan Clapper. Originally published in the Lake Country Echo July 29, 2004.*

What's a circus without elephants?

Visitors to the Saturday performances of the Culpepper & Merriweather Circus in Pequot Lakes noticed something conspicuously absent: the three African elephants that travel with it.

Trey Key, general manager for the circus, said the elephants were staying at a local private property due to space and security concerns at the Trailside Park location in Pequot Lakes. However, Key acknowledged that the circus had been visited by an American Humane Society inspector Saturday morning following a complaint that the elephants looked emaciated.

Key said the inspector found nothing wrong with the elephants, but said if they received another call about them, they could be confiscated.

Pressure from the Humane Society was not the reason for keeping the elephants in another location, Key said.

"It was our decision because we're more limited on space this year," Key said.

The elephants were present during the tent set-up and endangered species show Friday morning, during which Kamba, a 24-year-old elephant, removed a dead fir tree from the Trailside Park, carried it to the other two elephants, and ate it. The circus had permission to remove the tree to make way for the tent and the event was staged, though it was meant to look impromptu for the onlookers, Key said. The elephants were also part of the Friday performances of the circus.

**Circus has 'spotty' animal record**

According to USDA records, the Culpepper & Merriweather Circus has been cited several times for non-compliance with provisions of the Animal Welfare Act.

Culpepper & Merriweather Circus was cited over 20 times between 1991 and 2002 for various violations, mostly regarding shade and shelter for its animals.

Key acknowledged the company's spotty history when he purchased it under the name Key Equipment Company in February 2001.

A press release announcing the receipt of a new USDA Exhibitor's License in March 2001 stated, "While we are proud of and plan to carry on the standards set by the previous owner and operator of Culpepper & Merriweather Circus in terms of performance quality and strong relationships with sponsoring organizations, the show's new management team is deeply committed to a much stronger record of animal care.... The name of the circus will stay the same, but the public can expect a much higher level of professionalism in our animal department."

Since Key's purchase, the circus has been cited for fewer and less serious infractions. The only fine levied against the circus since 2001 was a $6,400 fine stemming from an April 2000 incident, in which two elephants and several farm animals escaped in California. In that incident, one of the elephants

injured a circus worker and the other was found loose on a nearby city street.

The circus was cited in October 2001 for inadequate winter shelter and an inspector noted work that needed to be done to an elephant's foot during an inspection that the company requested. Those items were fixed before a March 2002 surprise inspection.

According to Culpepper & Merriweather, the circus has passed its last four inspections with all items in compliance.