Civ. Action No. 06-930 (RMC)

EXHIBIT 24



**PETA Fact**sheet

# Culpepper & Merriweather Circus

USDA License #73-C-0144, P.O. Box 813, Hugo, OK 74743

**Culpepper & Merriweather Circus has failed to meet minimum federal standards for the care of animals used in exhibition as established in the Animal Welfare Act (AWA). The U.S. Department of Agriculture (USDA) has cited Culpepper & Merriweather several times for failure to provide animals with shelter from the elements, enough space to make normal postural adjustments, and proper veterinary care. Culpepper & Merriweather Circus features numerous wild and domestic animals. Contact PETA for documentation.**

**June 28, 2005:** The USDA cited Culpepper & Merriweather for not having a complete diet plan for its big cats.

**May 25, 2005:** *The Dispatch* (a South Pierce County, Wash.-based publication) reported that Culpepper & Merriweather's two African elephants, Barbara and Connie, died in January and February 2004 from an infection that causes inflammation of the heart and brain. According to the African Elephant Studbook, 22-year-old Barbara and 18-year-old Connie were both captured in Africa. In the wild, elephants can live to be 70.

**February 14, 2005:** A USDA report of an investigation claimed that Culpepper & Merriweather exhibited animals from a nonvalid site between March 22 and October 26, 2004, for a total of 219 performances.

**January 6, 2005:** The USDA cited Culpepper & Merriweather for failure to correct a previously identified violation of not providing animals with adequate shelter from inclement weather. The inspector noted that this was the second inspection conducted at the new location and that the facility was still out of compliance with the AWA.

**June 4, 2004:** The USDA cited Culpepper & Merriweather for failure to provide animals with adequate shelter from the sun, for failure to provide three tigers with adequate shelter from inclement weather, and for not having a perimeter fence as well as for a tiger-transport trailer that was structurally unsound and needed additional ventilation. One tiger was housed in a transport cage, and two others were in a cage with "a solid floor of mud."

**April 16, 2002:** According to *The Arizona Daily Star*, Culpepper & Merriweather was fined $6,400 for an April 2000 incident in which two elephants and several farmed animals escaped while touring in California.

**March 14, 2002:** The USDA cited Culpepper & Merriweather for failure to maintain the structural strength of a transport trailer in a manner that would contain the animals and protect them from injury.

**October 31, 2001:** The USDA cited Culpepper & Merriweather for failure to provide adequate veterinary care to an elephant in need of foot care, failure to maintain the structural strength of perimeter fencing, failure to have an adequate perimeter fence to contain potentially dangerous animals, and failure to maintain the structural strength of the elephant-transport trailer.

**May 13, 2000:** The USDA cited Culpepper & Merriweather for failure to correct previously identified violations of mishandling of elephants by inexperienced handlers and failure to have a complete veterinary care program. The

**People for the Ethical Treatment of Animals** • 501 Front St., Norfolk, VA 23510
757-622-7382 • PETA.org • Circuses.com

# PeTA Factsheet

inspector wrote, "Elephants must be taken off exhibit and away from any potential public contact until licensee can finish demonstrating that [it has] at least two qualified elephant handlers."

**May 10, 2000:** The USDA cited Culpepper & Merriweather for failure to correct previously identified violations of mishandling of elephants by inexperienced handlers; failure to provide minimum space in a transport trailer for goats, llamas, and a pig; failure to have a complete veterinary care program; and failure to submit the required itinerary. The inspector wrote, "Elephants must be taken off exhibit and away from any potential public contact until licensee can demonstrate that they have at least two qualified elephant handlers."

**May 8, 2000:** The USDA cited Culpepper & Merriweather for failure to correct previously identified violations of mishandling of elephants by inexperienced handlers, failure to provide minimum space to a camel, failure to have a complete veterinary care program, and failure to submit the required itinerary.
    The circus was also cited for failure to provide minimum space to an elephant who was tightly shackled on short chains and failure to have sufficiently trained employees. The inspector wrote, "Farm animals and camel were not watered until approximately two hours after unloading. ... The elephants were able to partly tear down the canopy while no employees were present. A scrape over Connie's (elephant's) left eye was not noted until pointed out by the inspector. ... Employees were ... not in a position to ensure elephants are protected from unauthorized access. An incident occurred while the circus was exhibiting in Fillmore, Calif., several weeks previously. Per the Animal Control officer present, the farm animals escaped unnoticed from the transport trailer and the two llamas ended up on a busy highway."

**April 26 and 28, 2000:** The USDA cited Culpepper & Merriweather for failure to correct previously identified violations of not having a complete veterinary care program and failure to contain a goat who was observed climbing out of his enclosure.
    The circus was also cited for mishandling elephants after the April 20 escape of two elephants. The inspector wrote, "Incident appears to have resulted from a lack of sufficient qualified elephant handlers." The circus was cited for failure to have an attendant present during periods of public contact with "petting zoo" animals; failure to provide adequate space and exercise to a camel; failure to provide minimum space in a transport trailer for goats, llamas, and a pig; and failure to submit the required itinerary.

**April 20, 2000:** Two elephants escaped while the circus was in Yucca Valley, Calif. One elephant stomped on a circus worker and other frightened citizens as she wandered through the city.

**April 20, 1999:** The USDA cited Culpepper & Merriweather for failing to meet the "general requirements" of the federal AWA when animals were found loose. The inspector also observed that camels were lying on the ground, extending their heads and necks out from the enclosure in an effort to graze. The bottom rails of the enclosures had sharp ends, which presented a hazard to the animals when they pulled their heads back into the enclosure.

**December 22, 1998:** The USDA cited Culpepper & Merriweather Circus for failure to provide veterinary care for the elephants. The elephants had a buildup of necrotic skin. Necrotic skin occurs in captive elephants because of poor husbandry practices. Without access to water and abrasive materials (sand, rocks, and trees), elephants are not able to remove dead skin. In captivity, caretakers should wash elephants daily to maintain healthy skin.

**August 13, 1998:** The USDA cited the circus for problems with its transport trailer. The inspector also noted that Barbara, an African elephant, had dead skin on her forehead and above her eyes. Approximately 50 percent of her facial area was affected.

**July 14, 1998:** The USDA found that the circus's veterinary program had not been updated in more than a year. Both elephants had necrotic skin on their faces and heads.

**March 28, 1998:** The USDA cited Culpepper & Merriweather for inadequate barriers to protect both the animals and the public. The circus was using a cloth banner to separate the animals from the public. The USDA also cited the circus for noncompliance with the AWA's minimum standards for veterinary care. The program for veterinary care had not been updated, and one elephant was in need of foot care. Elephants in captivity are highly susceptible to a condition called "foot rot," which occurs as a result of standing on hard surfaces, standing in their own excrement, and lack of foot care. This condition can be life-threatening to elephants. The inspector also noted that necrotic skin was present on the elephant's face and head.

**People for the Ethical Treatment of Animals** • 501 Front St., Norfolk, VA 23510
757-622-7382 • PETA.org • Circuses.com

Culpepper & Merriweather Circus Factsheet – Page 2 of 3 – Updated June 5, 2006

**PeTA Fact**sheet

**November 13, 1997:** The USDA cited the circus for failing to comply with the AWA's minimum standards for veterinary care. One goat's hooves had grown out excessively and needed to be trimmed. Both of the circus's elephants had a buildup of necrotic skin on their faces and heads.

**January 14, 1997:** The USDA cited Culpepper & Merriweather for failing to provide shelter and adequate space. At the time of the inspection, there was a heavy rain and five animals had no access to shelter.

**June 10, 1996:** The USDA cited Culpepper & Merriweather for failing to comply with the AWA's minimum standards for veterinary care.

**March 27, 1996:** The USDA cited the circus for failing to comply with the AWA's minimum standards for veterinary care as well as for a transport enclosure and primary conveyance in need of repair.

**December 5, 1995:** The USDA cited Culpepper & Merriweather for failure to have an updated program of veterinary care; failure to provide veterinary care to a goat in need of hoof trimming; failure to maintain records of acquisition for animals, including a young zebra who died; and failure to have a written exercise program. The inspector also noted that one elephant was in need of foot trimming and that another elephant had an open, draining cyst on her trunk.

**December 29, 1994:** The USDA cited Culpepper & Merriweather for inadequate drainage in the elephant yard and failure to maintain the barn.

**November 17, 1994:** USDA complaint report #95-017 indicates: "New elephant keeper has inadequate experience."

**July 7, 1994:** The USDA cited Culpepper & Merriweather for failure to provide veterinary care to a camel with an enlarged right front foot.

**June 1994:** A USDA complaint indicated, "Camel appeared very lame, was forced to walk. Ponies in bad shape; cuts, bruises." There were no medical records to indicate that a veterinarian had examined these animals or had given approval for the camel to be used in the show.

**January 14, 1994:** The circus was cited for failing to keep proper records for its animals.

**September 11, 1993:** The USDA cited Culpepper & Merriweather for failure to keep and maintain records for the animals, failure to provide an adequate enclosure for the animals, and failure to maintain a transport enclosure that would prevent injury to the animals.

**December 1, 1992:** The USDA found Culpepper & Merriweather in violation of the AWA for failing to provide shade for its animals.

**September 30, 1992:** The USDA stated in a letter to Culpepper & Merriweather, "[I]t was noted that you had not corrected two recurring noncompliances concerning the lack of adequate shelter for your elephant and the lack of primary enclosure fences. You are now in violation of Sections 3.127 (a) and (b)."

**September 8, 1992:** The USDA cited Culpepper & Merriweather for failing to meet AWA standards.

**June 15, 1991:** The USDA found Culpepper & Merriweather in violation of the AWA for "lack of shade in winter quarters for elephant."

**People for the Ethical Treatment of Animals** • 501 Front St., Norfolk, VA 23510
757-622-7382 • PETA.org • Circuses.com

Culpepper & Merriweather Circus Factsheet – Page 3 of 3 – Updated June 5, 2006