Civ. Action No. 06-930 (RMC)

EXHIBIT 28



**United States Department of Agriculture**

DEC 0 6 2005

Marketing and Regulatory Programs

Animal and Plant Health Inspection Service

Legislative and Public Affairs

Freedom of Information

4700 River Road
Unit 50
Riverdale, MD
20737-1232

Hannah Schein
People for the Ethical Treatment of Animals
Captive Exotic Animals Department
501 Front Street
Norfolk, VA 23510

Dear Ms. Schein:

This is in response to your April 6, 2005 Freedom of Information Act (FOIA) request for any and all records pertaining to the deaths of two elephants at the Culpepper & Merriweather Circus (license #73-C-0144). Your request was received on April 6, 2005 and assigned case number FOIA 05-361. I apologize for the delay of this response.

Agency employees conducted a thorough search of their files and enclosed is a CD-ROM with 248 pages of responsive records. However, information has been withheld under Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6). This exemption protects information from disclosure when its release would cause a clearly unwarranted invasion of personal privacy. In addition, we withheld information under Exemption 7(C) of the FOIA, 5 U.S.C. § 552(b)(7)(C). This exemption protects from disclosure records or information collected for law enforcement purposes when its release could reasonably be expected to constitute an unwarranted invasion of personal privacy. Twenty-nine pages are being withheld in their entirety pursuant to these exemptions.

You may appeal our denial of this information. If you choose to appeal, your appeal must be in writing and must be sent within 45 days of the date of this letter to:

> Administrator
> Animal and Plant Health Inspection Service
> Ag Box 3401
> Washington, D.C. 20250-3401

Please refer to FOIA 05-361 in your appeal letter and add the words "FOIA Appeal" to the front of the envelope. To assist the Administrator in reviewing your appeal, provide specific reasons why you believe modification of the determination is warranted.

Also contained on the CD-ROM are copies of your FOIA request, this response letter, and Adobe® Acrobat® Reader™, which is needed to view the responsive records. By opening rp505enu.exe and following the on-screen instructions, you will install Adobe Reader. After the installation, the Adobe Reader should render the PDF files correctly.

H. Schein                                                                                              2
FOIA 05-361


Because the cost to process your request is less than $25.00, the fee has been waived.  If
you have any questions, please contact Ms. Katy Vagnoni of this office at (301) 734-3254.

Sincerely,

Lesia M. Banks, MBA
Director
Freedom of Information & Privacy Act Staff
Legislative and Public Affairs


Enclosure