Civ. Action No. 06-930 (RMC)

EXHIBIT 29

Denise M Sofranko
03/05/2004 06:20 AM

To: Ray M Flynn/CO/APHIS/USDA@USDA, David L Sabala/TX/APHIS/USDA@USDA, Cathy B Niebruegge/OK/APHIS/USDA@USDA, Donnovan L Fox/TX/APHIS/USDA@USDA, Daniel R Jones/TX/APHIS/USDA@USDA

cc:
Subject: Key Equipment Co. elephants

Hi All,
Cathy called me yesterday to inform me that the second (Barbara) of the Key Equipment Co. elephants had died over the weekend.

I'm not sure anyone knows the full story on what was going on with these elephants (b)(5)                    . From the information I got from Cathy, I have some questions (b)(6) about whether there was adequate veterinary care, especially after the sudden death of Connie. It's not apparent whether anyone was consulted on this or whether there was a veterinarian available at the new site for Key Equipment Co. They have been using (b)(6)       from (b)(6)    who is the vet. for Carson and Barnes but he is essentially a large animal practitioner with no specialized elephant experience exept for what he has gotten at C&B.

I understand that there were necropsies done on both elephants and samples were sent to the OK diagnostic lab.

I tried many times to call Mr. Key after Connie died and couldn't reach him. His cell phone was always busy when I tried.

d

GOVERNMENT
EXHIBIT

Page ___ of ___
APHIS FORM 7070 (MAR 95)