Civ. Action No. 06-930 (RMC)

EXHIBIT 33

05/10/2005 14:29 FAX 6123702293          USDA ACCTS REC                          ⌘015



April 21, 2005

USDA, APHIS, (General) (OK04017-AC)
P.O. Box 952180
St. Louis, MO 63195-2180

Dear Sirs:

    Enclosed please find the signed settlement sheet and money order for the above referenced matter.

    If further action needs to be taken, please contact me at your earliest convenience.

(b)(6), (b)(7)(c)

P.O. Box 813   Hugo, OK 74743   Phone (580) 326-8833   Fax (580) 326-8866



05/10/2005 14:29 FAX 6123702293    USDA ACCTS REC    ☒016

QUALITY IS OUR PRIORITY FOR BOX 2180
SEQ# 010 $ 0000050000 BA# 785 04-26-05 20 9    504 6003 000/0191

**U.S. bancorp.**

| | | |
|---|---|---|
| 97054 Office AU # | 11-24 1210(3) | PERSONAL MONEY ORDER    0709413978 |

Operator ID  Amx6463

PAY TO THE ORDER OF    ***US TREASURY ***    April 21, 2005

***Five hundred dollars and no cents***    **$500.00**

WELLS FARGO BANK, N.A.
550 W FINNIE FLATS RD
CAMP VERDE, AZ 86322
FOR INQUIRIES CALL (800) 394-3122

(b)(6), (b)(7)c

CASE # OK 04017-AC

⑈0709413978⑈ ⑆121000248⑆486⑈ 505436⑈    ⑈00000500000⑈

JUN - 7 2005

4700 River Road, Unit 85
Riverdale, MD 20737
Phone: (301) 734-8684
Fax: (301) 734-4328

| RESPONDENT: | | |
|---|---|---|
| Key Equipment Co., Inc. | CASE NUMBER | OK04017-AC |
| dba Culpepper & Merriweather Circus | DUE ON OR BEFORE | April 25, 2005 |
| ATTN (b)(6), (b)(7)(c) | CONTACT | Janice Sedgwick |
| P.O. Box 813 | PHONE | (301) 734-8759 |
| Hugo, OK 74743 | | |

| DATE | CITATION | DESCRIPTION |
|---|---|---|
| 28 OCT 03 | 9 CFR 2.8 | **Notification of change of name, address, control or ownership of business.** Failed to notify USDA, Animal Care, of change of address within 10 days of making the change |
| Various Dates | 9 CFR 2.5(b)(e) | **Duration of license and termination of license.** Exhibited from a non-valid site (Paris, TX) on 219 occasions between March 22, 2004, and October 26, 2004. |

**PENALTY** $500       **TERMS**

Titles 7, 15, 19, and 21 of the United States Code authorize the Secretary of Agriculture to impose civil penalties and other sanctions to resolve violations after providing notice and opportunity for a hearing.

You may waive your right to a hearing and agree to pay the specified civil penalty in settlement of this matter. If you do not agree to the specified penalty, a complaint shall be issued charging you with the violation(s) and seeking higher penalties. You will have the opportunity for a hearing before an Administrative Law Judge to present your case.

I acknowledge that I have been given an opportunity for a hearing and waive such hearing. I neither admit nor deny the violations cited above and agree to pay the civil penalty in full settlement of this matter.

Signature of Respondent (b)(6), (b)(7)(c)      Date: April 21, 2005

**PAYMENT RECORD - FOR IES USE ONLY**

| Payment Type | Date | Amount | Signature of IES Representative |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

APR 26 2005

USDA MPLS,

# ANIMAL CARE PENALTY WORKSHEET

| If the violator has: | And the Business assets are: | And the level of violation is: | The fine for one count is: | Times the number of counts: | The total is: |
|---|---|---|---|---|---|
| No previous history | Less than $25,000 | Minor | $110 x _____ | | |
| | | Moderate | $275x _____ | | |
| | | Serious | $1100x _____ | | |
| | $25,000 - $100,000 | Minor | $275 x _____ | | |
| | | Moderate | $550x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| | More than $100,000 | Minor | $275 x _____ | | |
| | | Moderate | $825x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| Previous history of a stipulation or multiple APHIS 7060s in last five years | Less than $25,000 | Minor | $275 x _____ | | |
| | | Moderate | $550x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| | $25,000 - $100,000 | Minor | $275 x _____ | | |
| | | Moderate | $825x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| | More than $100,000 | Minor | $550 x _____ | 1 | 550 |
| | | Moderate | $1100x _____ | 1 | 1100 |
| | | Serious | $2750x _____ | | |
| Previous history of a Consent Decision and Order in last five years | Less than $25,000 | Minor | $275 x _____ | | |
| | | Moderate | $1100x _____ | | |
| | | Serious | $1650x _____ | | |
| | $25,000 - $100,000 | Minor | $550 x _____ | | |
| | | Moderate | $1650x _____ | | |
| | | Serious | $2750x _____ | | |
| | More than $100,000 | Minor | $550 x _____ | | |
| | | Moderate | $1650x _____ | | |
| | | Serious | $2750x _____ | | |
| Stipulation (Total X 25%) $412.50 @ $500 business minimum | | | Total Formal Penalty | | $1650 |

Case No: OK04017-AC  Key Equipment Co, dba Culpepper & Merriweather Circus
Rev: 1/14/01