Civ. Action No. 06-930 (RMC)


EXHIBIT 37

AUG-15-05 MON 12:37 PM                    FAX NO.



August 15, 2005

<u>VIA FACSIMILE (202-720-5043) AND
FIRST CLASS MAIL</u>

Andrea Fowler
Freedom of Information Act Coordinator
United States Department of Agriculture
Jamie L. Whitten Federal Bldg.
14th and Independence Ave., SW
Washington, DC 20240

Re:   FOIA Request for Records Concerning Le Mas Ltd.

Dear Ms. Fowler:

This is a request for public records made on behalf of People for the
Ethical Treatment of Animals (PETA) pursuant to the federal
Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended.

PETA requests a copy of the report of the investigation conducted
by the USDA regarding alleged violations of the Animal Welfare Act
by Law Enforcement Military Ammunition Sales ("Le Mas Ltd."), a
bullet distributor located in Little Rock, Ark-Le Mas, Ltd., that was
the subject of a complaint submitted by PETA to Dr. Robert
Gibbens, Regional Director, USDA/APHIS, Animal Care Division, on
September 20, 2004.

PETA is a non-profit public interest organization and as such PETA
requests that all fees be waived pursuant to 5 U.S.C. § 552
(a)(4)(A)(iii). PETA has no commercial interest in the requested
information and its disclosure will contribute significantly to the
public's understanding of USDA's regulations and policies regarding
the use of live animals to test ammunition.

If you have any questions about this request, please contact me at
757-962-8329.

Sincerely,

Lori E. Kettler
Counsel
Research & Investigations Department



PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS
501 FRONT ST.
NORFOLK, VA 23510
757-622-PETA
757-622-0457 (FAX)

PETA.org
info@peta.org