Civ. Action No. 06-930 (RMC)

EXHIBIT 49

```
From: Lori Kettler
Sent: Wednesday, October 26, 2005 4:14 PM
To: 'DMACNEIL@oig.usda.gov'
Subject: RE: FOIA request
```

Dear Ms. MacNeal:

Thank you for responding to my inquiry so quickly.

Please consider this correspondence a request, pursuant to the FOIA, for a copy of the OIG's report of the investigation of AgriProcessors, Inc. for violations of the HMSA. The report number is KC-2417-15.

Thank you for your assistance in this matter.

Lori Kettler
Counsel
Research & Investigations Dept.
PETA

-----Original Message-----
From: Lori Kettler
Sent: Wednesday, October 26, 2005 1:54 PM
To: 'DMACNEIL@oig.usda.gov'
Subject: FOIA request

Dear Ms. MacNeil:
On July 7, 2005, PETA filed a FOIA request (Log No. 05-00150) for a copy of the OIG's report of the investigation of AgriProcessors, Inc. for violations of the HMSA. On July 21, you responded that the investigation was ongoing and thus the records were exempt from release pursuant to section (b)(7)(A) of the FOIA. I am writing to inquire as to whether these records are available at this time. Thank you for your assistance in this matter, Lori Kettler

Lori E. Kettler
Counsel
Research & Investigations Dept.
People for the Ethical Treatment of Animals
501 Front St.
Norfolk, VA 23510
Ph: 757-622-7382, ext. 8329
Fax: 757-628-0781

"The time is always right to do what is right."
                                    -- Martin Luther King, Jr.

THIS MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT DOCTRINE. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE REPLY TO THE SENDER THAT IT HAS BEEN SENT IN ERROR AND DELETE THE MESSAGE. THANK YOU.