Civ. Action No. 06-930 (RMC)


EXHIBIT 53

March 24, 2006

Inspector General
U.S. Dept. of Agriculture
1400 Independence Ave., SW
Jamie L. Whitten Bldg., Ste. 441-E
Washington, DC 20250-2308

Re: Freedom of Information Act Appeal

This is an appeal pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552(a)(6), of a decision by the Office of the Inspector General (OIG) in which the OIG claims exemptions for certain agency records which are the subject of a FOIA request submitted by People for the Ethical Treatment of Animals (PETA) on October 26, 2005. The response to this request was received by PETA on March 6, 2006. Copies of the request and the OIG's letter in response are attached for your reference.

The OIG has withheld in full 13 witness statements pursuant to the Privacy Act, 5 U.S.C. §§ 552a(j)(2) and (k)(2). These agency records have been withheld improperly.

First, the OIG cannot withhold agency records that have been requested pursuant to the FOIA unless it properly invokes one of the nine exemptions set forth in the FOIA, which the OIG has failed to do.

Second, it is well established that the Privacy Act is not a FOIA Exemption 3 statute. See *U.S. Dept. of Justice v. Provenzano*, 469 U.S. 14, 15 (1984) (citing Pub. L. No. 98-477, 98 Stat. 2209 (1984), which amended the Privacy Act to provide that "no agency shall rely on any exemption in this section [the Privacy Act] to withhold from an individual any record which is otherwise accessible to such individual under the provisions of section 552 of this title [FOIA]").

Accordingly, the OIG must release the 13 witness statements to PETA.

Thank you in advance for your prompt attention to this matter. I can be reached at 757-962-8329.

Sincerely,


Lori Kettler
Senior Counsel
Research & Investigations Dept.