Civ. Action No. 06-930 (RMC)

*EXCERPTS*

EXHIBIT 26




## USDA, APHIS, Animal Care

# ANIMAL WELFARE COMPLAINT

| Complaint No. | Date Entered | Received By |
|---|---|---|
| 174 | 06/23/04 | LLK from Dr. Gibbens |
| Referred To | | Reply Due |

### Facility or Person Complaint Filed Against

| Name | Customer/License/Registration No. |
|---|---|
| Culpepper & Merriweather | 13409/73-C-0144 (previously 86-C-0024) |

| Address |
|---|
| P. O. BOX 813 |

| City | State | Zip | Phone No |
|---|---|---|---|
| Hugo | OK | 74743 | (580)326-8833 |

### Complainant

| Name | Organization |
|---|---|
| (b)(6) | PETA |

| Address |
|---|
| 501 Front Street |

| City | State | Zip | Phone No./Email address |
|---|---|---|---|
| Norfolk | VA | 23510 | 847-948-5845 |

| How was complaint received? |
|---|
| US mail |

### Details of Complaint:
Premature deaths of two African elephants - Connie, age 18 years & Barbara, age 22 years.

### Results:

Application packet provided?  Yes ☐  No ☐

INSPECTOR                                                                DATE

REVIEWED BY                                                              DATE