Civ. Action No. 06-930 (RMC)

EXHIBIT 35



SCIENCE AT A PRICE

## Ethics as the argument
New questions are raised about whether the gains of animal research are worth the ethical uncertainties

BY BRYN NELSON
STAFF WRITER

September 27, 2004

*Second of a series*



On Feb. 4, 1966, Life magazine published a photo essay, "Concentration Camps for Dogs," that detailed animal cruelty by a Maryland dealer suspected of stealing dogs from their owners and selling them to researchers. Six months later, the exposé and public outcry had spurred the passage of the federal Laboratory Animal Welfare Act.

In the nearly 40 years since then, the federal law and three major amendments have been widely credited with improving the lives of dogs and many other warm-blooded laboratory animals in the United States.

Other questions have been brewing, not only of how research should be conducted, but also of whether some should be conducted at all. Questions of whether animals have rights precluding their use as guinea pigs.

And despite the accords of the past, ethicists and welfare advocates say the scientific community is ill-prepared to deal with an evolving debate that is generating new questions and becoming increasingly inflammatory.

"The polarization in this country is most regrettable," said Barbara Orlans, founder of the Scientists Center for Animal Welfare and an affiliate at the Kennedy Institute of Ethics at Georgetown University. At the extremes, "it's just a closed book," she said, citing the "ridiculous" allegation that all animal research is worthless, while also faulting the opposing view that "it's wonderful, and we're lily white."

Bernie Rollin, a Colorado State University ethicist and architect of the Animal Welfare Act's 1985 amendment, said the regulations have "done wonders" for animal welfare in most institutions.

**Debating the merits**

Studies on the use of pain medication in animals have skyrocketed, and ever-more attention is being paid to living conditions - even for mice. The Journal of Animal Behavior has even established an ethics committee and welfare guidelines, and has rejected scientific papers not on their scientific merits but on their ethical merits.

But as some old questions about animal research are finding resolution, new ones are starting to emerge.

"And what I think is happening is people are beginning to ask, 'Should it be done at all?' " Rollin said.

In 1976, a few protesters asked that very question in picketing the American Museum of Natural History in Manhattan over sexual behavior experiments on cats, helping to launch the early animal rights movement. More than a quarter-century later, the same question has figured prominently in a noisy dispute over baboon- based stroke studies and other primate experiments at Columbia University, and in other recent battles pitting activist groups like People for the Ethical Treatment of Animals against the research community.

At the extreme ends of the debate, a 2003 Gallup poll found that only 3 percent of Americans believed "animals don't need much protection from harm and exploitation since they are just animals," while 25 percent thought they deserve "the exact same rights as people to be free from harm and exploitation," a view more likely to be held among women and Democrats.

Mary Beth Sweetland, PETA's director of research and investigations, said her organization has grown every year as more people question animal-based experiments. For the fiscal year ending July 31, 2003, PETA reported raising $23.3 million in contributions and helping to organize 921 demonstrations.

"I personally hear a lot of people saying that we simply don't have the right to do this to animals," Sweetland said.

**Notoriety led to reform**

Several ethicists and researchers said the often theatrical actions of PETA and other animal rights groups have helped uncover ethical abuses and advance regulations - often in spite of the initial objections of researchers. But animal

research advocates contend that the well-reasoned objections of some activists are being lost amid the edgier statements of others who liken the research to torture.

"If the question is, 'Are you for or against animal suffering,' what are you going to say?" said Frankie Trull, president of the Foundation for Biomedical Research. In response, the foundation and other pro-research groups have launched ad campaigns describing how animal-based medical advances have alleviated death and suffering not only in humans, but also in pet dogs and cats.

Trull said she's pleaded with animal researchers to speak openly about why their work matters and how they're pursuing humane animal care, only to have the approach backfire.

"The minute the scientists raise their hands to say what they do, they're [verbally] attacked," she said.

"And what's happened is that there's this tremendous bunker mentality that has developed, unfortunately for a legitimate reason."

**Perceptions are created**

Some ethicists say the "circling of the wagons" approach adopted by scientists who feel beleaguered may create the perception that they have something to hide, furthering the cycle of mutual distrust.

Beyond an increase in the intimidation of researchers, the FBI has documented another trend. Phil Celestini, a supervisory special agent for the FBI's domestic terrorism unit, said cumulative property damage attributed to environmental and animal rights extremists has roughly doubled within the last three years.

Groups like the Animal Liberation Front and Stop Huntingdon Animal Cruelty are at the top of the FBI's watch list. Both are active in the New York region and Celestini said both are adopting "European tactics," a euphemism for targeting individuals instead of institutions.

"You have university professors, either getting out of certain animal-based research, or losing very highly qualified people because, frankly, they don't want to deal with the possibility of being hassled," he said, noting that he has heard anecdotes from "a great many people" in the biological and pharmacological fields. "There is a definite chilling effect."

**Industry feels the impact**

The biomedical industry has likewise felt the impact, especially Huntingdon Life Sciences, a British-based animal testing company with a lab in East Millstone, N.J. In February of 2001, three masked men wielding pickax handles attacked Huntingdon Managing Director Brian Cass outside his home in England, leaving him with a head wound. A neighbor who came to his aid was sprayed with CS gas.

Five months later, animal rights activists on Long Island claimed responsibility for drilling holes into a Sands Point yacht owned by a Bank of New York executive to protest the bank's ties to Huntingdon. Since then, activists have vandalized homes in Long Island and New York City belonging to executives from at least three other companies tied to the animal research company.

Trull's Foundation for Biomedical Research is so worried by the trend that it has begun distributing an ad picturing three ski mask-clad activists, one of them wielding an ax.

"Some people think the best way to protect animal life is to make scientists fear for theirs," reads the ad copy.

Eric Kandel, a Nobel Prize- winning neurologist at Columbia University whose early studies on memory and learning processes relied on sea slugs, cited two main failures of animal researchers in winning over their detractors.

"I think that there was a period in which certain laboratories were not terribly sensitive to the needs of certain animals, and they did not take proper assurances to make sure that animals were taken care of in humane ways," he said. "It occurred occasionally, and it should occur never."

"Two: the scientific community is not good at getting out its message," he said. A big part of that message is explaining why animal research is "key to biological science," he said. Of his own field, he added, "it is the key, at the moment, of understanding neurological and psychiatry research. It is not the only key, but it is a key. There's no reason why it cannot be sensitive to animal care and beneficial to mankind."

But several ethicists have pointed to a third failure, contending that scientists have been unwilling or unable to engage the growing philosophical debate over whether animals deserve rights, and therefore, greater protections. Although condemning the violence of animal rights extremists, Rollins contended that anyone who raises questions is likewise dismissed as a radical.

## Debate fueled by studies

Ironically, part of the ammunition for the debate has come from scientific

studies themselves. Research on whether animals feel pain has moved from human newborns in the early 1980s (they do) to, in the past few years, fish (a split decision).

And with every new story suggesting that monkeys excel at certain video games, or that a gorilla has mastered sign language, or that a border collie understands an unusually large "vocabulary," researchers are discovering that some animals may be able to think in ways once considered the sole territory of the human mind.

"It's hard to argue that bacteria have rights, but it's not too hard these days to argue that chimps or bonobos have rights," said Kenneth Pimple, an ethicist at Indiana University in Bloomington.

"If you discovered that a cockroach thinks about the Buddha, you'd probably be a little bit reluctant to step on it," said John Gluck, a bioethicist at the University of New Mexico.

Trull and other research advocates have taken pains to distinguish between traditional animal welfare advocates - those with whom they believe they can reason - and animal rights activists, or those who they consider on the fringes. But as the old labels begin to blur, the common ground once shared by bargaining partners is proving hostile territory.

"The old animal welfarists, who I always distinguish from animals rights, are gone," Trull said. In fact, she said, "We view ourselves as animal welfarists. Frankly, I think the research community has seized the middle ground."

*Tomorrow: Using mice in research*

Copyright 2006 Newsday Inc.