Civ. Action No. 06-930 (RMC)

EXHIBIT 39

**Investigative and Enforcement Services**

USDA, APHIS, IES
4700 River Road, Unit 85
Riverdale, MD 20737
Phone: (301) 734-8684
Fax: (301) 734-4328

# Settlement Agreement

**RESPONDENT:**
(b)(6), (b)(7)c
dba Le Mas Limited
1818 North Taylor, Suite 213
Little Rock, AR 72207

**CASE NUMBER** AR05002-AC
**DUE ON OR BEFORE** April 28, 2005
**CONTACT** (b)(6), (b)(7)c
**PHONE** 301-734-8759

| DATE | CITATION | DESCRIPTION |
|---|---|---|
| Approx. Nov 2003 | 9 CFR 2.30(a) | **Requirements and procedures.** Conducted research on hogs without being a registered research facility. |
| | 9 CFR 2.31(a) | **Institutional Animal Care and Use Committee (IACUC).** Failed to appoint an IACUC prior to conducting research on hogs. |
| | 9 CFR 2.32(a) | **Personnel qualification.** Conducted research on hogs without being properly trained of by having a properly trained staff. |
| | 9 CFR 2.33(a) | **Attending veterinarian and adequate veterinary care.** Conducted research on hogs without first obtaining an attending veterinarian. |
| | 9 CFR 2.35(a) | **Recordkeeping requirements.** Failed to maintain IACUC records while conducting research on hogs. |
| | 9 CFR 2.38(f)(1) | **Handling.** Caused trauma and behavioral stress on hogs while conducting research. |
| | 2.38(f)(2)(i) | **Physical abuse.** Physically abused hogs while conducting research. |
| | 9 CFR 2.38(k)(1) | **Compliance with standards and prohibitions.** Failed to comply with the regulations in the humane handling, care and treatment of animals. |

**PENALTY** $2,750    **TERMS**

Titles 7, 15, 19, and 21 of the United States Code authorize the Secretary of Agriculture to impose civil penalties and other sanctions to resolve violations after providing notice and opportunity for a hearing.

You may waive your right to a hearing and agree to pay the specified civil penalty in settlement of this matter. If you do not agree to the specified penalty, a complaint shall be issued charging you with the violation(s) and seeking higher penalties. You will have the opportunity for a hearing before an Administrative Law Judge to present your case.

I acknowledge that I have been given an opportunity for a hearing and waive such hearing. I neither admit nor deny the violations cited above and agree to pay the civil penalty in full settlement of this matter

**Signature of Respondent:**    **Date:**

**PAYMENT RECORD - FOR IES USE ONLY**

| Payment Type | Date | Amount | Signature of IES Representative |
|---|---|---|---|
| | | | |