Civ. Action No. 06-930 (RMC)

EXHIBIT 42

*Privacy Act Notice on Reverse*

Page 1

# AFFIDAVIT

I, ▮▮▮▮▮ being duly sworn on oath make the following statement:

I am a ▮▮▮▮▮ with USDA APHIS IES. My address is 2150 Centre Ave. Bldg B3W10, Fort Collins, CO 80526. My phone number is ▮▮▮▮▮ Part of my duties includes conducting investigations of violations of Title 9 CFR

I conducted an interview at the Veterinary Services Office, 1200 Cherry Brook Dr., Little Rock, Arkansas, 72211. The person being interviewed was ▮▮▮▮▮ concerning an investigation on conducting research on animals without being registered. The interview took place at 11:40 A.M. ▮▮▮ conducted the interview and ▮▮▮ took notes. ▮▮▮ stated that ▮ home address is ▮▮▮ business address is 1818 North Taylor Suite 213, Little Rock, AR 72207 ▮ Phone number is ▮▮▮ social security number is ▮▮▮ ▮ is employed as a ▮ for ▮▮▮ and is also an ▮▮▮ ▮▮▮ watched a portion of the video and said that ▮ did the videotaping on ▮ farm in ▮▮▮ Part of the video was taken on a friend's farm ▮ farm hands were present This video was taken 1 ½ years ago and released January 2004. About 1000 copies of the video were distributed. ▮ was demonstrating the impact results of 9mm, 45caliber, 308 caliber and 556 caliber rounds ▮ clients are law enforcement and military personnel ▮ legal advisor told ▮ that as long as the animals were eaten and not wasted and experienced no undue suffering, that no law was broken ▮ stated this does not constitute any testing, just demonstrating the impact of the rounds.
This was taken late fall or early winter of 2003. There was only one occasion and 5 or 6 boar hogs were used in the demonstration.
Some hogs were X Rayed to demonstrate the fragmentation of bullets and the edible parts were eaten by ▮ farm hands
▮▮▮ website is currently out of service



Subscribed and sworn to before me at Little Rock, AR on this 25 day of February, 2005.

APHIS FORM 7162   Replaces VS Form 3-59G which is obsolete.
(NOV 92)

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS
AUTHORITY NO: 2616



GOVERNMENT EXHIBIT 4