Civ. Action No. 06-930 (RMC)

EXHIBIT 43

Case 1:0[redacted] Document [redacted] Filed 12/06/2006 Page 2 of 2

All redactions on this page are pursuant to (b)(6) & (b)(7)(c).

Privacy Act Notice on Reverse

Page 1

# AFFIDAVIT

I, ███████ being duly sworn on oath make the following statement:

I am a Senior Investigator with USDA APHIS IES. My address is 2150 Centre Ave. Bldg B3W10, Fort Collins, CO 80526. My phone number is ███████
I was present during an interview conducted at the Veterinary Services Office, 1200 Cherry Brook Dr., Little Rock, Arkansas, 72211. The person being interviewed was ███████ concerning an investigation on conducting research on animals without being registered. The interview took place at 11:40 A.M. ███████ conducted the interview and I took notes.
███████ stated that ██ home address is ███████████████████████
business address is 1818 North Taylor Suite 213, Little Rock, AR 72207. ██ Phone number is ███████ social security number is ███████. ██ is employed as a ████ for ███████ and is also an ███████
███████ watched a portion of the video and said that ██ did the videotaping on ██ farm in ███████. Part of the video was taken on a friend's farm ██ farm hands were present. This video was taken 1 ½ years ago and released January 2004. About 1000 copies of the video were distributed. ██ was demonstrating the impact results of 9mm, 45caliber, 308 caliber and 556 caliber rounds. ██ clients are law enforcement and military personnel. ██ legal advisor told ██ that as long as the animals were eaten and not wasted and experienced no undue suffering, that no law was broken. ██ stated this does not constitute any testing, just demonstrating the impact of the rounds.
This was taken late fall or early winter of 2003. There was only one occasion and 5 or 6 boar hogs were used in the demonstration.
Some hogs were X Rayed to demonstrate the fragmentation of bullets and the edible parts were eaten by ██ farm hands.
██ website is currently out of service.



Subscribed and sworn to before me at Little Rock, AR on this 25 day of February, 2005

APHIS FORM 7162 Replaces VS Form 3-59G which is obsolete
(NOV 92)



GOVERNMENT EXHIBIT
5
1 of 1
M 7070 (MAR 96)

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS, AUTHORITY NO: 2614