Civ. Action No. 06-930 (RMC)

EXHIBIT 52



# USDA finds misconduct by inspectors in kosher plant

By Christopher Doering

WASHINGTON (Reuters) - U.S. inspectors at one of the nation's largest kosher slaughterhouses accepted meat products as gifts and often were unaware that inhumane slaughter practices were used, according to a U.S. Agriculture Department investigation.

The USDA's inspector general also said in the 15-page report that 10 federal inspectors overseeing an Iowa plant operated by AgriProcessors Inc. failed to properly inspect cattle carcasses and report violations. The report was released by animal-rights group PETA on Friday.

The inspector general completed the investigation last April. People for the Ethical Treatment of Animals obtained a copy using the Freedom of Information Act and made it public.

Employees also were "engaged in other acts of misconduct," the investigation found.

Conditions at the plant were reported in November 2004 when PETA released videotape showing cows being shocked in the face with electric prods, tracheas being removed to increase bleeding, and animals thrashing about and attempting to bellow.

The Humane Methods of Livestock Slaughter Act says animals cannot be dismembered until they are rendered insensible to pain, usually through stunning, but exceptions are made for so-called ritual slaughter. Jewish law does not permit stunning and requires a swift, painless cut that produces as little blood as possible.

AgriProcessors would often conduct a second cut, which no longer kept the animal kosher because it increased bleeding.

USDA later discussed the situation with AgriProcessors after which the company made changes to its operating procedure. An investigation by USDA led to the suspension of one employee for 14 days and warning letters to two other inspectors. The U.S. attorney's office declined to prosecute.

"Every time anybody looks into whether USDA is enforcing the Humane Slaughter Act, their conclusion is that the USDA isn't," said Bruce Friedrich, a director of PETA.

"It's like having a speed limit with state troopers never bothering to enforce it," he said.

A spokesman for AgriProcessors did not return calls seeking comment.

The report also found plant managers frequently gave USDA inspectors chicken, sausage, bacon and other meat products that were cooked and sometimes eaten in the plant. Federal inspectors were often found sleeping, playing computer games and keeping their hands in their pockets instead of checking for contaminated meat as required.