Civ. Action No. 06-930 (RMC)

EXHIBIT 55

## Memorandum of Interview (MOI)

On December 16, 2004, at 11:00 a.m., [        
        ] Des Moines District of the Office of Field Operations, (OFO) of the Food Safety and Inspection Service, (FSIS) United States Department of Agriculture was interviewed by Special Agent [            ] OIG, and Inv. [        ], OPEER, CID.

[        ] was the Senior Veterinary Medical Officer on the first shift at AgriProcessors, (Agri) Inc. in Postville, IA, Est. # 4653A.

I was with the USDA for 30 years and two days. For several years I was in International Programs, traveling to foreign countries to monitor their requirements in hundreds of plants. As a relief Veterinarian I covered 30 to 40 plants, and did weekly pre-operational sanitation inspection, (pre-op). I was in and out of Postville for about 10 years, and my last three years I was the full time IIC at Agri. My duties as Inspector-in-Charge, (IIC) were to supervise the inspectors, enforce regulations and policy.

I watched parts of the PETA video on my computer.

While the ICC at Agriprocessors I did not see any animals walking around after being bled . The only inhumane handling I saw was that, on occasion, there had been frozen water buckets in the pens. Argi would resolve that problem when I brought it to their attention.

I would go to the kill area about once every three weeks and observe for a while. I never saw any animals walking around after their throats were cut.

The inspectors once told me that animals had gotten out from the kill floor and ran through the building. It is my recollection that this instance involved an animal which had not had its throat cut, but had escaped before slaughter. Originally there was no functional gate between the kill area and the rest of the building. While I was away on business for the National Association of Federal Veterinarians, (NAFV) a gate was put up.

If an animal can get up and walk after having its throat cut then I could consider that animal to still be conscious. If an animal is merely "kicking," that is its legs are still moving, that is a "sensory response" and not necessarily a sign of consciousness.

There had been a partial wall separating the kill floor from the rest of the plant. Sometime before November 20, 2003, a larger wall went up. This was shortly after a visit by an Israeli export person and I believe was a result of his visit. They required the kill area to be a separate area.

Some of the GS-7's did complain that after the wall was built they could not see the kill floor. The GS-7's job requires them to watch the line and attend to their task, not observe

EXHIBIT 6
PAGE 1 OF 5

the kill floor. ⟨⟩ job is off line tasks, including the kill floor, and ⟨⟩ did ⟨⟩ job well.

The Israeli's also said Agri could not bone heads in the kill area, so Agri moved that task to the paunch area.

The first Israeli review was three to four years ago, and then another was several years ago. The Israelis gave Agri a list of corrections to be made which was posted on the wall in the Government office.

Sometimes the GS-7's would complain that Agri was skinning the heads too early, but when I watched for that I did not observe it at anytime.

In June 2003 I wrote the humane handling NR based on the Rabbi's method of cutting as he appeared to be cutting using a "sawing" motion. This was not what I had observed before or after by other Rabbis.

At that time I also saw the trachea's being cut out just after the throat were cut. I asked ⟨   ⟩ of Agri how long that had been going on, and ⟨⟩ told me they had been doing it, "forever," but I knew that that was inaccurate because I had not seen it before.

⟨       ⟩ said Agri would fix the problem with the one Rabbi making the sawing type cut. I appraised ⟨       ⟩ GS-9 Inspector, of the situation and called ⟨   ⟩ ⟨ ⟩, about the need for one cut. ⟨       ⟩ faxed me three letters, one signed, and I went back and stopped the kill. After about 25 minutes Agri changed the Rabbi and the I allowed the kill to start again. It was my observation that the older Rabbis did a better job than the younger Rabbis. It is not so much a matte of strength, but the need for good technique and a sharp knife. If the Rabbi only cuts one carotid artery and leaves the other one, it is simply not effective. To the best of my recollection they have done a second cut of the carotids using a hooked knife for a long time. This was done to enhance the bleeding process.

At one time it was brought to Agri's attention that, at the gut buggy, the hearts were so full of blood that it made them hard to inspect. It was after this that I noticed they were doing the trachea pulls and it is likely they believed that would cause the animals to bleed out better.

After I wrote up the Noncompliance Report, (NR) they replaced the Rabbi with another one. ⟨       ⟩ and I had a talk with the first Rabbi, and ⟨⟩ threatened to take us to court. The NR and copy of the regulations ⟨       ⟩ sent all went to Agri. Several weeks later, ⟨           ⟩ called and told me the NR was refused and ⟨⟩ had granted Agri's appeal. At the time I wrote the NR and talked to ⟨     ⟩ said he knew the regulation and we did not need to call the Technical Services Center in Omaha about it. I called ⟨       ⟩ told me that since the regulation was not typed out in my NR, but only referred to as and attachment, that that was why the appeal was of the NR was upheld.

EXHIBIT 6
PAGE 2 OF 5

When [ ] did [ ] initial review of Agri as DVMS, [ ] did not know if the ritual slaughter at Agri was correct. This was about a year before the humane handling NR, so I wanted to know the answer. I told [ ], not to let this NR disappear, to put a copy in the back of the file if [ ] was told to remove it. Agri stayed nasty for a long time after the humane handling NR, we lost all trust in them after that. I got sued once at Packerland, they're kosher too, and I told the inspectors to be careful how they talk to the Rabbis, to be friendly, firm and fair. Back then, in the early Eighties, Packerland would hang live animals. I've also been to the Kosher Kill a Whitehall, Wisconsin.

About a month later, FSIS Directive 6900.2 came out, and said that we should make sure you enforce humane handling each day, do a different task and enter it in the system each time. We were never told not to interfere with the religious slaughter.

I did not know if the trachea removal was separate from the religious slaughter, so I asked [ ] while he was watching it, if the trachea removal was happening too soon. [ ] only said that it was great that the Rabbi prayed before they killed the animal for food. [ ] had no opinion on the trachea cutting, and [ ] saw it happen several times. This was about one month after I wrote the NR. [ ] never visited Agri again that I know of.

Agri was mad about it, me and [ ] of preoperational sanitation retaliation, [ ] gave [ ] a week off without pay over it. I was not happy with that decision [ ] came to Agri on the Agri complaint, not the humane handling issues. [ ] never reacted to the Agri accusation on [ ] and the week off. [ ] never said a lot about it. The District Office won't back us on the NR, no reason given, [ ] was in the sticking area, and I don't remember [ ] going back there with me.

I did not give any approval for the trachea cutting; I had to watch for a long time to even figure out what they were doing. The Trachea cutting started about the time of our complaint about blood filled hearts in the gut buggy, it's only my guess that it was for faster bleeding.

I haven't seen any other inhumane slaughter issues there.

My training in humane slaughter consisted of reading Directives, no specific training inn religious exemptions, no told me this is right and this is wrong. We know what is inhumane except in religious slaughter, Kosher is done in different ways at different plants that I'd been in, we watch for nail sticking out, sharp edges that sort of thing.

The weekly meetings were held in our office, and no food was brought in. They offered us samples of new sausage products, but that was out in the sausage area.

Occasionally Agri would bring in a new sausage formula and I would cut it up for the inspectors to try. Agri did not try to influence me with food or cash.

EXHIBIT 6
PAGE 3 OF 5

The Rabbis were always mean, they wanted me out claiming I was too mean, Agri called the Hotline with complaints against us. They did not threaten me or offer any bribes to me.

Humane Handling was the veterinarian's responsibility only, and we saw that the animals were not beaten.

Critical Control Points are only monitored once a day and not more often.

I watched the slaughter process every day, but was no t in the processing department every day. I watched the neck cutting about once every three weeks, and most of the time they did a good job, I did not see any conscious animals after the cut or any animals getting up after the throat cut. Once and a while, an animal would fall over and kick and blink, but that did not mean it was conscious. Each time I watched I saw four to five animals in the five minutes I watched.

Animals can vocalize even with the trachea cut, but it's not a bellow sound, more of a hissing sound.

[   ] took over the day shift after I retired. Agri had renovated the plant and could now kill all the chickens on the day shift and had quit killing on nights, so [   ] was not needed on the night shift anymore. I talked to [   ] about observing the religious slaughter; we also had a rotation in which we rotated shifts. I told [   ] to do humane slaughter every day, from unloading to the time of the throat cut. [   ] was not there very much, [   ] was my relief and [   ] was there more often.

[   ] would have done a good job, better than [   ] Knew there would be problems due to [   ] inactivity, but [   ] not corrupt, [   ] never called me with any questions.

I didn't have any conversations with [   ] on religious slaughter. [   ] was on the Poultry Kill at a different plant in Postville. [   ] was the IIC at Agri for five years before I was assigned, prior to the chicken kill.

On NR's, at first they would stay open for long times, then at the weekly meetings, when I started, we went over the open NR's There is a green book of weekly meeting minutes in the government office. There is no steadfast rule on closing NR's. If it's not closed in two weeks, we write a new one on it. If it got too far behind, I'd get on [   ] and [   ] would answer the NR. We can write a retain tag, and then put the verbal reply on the NR before removing the tag, and put time frames on the NR too. Sometimes we needed to wait as they called various contractors. Agri has come a long way since [   ] got hired. [   ] knows the plant better than anyone else. It took years to get the NR system working. [   ] would try to solve problems, but [   ] was Agri management,

EXHIBIT __6__
PAGE __4__ OF __5__

the inspectors didn't trust [ ] [    ] got more "company" after the humane handling NR.

At the ethics and conduct meeting, Professionalism, meeting, we were told that and we were told that it was no longer acceptable to take coffee and doughnuts from the company. At about this time the Agri Manager, [    ] died, and Agri had the first PETA contact, and [    ] had cancer.

The GS-9's did an excellent job at Agri. There were several good inspectors at Agri. [    ] on nights, [ ] had less NR's as everything is shutting down by then, the sausage kitchen and boning are done.    complained that [ ] was getting the same pay as inspectors who did nothing once. [    ] did pre-op, and so [ ] had the most NR's. [    ] w did not write petty stuff, only important stuff. I told [ ] to document more. The GS-7's did the kill floor pre-op. [        ] did pre-op twice a week, in the beef and chicken cut up areas, where there were the least areas to inspect. [    ] is good too. [        ] are not afraid of Agri. Agri made progress from the time I started there. There were lots of NR's from the three inspectors, more NR's when they look in the right areas. I never saw any GS-7's sleeping on the line.

With product samples, the plant never brought our samples, [        ] got them mostly, and [    ] did the chicken and turkey samples. I did the *Listeria monocytogenes* sampling myself, having the plant bring in any samples would be insane. On the second shift, [    ] would put turkey in the freezer since there was no Fed Ex pickup on the night shift. The day shift would swab the turkey the next day.

Senator Grassley had a congressional complaint that I remember, and there were some foot and mouth disease problems at Agri too.

Done at 1240.



EXHIBIT 6
PAGE 5 OF 5