UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civ. Action No. 06-930 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

Plaintiff hereby provides notice of filing of a list of exhibits that were previously filed in support of plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment on December 6, 2006.

Respectfully submitted,

  /s/ Erin M. Tobin
Erin M. Tobin
(D.C. Bar No. 494948)
Katherine A. Meyer
(D.C. Bar No. 244301)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave. N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Date:   December 7, 2006              Attorneys for Plaintiff