UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | ) ) ) |
|        Plaintiff | ) ) |
| v. | ) Civil Action No. 06-0930(RMC) ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) ) |
|        Defendant. | ) ) |

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME
TO FILE ITS OPPOSITION MEMORANDUM TO PLAINTIFF'S CROSS-MOTION
FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the U.S. Department of Agriculture, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including January 10, 2007 to file its opposition memorandum to Plaintiff's Cross-Motion for Summary Judgment and reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment. The current deadline is tomorrow, Thursday, December 21, 2006. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel to consult on this non-dispositive motion, and was informed that plaintiff does not oppose the relief requested herein. Plaintiff requested however that, given defendant's motion for an extension of time, the date by which plaintiff must file its reply be extended to February 7, 2007. Defendant herein moves for this modification of the briefing schedule as well. In support of the motion, defendant states the following.

Defendant requests the extension because of the considerable work-related demands on its counsel including multiple discovery demands and filings including two due to the District of Columbia Circuit over the next two weeks.  For this reason, defendant respectfully moves for the extension described herein.

A proposed Order consistent with the relief requested herein is attached.

Date: December 20, 2006         Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney



/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing ***Defendant's Unopposed, First Motion for an Extension of Time to File Its Opposition Memorandum to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, this <u>20th</u> day of December, 2006 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney