UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>    **Plaintiff**<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0930(RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

UPON CONSIDERATION of *Defendant's Unopposed, First Motion for an Extension of Time to File Its Opposition Memorandum to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that defendant's motion shall be and is hereby granted, and thus, defendant shall have up to and including January 10, 2007 to file its opposition memorandum and reply; and it is further

ORDERED that plaintiff shall have up to and including February 7, 2007 to file its reply;

SO ORDERED.

_____        _____
DATE                                      UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to:</u>
Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

2

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530