UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Civil Action No. 06-0930(RMC)<br>) |
| U.S. DEPARTMENT OF AGRICULTURE, | )<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME
TO FILE ITS OPPOSITION MEMORANDUM TO PLAINTIFF'S CROSS-MOTION
FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the U.S. Department of Agriculture, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including January 22, 2007 to file its opposition memorandum to Plaintiff's Cross-Motion for Summary Judgment and reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment. The current deadline is today, January 10, 2007. Given the relief requested in this motion, defendant also moves for modification of the briefing schedule to allow plaintiff the same period of time to file its reply as under the current schedule, i.e., to February 20, 2007.

Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel yesterday, January 9, and again today, January 10, to consult on this non-dispositive motion, but plaintiff's counsel was unable to reach her client to determine its position on the relief requested herein prior to the filing of this motion. Accordingly, defendant is unable to present plaintiff's position on this non-dispositive motion. In support of the motion, defendant states the following.

Defendant requests the extension because of the considerable work-related demands on its counsel.  For example, defendant's counsel had two briefs due to the District of Columbia Circuit over the past week -- the first on Friday, January 5, 2007, in the case, <u>Piper v. U.S. Department of Justice</u>, No. 06-5119(D.C. Cir.), and the second today, January 10, 2007, in the case, <u>Jackson v. Gonzales</u>, No. 06-5053(D.C. Cir.).  Additionally, defendant's counsel had a deposition preparation on Friday, January 5, and has three scheduled for today, January 10.  Defendant's counsel also had a deposition on Monday, January 8, has one scheduled on January 11 and two on January 12.  These discovery matters relate to two cases, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR) and <u>Chambers v. U.S. Department of the Interior</u>, Civil Action No. 05-0380(JR).  The latter case was recently transferred to defendant's counsel.  Accordingly, because of these and other work-related demands, defendant's counsel will not be able to file the opposition and reply memorandum in this case with the Court by the current deadline, and respectfully moves for an extension up to and including January 22, 2007 to do so.   Defendant also moves to modify the briefing schedule such that plaintiff will have up to and including February 20, 2007 to file its reply.

A proposed Order consistent with the relief requested herein is attached.

Date: January 10, 2007		Respectfully Submitted,


/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Second Motion for an Extension of Time to File Its Opposition Memorandum to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, this 10th day of January, 2007 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney