UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOGLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>        **Plaintiff**<br><br>        v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0930(RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

UPON CONSIDERATION of ***Defendant's Second Motion for an Extension of Time to File Its Opposition Memorandum to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment and Memorandum in Support Thereof***, and for good cause shown, it is by the Court,

ORDERED that defendant's motion shall be and is hereby granted, and thus, defendant shall have up to and including January 22, 2007 to file its opposition and reply memorandum; and it is further

ORDERED that plaintiff shall have up to and including February 20, 2007 to file its reply;

SO ORDERED.

_____          _____
DATE          UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009

2

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530

2