UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. 06-0930(RMC) ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

**DEFENDANT'S THIRD MOTION FOR AN EXTENSION OF TIME
TO FILE ITS OPPOSITION MEMORANDUM TO PLAINTIFF'S CROSS-MOTION
FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, the U.S. Department of Agriculture, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including January 24, 2007 to file its opposition memorandum to Plaintiff's Cross-Motion for Summary Judgment and reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment. The current deadline is today, January 22, 2007. Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's counsel today, January 22, to consult on this non-dispositive motion and was informed that plaintiff takes no position on the relief requested herein. In support of the motion, defendant states the following.

Defendant's counsel anticipated being able to complete the opposition and reply memorandum for supervisory review and filing with the Court today, January 22, 2007, but because other work-related demands of counsel have taken considerably more time that anticipated, defendant will be unable to meet the current filing deadline. In this regard defendant

notes that its counsel filed a sur-reply in the case, Fletcher v. District of Columbia, et al., Civil Action No. 01-601(JDB), on Wednesday, January 17, 2007, and filed a cross-motion for summary judgment and opposition in the case, American Postal Workers Union v. United States Postal Service, Civil Action No. 06-00934(RJL), on Friday, January 19, 2007.  Additionally, Defendant's counsel had two deposition preparations on Friday, January 19, in the case Chambers v. United States Department of Interior, Civil Action No. 05-0380(JR), and has two depositions scheduled in that same case today, Monday, January 22, 2007.  Accordingly, because of these work-related demands on its counsel, defendant will not be able to file its opposition and reply memorandum in this case by the current deadline, and respectfully moves for a brief two-day extension to do so.

      A proposed Order consistent with the relief requested herein is attached.

Date: January 22, 2007            Respectfully Submitted,


                /s/ Jeffrey A. Taylor /dvh
                _____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                /s/ Rudolph Contreras /dvh
                _____
                RUDOLPH CONTRERAS, D.C. BAR #434122
                Assistant United States Attorney

                /s/ Beverly M. Russell
                _____
                BEVERLY M. RUSSELL, D.C. Bar #454257
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia,
                 Civil Division
                555 4th Street, N.W., Rm. E-4915
                Washington, D.C.  20530
                Ph:  (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Third Motion for an Extension of Time to File Its Opposition Memorandum to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, this 22nd day of January, 2007 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney