UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | ) ) ) |
| **Plaintiff** | ) ) |
| v. | ) Civil Action No. 06-0930(RMC) ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) ) |
| **Defendant.** | ) ) ) |

ORDER

UPON CONSIDERATION of *Defendant's Third Motion for an Extension of Time to File Its Opposition Memorandum to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that defendant's motion shall be and is hereby granted, and thus, defendant shall have up to and including January 24, 2007 to file its opposition and reply memorandum;

SO ORDERED.

_____    _____
DATE                      UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530