UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE, )<br>)<br>Defendant. ) | Civ. Action No. 06-930 (RMC) |

NOTICE OF FILING OF A CORRECTED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Plaintiff hereby files a corrected Cross-Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss Or, Alternatively, for Summary Judgment, originally filed by plaintiff on December 6, 2006. Plaintiff's counsel has discovered that three attachments to Exhibit 5 were inadvertently omitted when plaintiff's counsel electronically filed the Cross-Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss Or, Alternatively, for Summary Judgment, although the documents were cited to and relied on by plaintiff in its supporting memorandum of law and statement of material facts. Plaintiff's counsel contacted defendant's counsel on January 26, 2007 and defendant does not oppose the refiling of these documents.

Accordingly, plaintiff hereby refiles plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment in its entirety, including the attachments to Exhibit 5 that were previously omitted.

          Respectfully submitted,

          /s/ Erin M. Tobin
Erin M. Tobin
(D.C. Bar No. 494948)
Katherine A. Meyer
(D.C. Bar No. 244301)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave. N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Date:   January 29, 2007        Attorneys for Plaintiff