# Plaintiff's Exhibit List
Plaintiff's Motion for Summary Judgement and Opposition to
Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment
Civ. Action No. 06-930 (RMC)

| Exhibit | Description |
|---|---|
| 1. | U.S. Department of Agriculture, Office of Inspector General, Audit Report, APHIS Animal Care Program, Inspection and Enforcement Activities (Sept. 2005) |
| 2. | Steve Neavling, Agency faulted for not cracking down on violators, FREE PRESS, July 12, 2006 |
| 3. | Sally Kestin, Regulatory System Misses Many Problems, SOUTH FLORIDA SUN-SENTINEL 1A, May 23, 2004 |
| 4. | U.S. GAO, Report to the Chairman, Subcommittee on Agriculture, Rural Development and Related Agencies Committee on Appropriations, United States Senate, The Department of Agriculture's Animal Welfare Program (May 16, 1985) |
| 5. | Declaration of Lori Kettler (Dec. 6, 2006) (with attachments) |
| 6. | Letter from Lis Wathne to Lesia Banks (June 28, 2005) |
| 7. | Tiger beat: Siegfried & Roy Tragedy puts big cats in center stage - News Debate, Nov. 7, 2003 |
| 8. | Vegas Tiger Attack Inevitable?, CBS News, Oct. 6, 2003 |
| 9. | J. Michael Kennedy, Senate passes big-cat bill, LOS ANGELES TIMES, Nov. 18, 2003 |
| 10. | Brian T. Murray, AR-News: (NJ) Attack shines light on use of wild animals, STAR LEDGER, Oct. 9, 2003 |
| 11. | Wild animal ban right step for state, SEATTLE POST-INTELLIGENCER, Feb. 12, 2004 |
| 12. | Transcript CNN Larry King Live, CNN.COM, Oct. 6, 2003 |
| 13. | Siegfried and Roy: Stage Fright, READERS DIGEST, April 2004 |
| 14. | Roy Horn Tiger Mauling Case Closed, CBS NEWS, June 28, 2005 |

| Exhibit | Description |
|---|---|
| 15. | National Briefing, West: Nevada: Officials To View Tiger Attack Tape NEW YORK TIMES, Sept. 15, 2004 |
| 16. | Horn Attack Video Quest Quashed, ASSOCIATED PRESS, Sept. 15, 2004 |
| 17. | Letter from Lesia Banks to Lisa Wathne (July 14, 2005) |
| 18. | Excerpts, U.S. Department of Agriculture, Animal Plant Heath Inspection Service, Report of Investigation (Sept. 28, 2004) |
| 19. | Letter from Lori Kettler to APHIS (Sept. 7, 2005) |
| 20. | Letter from Ron De Haven to Lori Kettler (undated) |
| 21. | Affidavit of Richard H. Watkins (Jan. 22, 2004) |
| 22. | Excerpt, U.S. Department of Agriculture, Animal & Plant Health Inspection Service, Report of Investigation (Feb. 14, 2005) |
| 23. | Bryan Clapper, Elephants vanish before main circus show, July 29, 2004 |
| 24. | PETA Fact Sheet: Culpepper & Merriweather Circus (June 5, 2006) |
| 25. | Jeremy Berzon, 2 Elephants Are Scratched From Billing: A Circus Sends its Big Stars to Arizona for Behavior Training After They Got Loose In Yucca Valley THE PRESS-ENTERPRISE, April 22, 2000, B01 |
| 26. | USDA, APHIS, Animal Care, Animal Welfare Act Complaint (June 23, 2006) |
| 27. | Letter from Hanna Schein to Lesia Banks (April 6, 2005) |
| 28. | Letter from Lesia Banks to Hannah Schein (Dec. 6, 2005) |
| 29. | Email from Denise M. Sofranko to Ray Flynn (March 5, 2004) |
| 30. | Letter from Lori Kettler to Administrator (Jan. 18, 2006) |
| 31. | Letter from Ron DeHaven to Lori Kettler (undated) |
| 32. | Affidavit (Sept. 2, 2004) |
| 33. | Letter to USDA, APHIS (April 21, 2005) |

| Exhibit | Description |
|---|---|
| 34. | Letter from Lori Kettler to Robert Gibbens (September 20, 2004) |
| 35. | Bryn Nelson, Science At A Price, NEWSDAY, Sept. 27, 2004 |
| 36. | Suzanne E. Roy, Mauled by '60 Minutes' - January 24, 1993 Misleading 'Animal Rights' Segment |
| 37. | Letter from Lori Kettler to Andrea Fowler (Aug. 15, 2006) |
| 38. | Letter from Lesia Banks to Lori Kettler (Jan. 12, 2006) |
| 39. | USDA, Investigative and Enforcement Services, Settlement Agreement (undated) |
| 40. | PETA: Bullet maker tested ammo on pigs, THE SEATTLE TIMES, March 3, 2006 |
| 41. | Letter from Lori Kettler to Administrator (Feb. 16, 2006) |
| 42. | Affidavit (Feb. 25, 2005) |
| 43. | Affidavit (Feb. 25, 2005) |
| 44. | Food Safety Inspection Service Directive 6900.2 (Nov. 25, 2003) |
| 45. | Aaron Gross, When Kosher Isn't Kosher, TIKKUN MAGAZINE, March/April 2005, Vol. 20, No. 2 |
| 46. | Donald G. McNeil Jr., Inquiry Finds Lax Federal Inspections at Kosher Meat Plant, N.Y. TIMES, March 10, 2006 |
| 47. | Adam Frank, The First Word: When 'kosher' slaughter is not Jewish JERUSALEM POST, March 30, 2006 |
| 48. | Excerpt, U.S. Department of Agriculture, Office of Inspector General - Investigations, Report of Investigation (April 25, 2005) |
| 49. | Email from Lori Kettler to Ms. MacNeal (Oct. 26, 2005) |
| 50. | Letter from Deirdre MacNeil to Lori Kettler (Feb. 28, 2006) |
| 51. | Orlan Love, Meat Plant Violated Cruelty Laws, THE GAZETTE, March 11, 2006 |

| Exhibit | Description |
| --- | --- |
| 52. | Christopher Doering, <u>USDA Finds Misconduct by Inspectors in Kosher Plant</u> REUTERS (undated) |
| 53. | Letter from Lori Kettler to Inspector General (March 24, 2006) |
| 54. | Exhibit 13 to Agriprocessors Report, Sworn Statement (Dec. 7, 2004) |
| 55. | Exhibit 6 to Agriprocessors Report, Memorandum of Interview (undated) |
| 56. | Exhibit 12 to Agriprocessors Report, Sworn Statement (Dec. 8, 2004) |
| 57. | <u>Siegfried: Tiger wanted to help, Roy</u> CNN, October 9, 2003 |
| 58. | <u>Doctor calls Roy's survival 'all but miraculous'</u>, REVIEW JOURNAL, October 08, 2003 |
| 59. | Letter from USDA (March 27, 2002) |
| 60. | Complaint, <u>Nat'l Wildlife Fed'n v. Dep't of Interior</u>, Civil Action No. 83-3585 (Dec. 1, 1983) |