Civ. Action No. 06-930 (RMC)

EXHIBIT 8

# CBS NEWS



## Vegas Tiger Attack Inevitable?
LAS VEGAS, Oct. 6, 2003

It took more than 30 years, and 30,000 flamboyant performances, but what finally happened during the 'Strip's' most famous show may have been inevitable.

Roy Horn, of 'Siegfried and Roy,' was rushed to the hospital after being mauled in front of a sold out crowd by his 550-pound white tiger.

"He looked like a rag doll in his mouth. I mean, that thing just had him by the kind of shoulder and the face and just dragged him off stage," Kurt Baser, a witness, told **CBS News Correspondent Lee Cowan**.

It is not the first time one of the rare animals has attacked.

Louis Dorfman, an animal behaviorist, says he suffered brain and spinal chord injuries when one of the captive tigers lunged at him back in 1985 while visiting the estate owned by Siegfried and Roy.

They are the kind of attacks wild animal experts always fear. "All these cats have good and bad days, they have no inhibitions," Dorfman says.

Dorfman is confident enough even to sleep with tigers. But trust he says, can only go so far. "With a wild animal, it's never tamed, it's never trained, it's never domesticated," he says.

Attacks like these have made the news time and time again — a grim chronicle of what animal rights groups argue is only natural behavior.

Just this past weekend, a Bengal tiger that was kept as a pet in a small Harlem apartment was hauled away over the weekend for attacking his owner.

"These tigers are killers. Even though they are gentle creatures they have the emotions we have, they'll kill you," says James Galbreath of the International Exotic Feline Sanctuary.

Galbreath runs a sanctuary for exotic pets who have worn out their welcome, and says there are now more big cats in captivity than there are in the wild.

Tonight, the fascination with those who appear able to tame the wild has turned to grief.

It's the kind of gamble even Las Vegas isn't used to seeing lost.

© MMIII, CBS Broadcasting Inc. All Rights Reserved.

• Feedback • Terms of Service • Privacy Statement