Civ. Action No. 06-930 (RMC)

*EXCERPT*

EXHIBIT 22

All redactions on this page are pursuant to (b)(6) & (b)(7)(c)

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
INVESTIGATIVE AND ENFORCEMENT SERVICES
WESTERN REGON
FORT COLLINS, CO

### REPORT OF INVESTIGATON

Violator(s): [REDACTED]
Key Equipment Co. Inc., dba
Culpepper & Merriweather Circus
P. O. Box 813
Hugo, OK 74743
USDA License # 73-C-0144
Phone: 580-326-8833
[REDACTED]
Incorporation number 73-1603787

Case Number:    OK04017-AC

Violation(s):   9 CFR, 2

Investigator:   Dianne Ramsey
2150 Centre Ave.
Building B, 3W10
Fort Collins, CO 80526
Phone: 970-494-7493

Date of Report:   February 14, 2005

FOR OFFICIAL USE ONLY
This document and its contents are not to be distributed
outside your agency, nor duplicated, without prior consent
from USDA, APHIS, Investigative and Enforcement Services.

## SYNOPSIS

Violator(s)
Information:   Culpepper and Merriweather Circus is a traveling circus and have been exhibiting animals for several years. They are currently licensed and hold USDA license number 73-C-0144. (b)(7)c, (b)(6) of Key Equipment Company Inc. which is doing business as Culpepper and Merriweather Circus. The incorporation number is 73-1603787.

Previous
History:   Culpepper & Merriweather received a stipulation in the amount of $6400.00. (Case number AZ00017-AC)

Violation
Events:   On October 28, 2003 Culpepper and Merriweather Circus failed to notify Animal Care that they had a change of address where animals were housed. Culpepper and Merriweather Circus exhibited animals from a non valid site from 3/22/04, through 10/26/04, for a total of 219 performances.

All redactions on this page are pursuant to (b)(6) & (b)(7)(c).

# EXPLANATON OF THE EVIDENCE

9CFR                           **October 28, 2003**

2.8       Notification of change of name, address, control, or ownership of business: Culpepper and Merriweather Circus failed to notify Animal Care of change of address within 10 days of making the change as evidenced by:
**Exhibit 1:** APHIS Form 7162, Affidavit of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Exhibit 2:** APHIS Form 7162, Affidavit of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Exhibit 3:** APHIS Form 7162, Affidavit of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Exhibit 4:** APHIS Form 7162, Affidavit of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Exhibit 5:** Copy of a fax and letter, dated 2/02/04, notifying Animal Care of the change of physical location.
**Exhibit 6:** Copy of letter from Animal Care, dated 2/02/04, advising that license is not valid until new site passes Inspection.

All redactions on this page are pursuant to (b)(6) & (b)(7)(c).

**March 22, 2004**

2.5(b)(e)    Duration of license and termination of license:
Culpepper and Merriweather Circus exhibited from a non valid site as evidenced by:
**Exhibit 7:** 2004, Route and dates of Culpepper and Merriweather Circus.
**Exhibit 8:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 9:** Animal Care Inspection Report, dated 6/04/04, stating that the facility is not in compliance.
**Exhibit 10:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 11:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 12:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 13:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 14:** Accounting report printed 2/01/05, shows the payment for the elephant lease.
**Exhibit 15:** A copy of check number 1949, in the amount of $1500.00, dated 3/29/04, as payment for the elephant lease.
**Exhibit 16:** A copy of check number 1963, in the amount of $1500.00, dated 4/05/04, as payment for the elephant lease.
**Exhibit 17:** A copy of check number 1970, in the amount of $1500.00, dated 4/12/04, as payment for the elephant lease.
**Exhibit 18:** A copy of check number 1977, in the amount of $1500.00, dated 4/19/04, as payment for the elephant lease.
**Exhibit 19:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 20:** Animal Care Inspection Report, dated 1/20/05, showing site in compliance.
**Exhibit 1:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 2:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 3:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 4:** APHIS Form 7162, Affidavit of ███████████
**Exhibit 5:** Copy of a fax and letter, dated 2/02/04, notifying Animal Care of the change of physical location.
**Exhibit 6:** Copy of letter from Animal Care, dated 2/02/04, advising that license is not valid until new site passes Inspection.