Civ. Action No. 06-930 (RMC)

EXHIBIT 32

**AFFIDAVIT**  All redactions on this page are pursuant to (b)(6) & (b)(7)(c)

I, ▮▮▮▮▮▮▮ *being duly sworn on oath voluntarily make the following statement:*

I make the following voluntary sworn statement to ▮▮▮▮▮ who I know to be an investigator with the USDA, APHIS Investigative and Enforcement Services. I am employed by the USDA, APHIS, Animal Care as an Animal Care Inspector. I have held this position approximately four years (as of November 2004). My mailing address is c/o USDA, APHIS, AC, 2150 Centre Blvd, ▮▮▮▮▮▮▮▮ Ft. Collins, CO. 80526-8117. I can be reached by voice mail at ▮▮▮▮▮.

On February 5, 2004 on my way to Atoka, Oklahoma I stopped at ▮▮▮▮ at the premise of ▮▮▮▮▮▮▮▮. The reason I stopped at this location was because I had received a copy of a letter from ▮▮▮ and memo from ▮▮▮ to ▮▮▮ indication that their Oklahoma USDA license was being canceled. ▮▮▮ had called me after receiving this letter and asked me to come by and see if the elephant compound that they were in the processes of building would meet standards. We discussed that only part of the compound was actually built and completed. They had put up a portion of their perimeter fence (3 sides) and before completing this fence and the proposed barn, they wanted my input if it would meet standards. They also wanted to discuss that there would be two USDA licensees ▮▮▮▮ and ▮▮▮ at this same physical location. They wanted to know USDA's and my requirements as to how keep the two business entities separate when I do my inspection. We discussed the size pipe I would like to see used for the elephant confinement area and the pens. We also discussed their proposed elephant barn.

While at the facility on February 5, 2004 I met with both ▮▮▮ and ▮▮▮ (who is ▮▮▮▮▮▮▮) and we discussed the separation of the two licensees. I explained to both men

SIGNATURE OF AFFIANT

Subscribed and sworn to before me at Residence outside Van, Texas
on this 2nd day of September, 2004.

GOVERNMENT EXHIBIT 8
Page 1 of 4
APHIS FORM 7070 (MAR 95)

APHIS FORM 7162  Replaces VS Form 3-59G which is obsolete
(NOV 92)

DESIGNATED PURSUANT TO 7 U.S.C 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS,
AUTHORITY NO. 2358

**AFFIDAVIT**

All redactions on this page are pursuant to (b)(6) & (b)(7)(c)

I, ▓▓▓▓▓▓▓, *being duly sworn on oath voluntarily make the following statement:*

that in-order to exhibit from this location at Paris, Texas they would *both* need to pass inspection in order to exhibit. They could not exhibit from this site without the site being inspected and approved. They would need to be in compliance to leave with any animals or bring any animals into the facility. We discussed the parameters of keeping the animals separate so each would be inspected independently.

While at this Paris location I saw one elephant which I was informed belonged to ▓▓▓▓. There had been a second elephant but I was told by ▓▓▓ and ▓▓▓ that this second elephant had died the day before. I was told that this elephant was buried on the property, but I did not view the area where the animal had been buried. There was also a cow and I think there was also a llama or a donkey. There were no exotic cats such as tigers or lions that I saw at this time. Between January 2004 and February 5, 2004 I have no idea what animals, if any, were on this property. The February trip was the first time I became aware that animals were being kept on the property.

I have no knowledge of when the two elephants actually arrived in Paris, Texas. I do not know where the elephants actually came from as they were not my licensees; they were ▓▓▓▓ licensee.

Animal care was notified of this Paris, Texas site through a faxed notice to the regional office on 2-1-04 according to the fax transmittal stamp on the copy I have. ▓▓▓ and ▓▓▓ asked for a consultation with me initially because they knew they could not meet the standards as yet. This was the reason I stopped by on February 5, 2004 (which is the first time I went to this location)

SIG ▓▓▓▓▓▓▓▓▓▓▓▓

Subscribed and sworn to before me at Residence outside Van, Texas
on this 2nd day of September, 2004.

GOVERNMENT EXHIBIT
8
Page 2 of 4
APHIS FORM 7070 (MAR 95)

APHIS FORM 7162   Replaces VS Form 3-59G which is obsolete
(NOV 92)

DESIGNATED PURSUANT TO 7 U.S.C 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS,
AUTHORITY NO   2358

# AFFIDAVIT

All redactions on this page are pursuant to (b)(6) & (b)(7)(c)

I ▇▇▇▇▇▇ *being duly sworn on oath voluntarily make the following statement:*

After leaving this facility I received a call (within a month or so) from ▇▇▇▇ that his second elephant had died.

On June 4, 2004 Inspector ▇▇▇▇▇▇ called me and informed me that she had received information that ▇▇▇▇ was at the unlicensed Paris compound with tiger cub training them for exhibition. I drove this same day, from my residence to Paris, arriving in the afternoon and found ▇▇▇▇ with three tigers, juvenile tigers. I do not know when ▇▇▇ actually brought these tigers to this Paris location-- he did not say and I did not ask. I informed ▇▇ he was not leaving this site with those tigers to exhibit until this site at Paris was in compliance with all the standards and regulations. I then informed him I was going to conduct a formal inspection which I proceeded to do with ▇▇▇ in attendance. Under 3.127 (a) I documented that the tigers had no protection from the sun in the temporary and permanent enclosures I saw at this location. Under 3.127 (b) there was not adequate shelter from the elements for the tigers. Under 3.127 (d) there was no perimeter fencing of 8 feet in height. Under 3.138 (a) the primary conveyance used to transport the three tigers was not structurally sound -- the wood floor was falling out. The primary conveyance also needs additional ventilation. My inspection report shows in detail the issues that were documented. I recorded on the inspection report, at the bottom, that this location was not an approved site and that no cover activities should be conducted. This is just a reiteration of what I told ▇▇▇ and ▇▇▇ in January during our consultation. No digital photos were made during the inspection.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
_____

Subscribed and sworn to before me at Residence outside Van, Texas on this 2nd day of September , 2004



GOVERNMENT EXHIBIT 8
Page 3 of 4
APHIS FORM 7070 (MAR 95)

APHIS FORM 7162  Replaces VS Form 3-59G which is obsolete
(NOV 92)

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS,
AUTHORITY NO  2358

*Privacy Act Notice on Reverse*

**Page 4**

## AFFIDAVIT

All redactions on this page are pursuant to (b)(6) & (b)(7)(c).

I ▮▮▮▮▮▮▮▮▮▮ , *being duly sworn on oath voluntarily make the following statement:*

I have read the above statement and declare that the information contained therein is true to the best of my knowledge. I have read this statement and made any and all necessary changes



▮▮▮▮▮▮▮▮▮▮
SIGNATURE OF AFFIANT

Subscribed and sworn to before me at   Residence outside Van, Texas
on this   2nd day of September   , 2004.



APHIS FORM 7162   Replaces VS Form 3-59G which is obsolete
(NOV 92)

DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS,
AUTHORITY NO   2358