Civ. Action No. 06-930 (RMC)


EXHIBIT 33

05/10/2005 14:29 FAX 6123702293        USDA ACCTS REC                    ☒015



April 21, 2005

USDA, APHIS, (General) (OK04017-AC)
P.O. Box 952180
St. Louis, MO 63195-2180

Dear Sirs:

Enclosed please find the signed settlement sheet and money order for the above referenced matter.

If further action needs to be taken, please contact me at your earliest convenience.

(b)(6), (b)(7)(c)

P.O. Box 813  Hugo, OK 74743  Phone (580) 326-8833  Fax (580) 326-8866



www.CMCIRCUS.com

05/10/2005 14:29 FAX 6123702293          USDA ACCTS REC                              ☒016

**QUALITY IS OUR PRIORITY FOR BOX 2180**
**SEQ# 010 $ 0000050000 BA# 785 04-26-05 20 9**   504 6003 000/0191

| 97054 | 11-24 | PERSONAL MONEY ORDER | 0709413978 |
| Office AU # | 1210(4) | | |

Operator ID  Arx6463

PAY TO THE ORDER OF   ***US TREASURY ***                    April 21, 2005

***Five hundred dollars and no cents***              **$500.00**

WELLS FARGO BANK, N.A.                               (b)(6), (b)(7)c
550 W FINNIE FLATS RD
CAMP VERDE, AZ 86322
FOR INQUIRIES CALL (800) 394-3122

CASE # OK 04017-AC

⑈0709413978⑈ ⑆121000248⑆486⑆ 505436⑈          ⑈00000050000⑈

JUN - 7 2005

4700 River Road, Unit 85
Riverdale, MD 20737
Phone: (301) 734-8684
Fax: (301) 734-4328

RESPONDENT:
Key Equipment Co., Inc.
dba Culpepper & Merriweather Circus
ATTN (b)(6), (b)(7)(c)
P.O. Box 813
Hugo, OK 74743

CASE NUMBER: OK04017-AC
DUE ON OR BEFORE: April 25, 2005
CONTACT: Janice Sedgwick
PHONE: (301) 734-8759

DESCRIPTION

| DATE | CITATION | DESCRIPTION |
|---|---|---|
| 28 OCT 03 | 9 CFR 2.8 | **Notification of change of name, address, control or ownership of business.** Failed to notify USDA, Animal Care, of change of address within 10 days of making the change |
| Various Dates | 9 CFR 2.5(b)(e) | **Duration of license and termination of license.** Exhibited from a non-valid site (Paris, TX) on 219 occasions between March 22, 2004, and October 26, 2004. |

PENALTY  $500       TERMS

Titles 7, 15, 19, and 21 of the United States Code authorize the Secretary of Agriculture to impose civil penalties and other sanctions to resolve violations after providing notice and opportunity for a hearing.

You may waive your right to a hearing and agree to pay the specified civil penalty in settlement of this matter. If you do not agree to the specified penalty, a complaint shall be issued charging you with the violation(s) and seeking higher penalties. You will have the opportunity for a hearing before an Administrative Law Judge to present your case.

I acknowledge that I have been given an opportunity for a hearing and waive such hearing. I neither admit nor deny the violations cited above and agree to pay the civil penalty in full settlement of this matter.

Signature of Respondent: (b)(6), (b)(7)(c)     Date: April 21, 2005

PAYMENT RECORD - FOR IES USE ONLY

| Payment Type | Date | Amount | Signature of IES Representative |
|---|---|---|---|
| | | | |

APR 26 2005

USDA MPLS,

# ANIMAL CARE PENALTY WORKSHEET

| If the violator has: | And the Business assets are: | And the level of violation is: | The fine for one count is: | Times the number of counts: | The total is: |
|---|---|---|---|---|---|
| No previous history | Less than $25,000 | Minor | $110 x _____ | | |
| | | Moderate | $275x _____ | | |
| | | Serious | $1100x _____ | | |
| | $25,000 - $100,000 | Minor | $275 x _____ | | |
| | | Moderate | $550x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| | More than $100,000 | Minor | $275 x _____ | | |
| | | Moderate | $825x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| Previous history of a stipulation or multiple APHIS 7060s in last five years | Less than $25,000 | Minor | $275 x _____ | | |
| | | Moderate | $550x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| | $25,000 - $100,000 | Minor | $275 x _____ | | |
| | | Moderate | $825x _____ | | |
| | | Serious | $1650-2750x _____ | | |
| | More than $100,000 | Minor | $550 x _____ | 1 | 550 |
| | | Moderate | $1100x _____ | 1 | 1100 |
| | | Serious | $2750x _____ | | |
| Previous history of a Consent Decision and Order in last five years | Less than $25,000 | Minor | $275 x _____ | | |
| | | Moderate | $1100x _____ | | |
| | | Serious | $1650x _____ | | |
| | $25,000 - $100,000 | Minor | $550 x _____ | | |
| | | Moderate | $1650x _____ | | |
| | | Serious | $2750x _____ | | |
| | More than $100,000 | Minor | $550 x _____ | | |
| | | Moderate | $1650x _____ | | |
| | | Serious | $2750x _____ | | |
| Stipulation (Total X 25%) $412.50 @ $500 business minimum | | | Total Formal Penalty | | $1650 |

Case No: OK04017-AC  Key Equipment Co, dba Culpepper & Merriweather Circus
Rev: 1/14/01