Civ. Action No. 06-930 (RMC)

EXHIBIT 54

Location: Postville Police Department, Postville, IA

SWORN STATEMENT

I, [       ] being first duly sworn on oath, make the following statement freely and voluntarily to [       ] who has identified himself to me as a Special Agent of the Office of Inspector General, U.S. Department of Agriculture, knowing that this statement may be used in evidence.

I am a USDA Food Safety and Inspection Service (FSIS) Food Inspector, GS-7, stationed at Agriprocessors Inc., Postville, Iowa. I have been an Inspector in Postville, Iowa since 1990. I was stationed at Iowa Turkey Products in Postville, Iowa for two years. I have been stationed at Agriprocessors in Postville, Iowa since about 1993. As an Inspector, my duties include working on the line operation, reviewing sanitary operations and conducting post mortem inspections on meat and poultry.

My direct supervisor is Supervisory Veterinary Medical Officer, Doctor [       ]. [    ] duties include supervising all of the USDA FSIS employees, supervising the entire Agriprocessors plant's operations (including slaughter) and addressing problems brought to him by USDA employees and Agriprocessor employees. [    ] was also my supervisor at the Iowa Turkey Products.

USDA FSIS GS-9 Consumer Safety Inspectors (CSI), are also responsible for taking care of problems presented to them by the FSIS or Agriprocessor employees. The CSIs are also responsible for taking samples of processed product and mailing the samples USDA laboratories. The samples typically weigh approximately one pound.

[       ] 12-7-04

EXHIBIT 13
PAGE 1 OF 6

Page 1 of 6

Agriprocessors, as part of using FSIS inspection services, provides an office for the FSIS employees. The office is used by the FSIS employees for their official needs.

Since coming to Agriprocessors in July 2004 and up until present, [ ] spends [ ] duty hours in the government office. [ ] only comes out of the office and into the plant for the rare final disposition of carcasses and to give FSIS employees their breaks. Nearly everyday, when I come into the office, I see [ ] playing games on the government computer.

In September 2004, I was in the government office with intermittent Food Inspector [ ] when an Agriprocessor male employee from the poultry section brought a bag of barbequed chicken wings to the government office. The chicken wings were in an unmarked plastic bag. I estimate that the bag weighed approximately five pounds.

About one month ago, when I was in the government office on break, a male Agriprocessor employee brought a bag of chicken wings to the government office and placed them in front of [ ] The chicken wings were in an unmarked plastic bag. I estimate that the bag weighed approximately five pounds. After the chicken wings were delivered, [ ] began eating the wings. When I came back to the office, the chicken wings were in the refrigerator.

About two weeks ago, I was in the government office on my break. [ ] CSI [ ] CSI [ ] and Agriprocessor employees [ ] [ ]

[ ] 12-7-04

Page 2 of 6

EXHIBIT 13
PAGE 2 OF 6

[ ] and the head of maintenance were also in the government office having a meeting. A man named [ ] who I know works for Agriprocessor, brought sausage and beef bacon to the government office and [ ] placed the food in front of [ ] and the others decided to move the meeting to another office. As they left the office, they took the meat with them. As [ ] was leaving, I asked [ ] what [ ] thought [ ] was doing by having meat delivered to the government office. [ ] told me the meat was for everyone.

I did not observe Agriprocessor providing food to [ ] predecessors, [ ]

Last year, [ ] brought a package of meat with an Agriprocessor label on it into the government office. [ ] cooked it, ate it and put the empty package into the garbage can. Approximately five years ago, an Inspector named [ ] was eating beef brisket [ ] received from [ ] offered me some and I declined and said I can buy my own. CSI [ ] was in the office at the time and said [ ] could not afford to buy it.

Concerning issues with the plant's operations, either I take care of problems I see because [ ] will not deal with the problems or I take them to CSI [ ]. I do not take issues to CSI [ ] because [ ] an told the inspectors not to take issues to [ ]. I do not go to [ ] with problems because [ ] did not want to deal with problems while I worked for [ ] at Iowa Turkey Products.

[ ] 12-7-04                Page 3 of 6

EXHIBIT 13
PAGE 3 OF 6

Prior to [ ] arrival, [ ] issued non-compliance records. I know this because I saw [ ] do it and [ ] included my name on the reports if I was the one reporting the issue to [ ]. Since [ ] arrival, I do not believe [ ] nas has issued any non-compliance records. *in my behalf* [ ] = 12-7-04

Concerning the reporting of issues, on December 3, 2004, an Agriprocessor was cutting the tail off from a chicken. [ ] exclaimed "Oh"; I looked over and saw the knifepoint had broken off ~~in the chicken~~. I stopped the line ~~and~~ *and took care of problem, then* notified [ ] 12-7-04 *and* [ ] 12-7-04 *was present when I notified the others 12-7-04* [ ] We were unable to find the knifepoint. I indicated where the incident occurred and how far the chicken could have advanced and all of the chickens were ~~destroyed~~ *reproccessed.* [ ] 12-7-04

Concerning samples, I have seen [ ] take samples and mail them out; I have not seen [ ] take samples. [ ] predecessors took samples and mailed them out. I have seen [ ] bring packaged meat into the government office and compare labels, but this has happened rarely.

Approximately five or more years ago, while filling in at Iowa Turkey Products, I found three out of five turkeys with fecal matter on them. I notified [ ] [ ] came out of [ ] office, [ ] looked at them, and [ ] came back and said they were all right. I pulled three more off that had fecal matter on them. I again notified [ ] and [ ] spoke to the plant and the plant fixed the problem.

[ ] 12-7-04            Page 4 of 6

EXHIBIT 13
PAGE 4 OF 6

In February 2004, I saw the Rabbis at Agriprocessors inspecting turkeys that were red tagged for fecal matter and green tagged for salvage. I also saw that the Rabbis were not washing their hands after the inspections and they were intermingling the turkeys; not washing their hands and intermingling the turkey could potentially cause cross contamination. I stopped the line, ~~and~~ *corrected the problem then* [ ] 12-7-04 I notified [ ] about the problem. [ ] told me I could not interfere with the Rabbis. *religious practices* [ ] 12-7-04 Even though being told by [ ] I could not interfere, I told the Rabbis to wash their hands after each inspection and to separate the green-tagged turkeys from the red-tagged turkeys. The Rabbis complied with my direction. Agriprocessor management confronted me about stopping the line, I told them why I did and they told me I was the only one concerned with the issues.

In the spring of 2004, I overheard [ ] say in the government office that the plant had failed an E-coli test on the poultry side. This had not been reported to FSIS. I began looking in the plant for the potential cause of the contamination. I went into the office and told [ ] [ ]12-7-04 that I had concerns about the fecal problem on the chicken side. [ ] came out of the bathroom and both of them began making fun of me.

*From 1993-2000 I saw aproximatly 1 walker a week on the beef kill. Also during this time period I obsevered them skinning heads while the animal was still kicking; once every two weeks this occured. Even after the walls and the security gates have been installed, currently you can still see a animal standing after the throat has been cut.* [ ] 12-7-04

Page 5 of 6

EXHIBIT 13
PAGE 5 OF 6

12-7-04

[ ]
12-7-04

I have read this partially handwritten and partially typewritten statement of 6 pages, and it is true and correct to the best of my knowledge and belief. I have made all necessary corrections and additions and have signed or initialed every page.

Signature:
[                              ]    Date: 12-7-04

Witness:
[                              ]    Date: 12/07/04

Subscribed and sworn before me
this 7th day of December, 2004

[                              ]
Senior Special Agent, USDA-OIG Investigations

EXHIBIT 13
PAGE 6 OF 6