Civ. Action No. 06-930 (RMC)

EXHIBIT 56

Location: Postville Police Department, Postville, IA

SWORN STATEMENT

I, [            ] being first duly sworn on oath, make the following statement freely and voluntarily to [            ] who has identified himself to me as a Special Agent of the Office of Inspector General, U.S. Department of Agriculture, knowing that this statement may be used in evidence.

I am a USDA Food Safety and Inspection Service (FSIS) Food Inspector, GS-7. I have been an Inspector since about 1992. I was an intermittent Food Inspector for approximately 4.5 years. I have been a full-time Food Inspector for approximately six or seven years. I am stationed at Postville, Iowa, and I work at the Agriprocessor Inc. plant. I also worked at the Iowa Turkey Products in Postville, Iowa as a USDA FSIS Food Inspector. As a Food Inspector, my duties include conducting post mortem inspections of meat and poultry as well as making Agriprocessors follow USDA FSIS regulations.

My direct supervisor is Supervisory Veterinary Medical Officer, [            ] duties include supervising all of the USDA FSIS employees, scheduling the FSIS employee's work schedules, supervising the entire Agriprocessor plant's operations (including slaughter) and addressing problems brought to him by USDA employees and Agriprocessor employees [    ] was also my supervisor at Iowa Turkey Products. [    ] has been my supervisor Agriprocessors for approximately six months.

USDA FSIS GS-9 Consumer Safety Inspectors (CSI), are also responsible for taking care of problems presented to them by the FSIS or Agriprocessor employees. [    ]

EXHIBIT  12
PAGE  1  OF  6

Page 1 of 6

and [        ] are the CSIs at Agriprocessor. [    ] works in processing and [    ] works in slaughter.

Agriprocessors, as part of using FSIS inspection services, provides an office for the FSIS employees. The office is used by the FSIS employees for their official needs.

Since coming to Agriprocessors, [    ] spends [ ] duty hours in the government office. [ ] only comes out of the office and into the plant for the rare final disposition of carcasses, ante-mortem inspections and to give FSIS employees their breaks. Occasionally [ ] does not give us our breaks.

Nearly everyday, when I come into the government office on breaks and for other reasons, I see [    ] playing games on the government computer. I saw [ ] do the same thing when [ ] worked at Iowa Turkey Products. Every time I see [    ] omas working on the government computer, [ ] is performing official duties and [ ] is doing the scheduling of FSIS employees; [    ] does not do the scheduling.

Concerning issues with the plant's operations, either I take care of problems I see because [    ] does not deal with the problems or I take them to CSI [    ] I do not take issues to CSI [    ] because Doctor [    ] predecessor, told the inspectors not to take issues to [    ].

EXHIBIT 12
PAGE 2 OF 6

As an example of the above, I was working on the poultry side on December 5, 2004. I observed residue from the wheel that runs the shackles falling on chicken carcasses. Food Inspector [    ] and I observed this and we each stopped the line. I red ringed any of the chickens that I saw had contaminants on them from the line. We directed the company to clean the area before restarting the line. They also removed the contaminated chickens, cleaned them and put them back onto the line before starting the line. I asked [    ] if we had authority to stop the line and [    ] said we did [    ] then came out on to the floor to ensure that the company and cleaned the equipment.

On December 7, 2004, I saw that the same problem and I again stopped the line and red ringed the contaminated chickens. I again told [    ] about the problem, [    ] said the company was aware of it and they had ordered a new chain. When I asked [    ] what [    ] wanted me to do if the problem continued [    ] told me to take care of it myself. [    ] [    ] is responsible for monitoring these issues on both the beef side and the poultry side [    ] is supposed to go back and forth between both sides each day. When I am working, I do not see [    ] on either side and [    ] is unable to be located whenever issues such as this arise.

Approximately two years ago, when Food Inspector could do offline or floor positions, meaning the monitoring of the activities on the slaughter floor, [    ] was training me in on the position. As [    ] was training me [    ] told me [    ] checks off tasks and does not do them because according to [    ] "it is all just a game anyway."

EXHIBIT __12__
PAGE __3__ OF __6__

Concerning food, while I was on my break in the office a couple of years ago, [ ] came into the office with rolled turkey. [ ] said [ ] had gotten the turkey from Agriprocessors and [ ] offered me some of the turkey. I told [ ] I did not want any of the turkey. Also, when he was training me in on the offline position, on a couple of occasions, [ ] and I would go to the Agriprocessor office and a [ ] Agriprocessor [ ] would give [ ] whole packages of food. I witnessed [ ] take the food to the government office and eat the food. [ ] offered some of the food to me and I declined [ ] offer.

Since [ ] started at the plant, I have seen [ ] accept food from Agriprocessor employees on two occasions. I cannot recall who the employees were, but I know they work in the processing section. On the first occasion, I was in the government office taking my break and [ ] was in the office as well. After my break ended and as I was leaving the office, I saw an Agriprocessor employees bring a platter of chicken wings into the government office and put it in front of [ ] On the second occasion, I was on my break in the government office and [ ] was in the office as well. An Agriprocessor employee brought in meat that he referred to as "new product". [ ] gave the meat to [ ] and told [ ] that [ ] should try it. I have not taken any product from Agriprocessors because I believe the taking of the product from them would be unethical because I believe it is a conflict of interest and it also looks bad. Prior to [ ] becoming the supervisor, I did not observe [ ] predecessors receiving products from Agriprocessors.



EXHIBIT 12
PAGE 4 OF 6

When [ ] supervised me at Agriprocessors, I saw USDA FSIS Food Inspector [ ] sleeping at [ ] station on the chicken line many times. On one occasion, numerous chickens that were septic and had infectious process (IP) came through the position [ ] and I were working at. I condemned the septic chickens and tagged the infectious chickens. When I looked at [ ] was asleep at [ ] position. I know the chickens passing [ ] were septic and had IP because the lot of chickens had it. I notified [ ] about [ ] sleeping on duty.

[ ] still sleeps at [ ] position. I asked [ ] why [ ] was so tired and [ ] said it is because [ ] stays up late at night playing on [ ] computer. A couple of days ago, I was walking with [ ] and [ ] said something to the effect that [ ] was sleeping on duty again.

In addition to sleeping on the line, [ ] also keeps [ ] hands in [ ] pockets instead of using [ ] hands to perform post mortem inspections as required by agency policy.

[ ] 12-08-04

EXHIBIT 12
PAGE 5 OF 6

I have read this partially handwritten and partially typewritten statement of 6 pages, and it is true and correct to the best of my knowledge and belief. I have made all necessary corrections and additions and have signed or initialed every page.

Signature:

[                    ]   Date: 12-08-04

Witness:

[                    ]   Date: 12/08/04

Subscribed and sworn before me
this 8th day of December, 2004

[                    ]
Senior Special Agent, USDA-OIG Investigations

EXHIBIT 12
PAGE 6

Page 6 of 6