UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) AGRICULTURE, ) ) Defendant. ) ) | Civil Action No. 06-930 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that USDA's motion to dismiss or for summary judgment [Dkt. # 19] and PETA's cross-motion for summary judgment [Dkt. ## 21 & 29][1] are **GRANTED IN PART AND DENIED IN PART** as follows: (1) the identities of the FSIS inspectors who inspected the AgriProcessors facility are exempt from disclosure; (2) the CD recording of the phone call to USDA from the witness to the tiger attack on Mr. Horn shall be submitted to the Court for an in camera inspection no later than June 25, 2007; (3) the information regarding the location of the Le Mas ammunition testing shall be disclosed to PETA no later than June 25, 2007; and (4) PETA's APA claim is dismissed.

Date:  June 11, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] PETA's motion for summary judgment [Dkt. # 29] amended its original filing [Dkt. # 21].