UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF AGRICULTURE,** )<br>)<br>**Defendant.** ) | Civ. Action No. 06-00930 (RMC) |

**CONSENT MOTION FOR STAY OF TIME TO FILE
PETITION FOR ATTORNEYS FEES AND COSTS**

Plaintiff People for the Ethical Treatment of Animals ("PETA"), by and through counsel, hereby requests a stay of the time in which Plaintiff must file a petition for attorneys fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure. Plaintiff seeks to stay the deadline for filing such a petition until 30 days after the Court issues a final ruling addressing the merits of Defendant's withholding of the CD recording, in order to permit the parties to informally discuss a resolution of the attorneys fees and costs claim. Counsel for Plaintiff has contacted counsel for Defendant, who represented that Defendant consents to this Motion. A Proposed Order to this effect is attached.

Respectfully submitted,

  /s/ Erin M. Tobin
Erin  M. Tobin
(D.C. Bar No. 494948)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700

                    Washington, D.C. 20009
                    (202) 588-5206
                    (202) 588-5049 fax

                    Attorney for Plaintiff

Date:   June 19, 2007