UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF AGRICULTURE, ) ) ) Defendant. ) ) ) ) ) ) ) | Civ. Action No. 06-00930 (RMC) |

**(PROPOSED) ORDER**

In consideration of the Consent Motion For Stay of Time to File Petition for Attorneys Fees and Costs, the Court hereby grants the Motion, and orders that, following the Court's ruling concerning Defendant's withholding of the CD recording, Plaintiff will have thirty days in which to file a petition for attorneys fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

Date: _____          _____
                                                                              U.S. District Judge
                                                                              Rosemary M. Collyer

Copies of this Order to:

Erin M. Tobin
(D.C. Bar No. 494948)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Beverly M. Russell
(D.C. Bar No. 454257)
Assistant United States Attorney
U.S. Attorney's Office for the District
     Of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530