UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, | )<br>)<br>) |
| **Plaintiff** | )<br>) |
| v. | ) Civil Action No. 06-0930(RMC)<br>) |
| U.S. DEPARTMENT OF AGRICULTURE, | )<br>) |
| **Defendant.** | )<br>) |

NOTICE OF SUBMISSION OF CD RECORDING
*IN CAMERA* AND *EX PARTE*

Pursuant to the Court's June 11, 2007 Order, Defendant, United States Department of Agriculture ("USDA"), by and through its undersigned counsel, hereby provides Notice that it has filed, *in camera* and *ex parte*, a copy of the CD recording of the phone call to USDA from a witness to the tiger attack on Mr. Roy Horn.

Date: June 25, 2007

 Respectfully Submitted,

 JEFFREY A. TAYLOR, D.C. BAR #498610
 United States Attorney

 /s/ Beverly M. Russell
 _____
 BEVERLY M. RUSSELL, D.C. Bar #454257
 Assistant United States Attorney
 U.S. Attorney's Office for the District
  of Columbia, Civil Division
 555 4th Street, N.W., Rm. E-4915
 Washington, D.C. 20530
 Ph: (202) 307-0492
 Fax: (202) 514-8780
 E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Submission of CD Recording *In Camera* and *Ex Parte* was sent by the Court's Electronic Case Filing System, this 25th day of June, 2007 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney