UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOTPLE FOR THE ETHICAL TREATMENT OF ANIMALS,        Plaintiff    v.    U.S. DEPARTMENT OF AGRICULTURE,        Defendant. | )  )  )  )  )  )  ) Civil Action No. 06-0930(RMC)  )  )  )  )  )  ) |

ORDER

UPON CONSIDERATION of *Defendant's Motion for an Extension of Time to Comply With a Provision of the Court's June 11, 2007 Order and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that defendant's motion shall be and is hereby granted, and thus, defendant shall have up to and including July 25, 2007 to produce information regarding the location of the Le Mas ammunition testing consistent with the Court's June 11, 2007 memorandum opinion and Order;

SO ORDERED.

_____           _____
DATE                                                      UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009

2

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530