UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,** ) ) ) ) **Plaintiff,** ) ) ) v. ) ) ) **UNITED STATES DEPARTMENT OF AGRICULTURE,** ) ) ) ) **Defendant.** ) ) | Civil Action No. 06-930 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that USDA's motion to dismiss or for summary judgment [Dkt. # 19] is **GRANTED IN PART** with regard to USDA's withholding of the CD recording related to the tiger attack; and it is

**FURTHER ORDERED** that PETA's cross-motion for summary judgment [Dkt. ## 21 & 29][1] is **DENIED IN PART** with regard to USDA's withholding of the CD recording related to the tiger attack. This is a final appealable order. Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: June 27, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] PETA's motion for summary judgment [Dkt. # 29] amended its original filing [Dkt. # 21].