UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOTPLE FOR THE ETHICAL TREATMENT OF ANIMALS,           )<br>)<br>Plaintiff       )<br>)<br>v.                                        )   Civil Action No. 06-0930(RMC)<br>)<br>U.S. DEPARTMENT OF AGRICULTURE,  )<br>)<br>Defendant.       )<br>_____) | |

**DEFENDANT'S RESPONSE TO THE COURT'S JUNE 26, 2007 ORDER**

On June 25, 2007, defendant, the U.S. Department of Agriculture, moved for an extension to July 25, 2007 to produce information to plaintiff required by this Court's June 11, 2007 Order. Specifically, the Court ordered that defendant produce to plaintiff "information regarding the location of the Le Mas ammunition testing. . .no later than June 25, 2007." R. 32, Order.

However, as noted by defendant in its motion for an extension, the Solicitor General's Office is responsible for making determinations on whether to appeal a District Court decision. See 20 C.F.R. § 0.20 (The Solicitor General in consultation with the agency or official concerned has authority to "[d]etermin[e] whether, and to what extent, appeals will be taken by the Government in all appellate courts.")  Because that decision had not yet been made by June 25, the date on which this Court stated the location information should be produced to plaintiff, and because only the Solicitor General has authority to make determinations regarding whether to appeal a district court decision, defendant was compelled by applicable regulations to move for the extension.

On June 26, 2007, this Court stated in an Order,

> Defendant seeks an extension pending a decision on whether to appeal. The Court is concerned that Defendant is dragging its feet. Inasmuch as the Court ordered disclosure of this information based on Defendant's failure to provide any reason for the redaction, Defendant shall file, no later than July 2, 2007, a statement of its alleged colorable basis for appeal.

People for the Ethical Treatment of Animals v. U.S. Dept. Of Agriculture, Civil Action No. 06-00930(RMC), Order, June 26, 2007.

The Court's questioning of a colorable basis for appeal given the record and defendant's arguments in this case is well taken. The undersigned counsel assigned this case respectfully submits to the Court, however, that defendant was not "dragging its feet" in an attempt to delay production of the location information, although the undersigned counsel was perhaps not as expeditious in providing the Court's June 11, 2007 decision to the Civil Appellate Section of the Department of Justice for its review. Today, July 2, 2007, after the helpful intervention of the Civil Appellate Counsel for the United States Attorney's Office, the Department of Justice issued a "no appeal" determination in this suit. Accordingly, defendant is producing the information ordered disclosed by the Court in its July 11, 2007 Order to plaintiff today.

Defendant notes that, if it had produced the information prior to the Solicitor General's determination regarding appeal, such production would have been ultra vires to the Solicitor General's authority to make such determinations. See, e.g. Providence Journal Co. v. FBI, 595 F.2d 889, 890 (1st Cir. 1979)("Meaningful [appellate] review entails having the reviewing court take a fresh look at the decision of the trial court, before it becomes irrevocable. . . Once [] documents are surrendered pursuant to the lower court's order, confidentiality will be lost for all time. The status quo could never be restored.")(emphasis added).

Date: July 2, 2007

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing ***Defendant's Response to the Court's June 26, 2006 Order*** was sent by the Court's Electronic Case Filing System, this <u>2nd</u> day of July, 2007 to:

Erin M. Tobin, Esq.
Katherine A. Meyer, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
erintobin@meyerglitz.com
katherinemeyer@meyerglitz.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney