UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,**     )<br>                                                                                 )<br>              **Plaintiff,**                                                )<br>                                                                                 )         Civ. Action No. 06-00930 (RMC)<br>**v.**                                                                        )<br>                                                                                 )<br>**UNITED STATES DEPARTMENT OF AGRICULTURE,**                                            )<br>                                                                                 )<br>              **Defendant.**                                             ) | |

### SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR ATTORNEYS FEES AND COSTS

Plaintiff People for the Ethical Treatment of Animals ("PETA"), by and through counsel, hereby requests an extension of the time in which plaintiff must file a petition for attorneys fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure. On June 20, 2007, the Court granted plaintiff's request to extend the time to file such a petition until thirty days after the Court issued a final ruling addressing the last withholding issue remaining in the case. Because the Court issued that ruling on June 27, 2007, see Document No. 37, the current due date for plaintiff's fees and costs petition is July 27, 2007. Plaintiff seeks to extend the deadline for filing such a petition until August 27, 2007, in order to permit the parties to continue to discuss a resolution of the attorneys fees and costs claim. Counsel for plaintiff has contacted counsel for defendant, who represents that defendant does not oppose this Motion. A Proposed Order to this effect is attached.

        Respectfully submitted,


          /s/ Erin M. Tobin
        Erin  M. Tobin
        (D.C. Bar No. 494948)
        Meyer Glitzenstein & Crystal
        1601 Connecticut Avenue, N.W., Suite 700
        Washington, D.C. 20009
        (202) 588-5206
        (202) 588-5049 fax

        Attorney for Plaintiff

Date:   July 25, 2007