UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, ) ) **Plaintiff,** ) ) v. ) ) UNITED STATES DEPARTMENT OF ) AGRICULTURE, ) ) **Defendant.** ) | Civ. Action No. 06-00930 (RMC) |

**(PROPOSED) ORDER**

In consideration of plaintiff's Second Motion For Extension of Time to File Petition for Attorneys Fees and Costs, the Court hereby grants the Motion, and orders that the deadline for plaintiff to file a petition for attorneys fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure is hereby extended to August 27, 2007.


Date: _____      _____
                                                                   U.S. District Judge
                                                                   Rosemary M. Collyer


Copies of this Order to:

Erin M. Tobin                                               Beverly M. Russell
(D.C. Bar No. 494948)                            (D.C. Bar No. 454257)
Meyer Glitzenstein & Crystal                 Assistant United States Attorney
1601 Connecticut Avenue, N.W., Suite 700    U.S. Attorney's Office for the District
Washington, D.C. 20009                            Of Columbia, Civil Division
(202) 588-5206                                        555 4th Street, N.W., Rm. E-4915
(202) 588-5049 fax                                  Washington, D.C. 20530