UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE, )<br>)<br>Defendant. ) | Civ. Action No. 06-00930 (RMC) |

**THIRD MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR ATTORNEYS FEES AND COSTS**

Plaintiff People for the Ethical Treatment of Animals, by and through counsel, hereby requests an extension of the time allowed to file a petition for attorneys fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure. On July 26, 2007, the Court granted plaintiff's Second Motion for Extension of Time to File Petition for Attorneys Fees and Costs. The deadline for plaintiff's Fee Petition is now August 27, 2007. The parties continue to engage in good faith negotiations of a settlement of plaintiff's attorneys fees and costs claim. However, counsel for defendant represented that the Department of Agriculture representative with final settlement authority is on vacation and will be unavailable for two weeks. Therefore, the parties will not be able to reach a settlement of the fees and costs claim prior to August 27, 2007. In order to permit the parties to continue to discuss a resolution of the attorneys fees and costs claim, plaintiff requests that the Court extend the deadline for plaintiff's fee petition to October 5, 2007. Defendant does not oppose this Motion. A Proposed Order to this effect is attached.

Respectfully submitted,

  /s/ Erin M. Tobin
Erin M. Tobin
(D.C. Bar No. 494948)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Attorney for Plaintiff

Date:   August 22, 2007