UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE, )<br>)<br>**Defendant.** ) | Civ. Action No. 06-00930 (RMC) |

**(PROPOSED) ORDER**

In consideration of plaintiff's Third Motion For Extension of Time to File Petition for Attorneys Fees and Costs, the Court hereby grants the Motion, and orders that the deadline for plaintiff to file a petition for attorneys fees and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure is hereby extended to October 5, 2007.


Date:  _____          _____
                                        U.S. District Judge
                                        Rosemary M. Collyer


Copies of this Order to:

Erin M. Tobin                           Beverly M. Russell
(D.C. Bar No. 494948)                   (D.C. Bar No. 454257)
Meyer Glitzenstein & Crystal            Assistant United States Attorney
1601 Connecticut Avenue, N.W., Suite 700   U.S. Attorney's Office for the District
Washington, D.C. 20009                         Of Columbia, Civil Division
(202) 588-5206                          555 4th Street, N.W., Rm. E-4915
(202) 588-5049 fax                      Washington, D.C. 20530