UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>      Defendant. | Civ. Action No. 06-00930 (RMC) |

## STIPULATED SETTLEMENT OF PLAINTIFF'S ATTORNEY FEES AND COSTS CLAIM AND ORDER

The parties to the above-captioned action, by their undersigned representatives, hereby agree and stipulate as follows:

1. Defendant United States Department of Agriculture shall pay to Plaintiff the sum of $5,900 as settlement of attorney fees and litigation costs in this suit brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Payment shall be made by electronic funds transfer or a United States Treasury check to Meyer Glitzenstein & Crystal, 1601 Connecticut Avenue, Suite 700, Washington, D.C., 20009.

2. Within ten (10) days of the receipt of the court order approving this stipulation, Plaintiff will submit all financial information necessary for Defendant to process this settlement of attorney fees and costs. Defendant, within three weeks of receiving the financial information from Plaintiff, will forward the necessary paperwork to the Department of the Treasury's Judgment Fund Office for payment.

3. Plaintiff agrees to accept payment of $ 5,900 in full satisfaction of any and all claims for attorney fees and costs of this litigation.

4. Nothing in this stipulation and order shall constitute an admission that Defendant, or its agents, servants or employees, is liable for any attorney fees or litigation costs, or that Plaintiff is entitled to any attorney fees or litigation costs. This stipulation is entered into by the parties for the sole purpose of resolving disputed claims and avoiding the expenses and risks of litigation concerning attorney fees and litigation costs.

5. The undersigned representatives of the Plaintiff and Defendant certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this stipulation and to legally bind them to it.

6. The provisions of this stipulation, as ordered by the Court, shall apply to and be binding upon each of the parties, including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

Respectfully submitted,

_____
Erin M. Tobin
(D.C. Bar No. 494948)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

_____
Jeffrey A. Taylor
(D.C. Bar No. 498610)
United States Attorney

_____
Rudolph Contreras
(D.C. Bar No. 434122)
Assistant United States Attorney

2

*[signature]*
Beverly M. Russell
(D.C. Bar No. 454257)
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
(202) 307-0492
(202) 514-8780 fax

Attorney for Plaintiff                                   Attorneys for Defendant

Date:   September 13, 2007


## ORDER

The terms and conditions of the Stipulated Settlement of Plaintiff's Attorney Fees and Costs Claim are hereby adopted as an enforceable ORDER of this Court.


Date:   this __ of _____, 2007      _____
                                                                          U.S. District Judge



Copies of this Order to:

Erin M. Tobin                                          Beverly M. Russell
(D.C. Bar No. 494948)                                  (D.C. Bar No. 454257)
Meyer Glitzenstein & Crystal                           Assistant United States Attorney
1601 Connecticut Avenue NW, Suite 700                  U.S. Attorney's Office for the District
Washington, D.C. 20009                                  f Columbia, Civil Division
(202) 588-5206                                         555 4th Street, N.W., Rm. E-4915
(202) 588-5049 fax                                     Washington, D.C. 20530